USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Church & Dwight Co. Inc.,

                Plaintiff,

-v-

SPD Swiss Precision Diagnostics, GmbH,

                Defendant.
----------------------------------------------------------------X

14-cv-585

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received an e-mail from Plaintiff pursuant to Rules 1.B of this Court's Individual Practices in Civil Cases, requesting permission to file on ECF a redacted version of Defendant's Motion *In Limine* to Limit the Scope of the Case to the Advertising as Exhibits to the Complaint. However, Rule 4.A of this Court's Individual Practices in Civil Cases requires any party wishing to file in redacted form any pleading, motion, memorandum, exhibit or other document, or any portion thereof, to submit a specific request seeking to file that submission under seal and addressing the request in light of the Second Circuit's opinion in *Lugosch v. Pyramid Co.*, 435 F.3d 110, 121 (2d Cir. 2006). Plaintiff's email merely noted that the Court has previously granted the parties' requests to redact information from public filings relating to this settlement agreement, citing this Court's Order dated May 5, 2014, Dkt. No. 46 at 3. But the May 5, 2014 Order cited the Court's Order dated February 27, 2014, Dkt. No. 18, which made clear that the propriety of a redaction request may vary based on the Court's reliance on a document. The Plaintiff must justify its present redaction request in the context of the present motion *in limine*.

1

Therefore, Plaintiff shall submit a letter motion seeking to redact portions of the documents attached to its August 22, 2014 email, addressing the propriety of that request under *Lugosch* and its application to a confidential settlement agreement, no later than Tuesday, September 5, 2014. Defendant's opposition, if any shall be due Tuesday, September 12, 2014.

SO ORDERED.

Dated: August 27, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2