USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED AUG 2 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Church & Dwight Co. Inc.,

        Plaintiff,

    –v–

SPD Swiss Precision Diagnostics, GmbH,

        Defendant.

14-cv-585

ORDER

ALISON J. NATHAN, District Judge:

A bench trial on the liability portion of this case is scheduled to begin on December 8, 2014. The Court hereby sets the following pre-trial schedule:

- A final pre-trial conference is set for Tuesday, November 25, 2014 at 10:00 a.m.
- Plaintiff's declarations of direct testimony for its case in chief are due October 27, 2014; Defendant's declarations of direct testimony are due November 10, 2014; and Plaintiff's rebuttal declarations are due November 17, 2014.
- The parties' proposed findings of fact and conclusions of law are due Friday, November 21, 2014.
- The parties' live witness list will also be due November 21, 2014.
- Any motions in limine are due October 27, 2014; oppositions are due November 3, 2014; and replies are due November 6, 2014.
- The parties shall brief the FDA preclusion issue in tandem with the motions in limine. Therefore, SPD's opening brief on the issue of FDA preclusion shall be due October 27, 2014; Church & Dwight's opposition shall be due November 3, 2014; and replies shall be due November 6, 2014.
- Pursuant to Rule 5.A. of this Court's Individual Practices in Civil Cases, the parties shall file a joint pretrial report no later than Friday, November 21, 2014.

1

The parties are also directed to Rule 3.D of this Court's Individual Practices in Civil Cases, which requires movants to supply two courtesy copies to Chambers of all moving papers—including opening briefs, oppositions, replies, and associated exhibits—at the time the movant serves the reply.

       SO ORDERED.

Dated: August 2?, 2014
       New York, New York

ALISON J. NATHAN
United States District Judge