```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 29 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Church & Dwight Co. Inc.,

       Plaintiff,      14-cv-585

  -v-            ORDER

SPD Swiss Precision Diagnostics, GmbH,

       Defendant.
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

  This Order clarifies the Court's Order dated August 27, 2014 requiring a letter motion justifying SPD Swiss Precision Diagnostics, GmbH's ("SPD") redaction requests. Dkt. No. 126. SPD's letter motion shall be due Friday, September 5, 2014. Church & Dwight's response, if any, shall be due Friday, September 12, 2014.

SO ORDERED.

Dated: August 29, 2014
   New York, New York

                _____
                ALISON J. NATHAN
                United States District Judge

1