Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

September 12, 2014

**Via ECF**

Michael T. Mervis
Member of the Firm
d 212.969.3565
f 212.969.2900
mmervis@proskauer.com
www.proskauer.com

Hon. Alison J. Nathan, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007-1312

Re:  *Church & Dwight Co., Inc. v. SPD Swiss Precision Diagnostics GmbH*, No. 14-cv-585

Dear Judge Nathan:

We represent plaintiff Church & Dwight Co., Inc. ("Church & Dwight") in the above-referenced action.  We write with regard to the September 5, 2014 letter to Your Honor from counsel for defendant SPD Swiss Precision Diagnostics GmbH ("SPD").  In that letter, SPD seeks the Court's permission to file on ECF redacted versions of its papers in support of its pending "*in limine* motion" and to file unredacted versions of those papers under seal.  Church & Dwight supports SPD's application and agrees with the positions taken by SPD in its September 5 letter.

Accordingly, Church & Dwight respectfully requests that the Court grant SPD's application.


Respectfully submitted,

/s/ *Michael T. Mervis*

cc:   All Counsel of Record (via ECF)