```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 1 6 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Church & Dwight Co., Inc.,

                Plaintiff,

–v–

SPD Swiss Precision Diagnostics GMBH,

                Defendant.

14-CV-585 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

     The Court received today via a FedEx box a single courtesy copy of what appears to be a highlighted version of Church & Dwight Co, Inc. ("C&D")'s papers in opposition to SPD Swiss Precision Diagnostics GMBH ("SPD")'s motion in limine to limit the scope of the case. The courtesy copy arrived without a cover letter. Chambers has reviewed the Court's email account going back to Friday, September 12, 2014, and can find no record of an email from C&D seeking permission to redact portions of its opposition papers. Although C&D filed a letter via ECF on September 12, 2014, that letter indicated only that C&D supported SPD's redaction request with respect to SPD's moving papers. Dkt. No. 129. C&D may be relying on SPD's September 5, 2014 letter, but it must, at a minimum, indicate that it is so relying and seek permission to file its own papers in redacted form pursuant to Rule 4.A of this Court's Individual Practices in Civil Cases. Therefore, C&D is hereby ordered to submit a letter within two days of this Order requesting permission to file its opposition papers in redacted form as required by Rule 4.A.

    SO ORDERED.

Dated: Sept. 16, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge