**PROSKAUER ROSE LLP**
Richard M. Goldstein (RG 8329)
Michael T. Mervis (MM 0306)
Lawrence I. Weinstein (LW 0792)
Baldassare Vinti (BV 0080)
Jeffrey H. Warshafsky (JW 3035)
Q. Jennifer Yang (QY 1436)
Eleven Times Square
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHURCH & DWIGHT CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS, GMBH,<br><br>Defendant. | Civil Action No. 14 CV 585 (AJN)<br><br>**DECLARATION OF MICHAEL T. MERVIS** |

MICHAEL T. MERVIS hereby declares, pursuant to 28 U.S.C. §1746 and under penalty of perjury, as follows:

1. I am a partner in the law firm of Proskauer Rose LLP, counsel for plaintiff Church & Dwight Co., Inc. ("Church & Dwight").

2. I submit this declaration in connection with Church & Dwight's opposition to the motions of defendant SPD Swiss Precision Diagnostics GmbH ("SPD") to exclude the testimony of Church & Dwight's witnesses, Stacey Feldman, Dr. Pasquale Patrizio, Hal Poret, Dr. Bruce Isaacson and Dr. Tulin Erdem.

**Trial Testimony**

3. Attached hereto as Exhibit 1 is a true and correct copy of the February 3, 2015 direct testimony declaration of Stacey Feldman in the above-captioned matter.
4. Attached hereto as Exhibit 2 is a true and correct copy of the February 3, 2015 direct testimony declaration of Dr. Pasquale Patrizio in the above-captioned matter.
5. Attached hereto as Exhibit 3 is a true and correct copy of the February 25, 2015 rebuttal testimony declaration of Dr. Pasquale Patrizio in the above-captioned matter.
6. Attached hereto as Exhibit 4 is a true and correct copy of the February 3, 2015 direct testimony declaration of Hal Poret in the above-captioned matter.
7. Attached hereto as Exhibit 5 is a true and correct copy of the February 25, 2015 rebuttal testimony declaration of Hal Poret in the above-captioned matter.
8. Attached hereto as Exhibit 6 is a true and correct copy of the February 3, 2015 direct testimony declaration of Dr. Bruce Isaacson in the above-captioned matter.
9. Attached hereto as Exhibit 7 is a true and correct copy of the February 25, 2015 rebuttal testimony declaration of Dr. Bruce Isaacson in the above-captioned matter.
10. Attached hereto as Exhibit 8 is a true and correct copy of the February 3, 2015 direct testimony declaration of Dr. Tulin Erdem in the above-captioned matter.
11. Attached hereto as Exhibit 9 is a true and correct copy of the February 25, 2015 rebuttal testimony declaration of Dr. Tulin Erdem in the above-captioned mater.
12. Attached hereto as Exhibit 10 is a true and correct copy of the February 17, 2015 direct testimony declaration of Ryan Daly in the above-captioned matter.
13. Attached hereto as Exhibit 11 is a true and correct copy of the February 17, 2015 direct testimony of Dr. Kurt Barnhart in the above-captioned matter.

14. Attached hereto as Exhibit 12 is a true and correct copy of the February 17, 2015 direct testimony of Sarah Butler in the above-captioned matter.

**Transcript Excerpts**

15. Attached hereto as Exhibit 13 are relevant excerpts from the transcript of the August 12, 2014 conference before the Court in the above-captioned matter.

16. Attached hereto as Exhibit 14 are relevant excerpts from the transcript of the January 21, 2015 deposition of Dr. Pasquale Patrizio in the above-captioned matter.

17. Attached hereto as Exhibit 15 are relevant excerpts from the transcript of the January 28, 2015 deposition of Dr. Tulin Erdem in the above-captioned matter.

18. Attached hereto as Exhibit 16 are relevant excerpts from the transcript of the January 22, 2015 deposition of Dr. Kurt Barnhart in the above-captioned matter.

19. Attached hereto as Exhibit 17 are relevant excerpts from the transcript of the January 16, 2015 deposition of Ms. Sarah Butler in the above-captioned matter.

20. Attached hereto as Exhibit 18 are relevant excerpts from the transcript of the September 11, 2014 deposition of Ryan Daly in the above-captioned matter.

**Other Declarations and Discovery Documents**

21. Attached hereto as Exhibit 19 is a true and correct copy of the February 4, 2014 declaration of Stacey Feldman (without exhibits), submitted in support of Church & Dwight's motion for a preliminary injunction that was filed in the above-captioned matter on February 11, 2014.

22. Attached hereto as Exhibit 20 is a red-line comparison of the March 4, 2014 declaration of Ryan Daly in opposition to Church & Dwight motion for a preliminary injunction,

against the February 17, 2015 direct testimony declaration of Ryan Daly in the above-captioned matter.

23. Attached hereto as Exhibit 21 is a true and correct copy of SPD’s Disclosure of Expert Witness, Dr. Sarah R. Johnson, dated January 20, 2015.

24. Attached hereto as Exhibit 22 is a true and correct copy of Defendant SPD Swiss Precision Diagnostics GmbH's First Set of Requests for Admission to Plaintiff Church & Dwight Co., Inc., dated July 11, 2014.

**Trial Exhibits**

25. Attached hereto as Exhibit 23 is a true and correct copy of Plaintiff’s Trial Exhibit (“PTX”) 27.

26. Attached hereto as Exhibit 24 is a true and correct copy of PTX 47.

27. Attached hereto as Exhibit 25 is a true and correct copy of PTX 50.

28. Attached hereto as Exhibit 26 is a true and correct copy of PTX 51.

29. Attached hereto as Exhibit 27 is a true and correct copy of PTX 52.

30. Attached hereto as Exhibit 28 is a true and correct copy of PTX 53.

31. Attached hereto as Exhibit 29 is a true and correct copy of PTX 54.

32. Attached hereto as Exhibit 30 is a true and correct copy of PTX 55.

33. Attached hereto as Exhibit 31 is a true and correct copy of PTX 57.

34. Attached hereto as Exhibit 32 is a true and correct copy of PTX 59.

35. Attached hereto as Exhibit 33 is a true and correct copy of PTX 62.

36. Attached hereto as Exhibit 34 is a true and correct copy of PTX 63.

37. Attached hereto as Exhibit 35 is a true and correct copy of PTX 69.

38. Attached hereto as Exhibit 36 is a true and correct copy of PTX 110.

39. Attached hereto as Exhibit 37 is a true and correct copy of PTX 111.

40. Attached hereto as Exhibit 38 is a true and correct copy of PTX 119.

41. Attached hereto as Exhibit 39 is a true and correct copy of PTX 124.

42. Attached hereto as Exhibit 40 is a true and correct copy of PTX 125.

43. Attached hereto as Exhibit 41 is a true and correct copy of PTX 126.

44. Attached hereto as Exhibit 42 is a true and correct copy of PTX 127.

45. Attached hereto as Exhibit 43 is a true and correct copy of PTX 131.

46. Attached hereto as Exhibit 44 is a true and correct copy of PTX 132.

47. Attached hereto as Exhibit 45 is a true and correct copy of PTX 137.

48. Attached hereto as Exhibit 46 is a true and correct copy of PTX 142.

49. Attached hereto as Exhibit 47 is a true and correct copy of PTX 373.

50. Attached hereto as Exhibit 48 is a true and correct copy of Defendant's Trial Exhibit ("DTX") 33.

51. Attached hereto as Exhibit 49 are relevant excerpts from DTX 073.

52. Attached hereto as Exhibit 50 is a true and correct copy of DTX 129.

**Other Cited Documents**

53. Attached hereto as Exhibit 51 is a true and correct copy of http://www.acog.org/About-ACOG/Leadership-and-Governance.

54. Attached hereto as Exhibit 52 is a true and correct copy of Philip Bump, *Marco Rubio demanded people look at the science on abortion, so we did*, WASH. POST, May 15, 2014, available at http://www.washingtonpost.com/blogs/the-fix/wp/2014/05/15/marco-rubio-demanded-people-look-at-the-science-on-abortion-so-we-did.

55. Attached hereto as Exhibit 53 is a true and correct copy of 45 C.F.R. § 46.202.

56. Attached hereto as Exhibit 54 is a true and correct copy of http://www.plannedparenthood.org/health-info/pregnancy/how-pregnancy-happens#sthash.EqmgrqLU.dpuf.

57. Attached hereto as Exhibit 55 is a true and correct copy of http://www.sharecare.com/health/fertility-pregnancy-childbirth/when-does-pregnancy-begin.

58. Attached hereto as Exhibit 56 is a true and correct copy of SPD's Memorandum of Law in Support of its Motion to Dismiss, dated March 4, 2014.

59. Attached hereto as Exhibit 57 is a true and correct copy of SPD's Response to the First Set of Requests for Admission Propounded by Plaintiff Church & Dwight Co., Inc., dated September 2, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of March, 2015 in New York, New York.

*/s/ Michael T. Mervis*
Michael T. Mervis