S.D.N.Y.-N.Y.C.
14-cv-585
Nathan,, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand fifteen.

Present:
    Jon O. Newman,
    Robert D. Sack,
    Gerard E. Lynch,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/17/2015

Church & Dwight Co., Inc.,

        *Plaintiff-Appellee*,

v.        15-2411

SPD Swiss Precision Diagnostics GmbH,

        *Defendant-Appellant*,

Appellants move for a stay of the district court's injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that appellant's brief shall be filed no later than October 9, 2015; appellee's brief shall be filed no later than October 30, 2015; appellant's reply brief, if any, shall be filed no later than November 6, 2015. Oral argument shall be scheduled as soon thereafter as is reasonably practicable.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/17/2015