**PROSKAUER ROSE LLP**
Richard M. Goldstein (RG 8329)
Michael T. Mervis (MM 0306)
Baldassare Vinti (BV 0080)
Jeffrey H. Warshafsky (JW 3035)
Q. Jennifer Yang (QY 1436)
Eleven Times Square
New York, NY 10036
Tel:  212.969.3000
Fax:  212.969.2900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHURCH & DWIGHT CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS, GMBH,<br><br>Defendant. | Civil Action No. 14 CV 585 (AJN) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Preclude Testimony Regarding Information Not Produced In Discovery and the October 9, 2017 Declaration of Michael T. Mervis and accompanying exhibits,  Plaintiff Church & Dwight Co. Inc., by its undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 26 & 37 and Federal Rule of Evidence 702, precluding Defendant SPD Swiss Precision Diagnostics, GmbH ("SPD") from offering testimony regarding (i) the alleged significance of ████ payments purportedly made between SPD and ████████████████████████, and (ii)

1

returns by retailers of the Clearblue Advanced Digital Pregnancy Test with Weeks Estimator that

allegedly took place between March 2017 and August 2017.


Dated: October 9, 2017                          By: /s/ Michael T. Mervis

New York, NY                                    **PROSKAUER ROSE LLP**

                                                Richard M. Goldstein
                                                Michael T. Mervis

                                                Baldassare Vinti
                                                Jeffrey H. Warshafsky
                                                Q. Jennifer Yang
                                                Eleven Times Square
                                                New York, NY 10036
                                                Tel. (212) 969-3000
                                                Fax (212) 969-2900
                                                rgoldstein@proskauer.com
                                                mmervis@proskauer.com
                                                bvinti@proskauer.com
                                                jwarshafsky@proskauer.com
                                                jyang@proskauer.com

                                                Attorneys for Plaintiff
                                                Church & Dwight Co., Inc.