**PROSKAUER ROSE LLP**
Richard M. Goldstein (RG 8329)
Michael T. Mervis (MM 0306)
Baldassare Vinti (BV 0080)
Jeffrey H. Warshafsky (JW 3035)
Q. Jennifer Yang (QY 1436)
Eleven Times Square
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHURCH & DWIGHT CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS, GMBH,<br><br>Defendant. | Civil Action No. 14 CV 585 (AJN)<br><br>**DECLARATION OF MICHAEL T. MERVIS IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF DR. GREGORY BELL** |

MICHAEL T. MERVIS hereby declares, pursuant to 28 U.S.C. §1746 and under penalty of perjury, as follows:

1. I am a partner in the law firm of Proskauer Rose LLP, counsel for plaintiff Church & Dwight Co., Inc. ("Church & Dwight"). I submit this declaration in connection with Church & Dwight's Memorandum of Law in Opposition to SPD's Motion to Exclude the Testimony of Dr. Gregory Bell.
2. Attached hereto as Exhibit A is a true and correct copy of the Direct Testimony of Dr. Gregory Bell, dated August 25, 2017.
3. Attached hereto as Exhibit B is a true and correct copy of the Direct Testimony of Dr. Keith Ugone, dated September 15, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of the Rebuttal Testimony of Hal Poret, dated September 29, 2017.
5. Attached hereto as Exhibit D is a true and correct copy of the Rebuttal Testimony of Dr. Tulin Erdem, dated September 29, 2017.
6. Attached hereto as Exhibit E is a true and correct copy of the Rebuttal Testimony of Dr. Gregory Bell, dated September 29, 2017.
7. Attached hereto as Exhibit F are excerpts from the transcript of the May 3, 2017 deposition of Dr. Gregory Bell.
8. Attached hereto as Exhibit G are excerpts from the transcript of the February 10, 2017 deposition of Ryan Daly.
9. Attached hereto as Exhibit H is a true and correct copy of Dkt. 104, a March 9, 2005 order, in the matter of *Pharmanetics, Inc. v. Aventis Pharms., Inc.*, No. 5:03-CV-817, (E.D.N.C.).
10. Attached hereto as Exhibit I is a true and correct copy of previously-admitted PTX 373.
11. Attached hereto as Exhibit J is a true and correct copy of previously-admitted PTX 4.
12. Attached hereto as Exhibit K are true and correct copies of JX 49, JX 50 and JX 51, to be offered during the damages trial.
13. Attached hereto as Exhibit L are excerpts from the expert report of Dr. Keith Ugone, dated March 24, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of October, 2017 in New York, New York.

Michael T. Mervis