Kramer Levin

**Harold P. Weinberger**
Partner
**T** 212.715.9132
**F** 212.715.8132
hweinberger@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

November 13, 2017

Via ECF, Email, and Hand Delivery

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Church & Dwight Co., Inc. v. SPD Swiss Precision Diagnostics GmbH*, Case No. 14-cv-585 (AJN)

Dear Judge Nathan:

On behalf of defendant SPD Swiss Precision Diagnostics GmbH ("SPD"), pursuant to the Court's Individual Rules, we respectfully submit courtesy copies of:

- SPD's Proposed Findings of Fact and Conclusions of Law
- Direct Testimony of Simon Alaluf
- Direct Testimony of Taylor Hoel
- Direct Testimony of Cristobal Montero
- Direct Testimony of Douglas E. Schoen, Ph.D., J.D.
- Direct Testimony of Keith R. Ugone, Ph.D.
- Direct Testimony of Leah Wood Miramonti
- SPD's proposed trial exhibits

Because SPD's Proposed Findings of Fact and Conclusions of Law contain sensitive information that has been designated highly confidential by both SPD and plaintiff Church & Dwight Co., Inc. ("C&D"), pursuant to Your Honor's Individual Practices in Civil Cases (the "Individual Rules") § 4.B, we submit it now in unredacted form and will promptly confer with C&D concerning its proposed redactions, and shortly thereafter (i) file the Proposed Findings of Fact and Conclusions of Law with requested redactions on ECF, (ii) provide the Court by email and by hand with complete and loose-leaf sets highlighting the requested redactions, and (iii) file a letter-motion justifying and seeking leave for the redactions.

Courtesy copies of the direct testimony of SPD's six damages phase fact and expert witnesses (collectively, the "Damages Direct Testimony") are submitted on a disc, which will be hand delivered this evening. SPD has already conferred with C&D concerning its proposed redactions to the Damages Direct Testimony, as set out in our joint letter seeking leave to redact, dated, November 13, 2017. Dkt. No. 537. Accordingly, pursuant to Individual Rule § 4.B, SPD submits courtesy copies highlighting the requested redactions, and a loose-leaf set of highlighted-only pages. Hard copies will be delivered to the Court this evening. SPD will

promptly file the Damages Direct Testimony with the requested redactions on ECF.[1] Additionally, for the Court's convenience, SPD's disc includes a courtesy copy of three written testimonies from the liability phase relevant to this damages phase: the Direct Testimony of Ryan Daly, dated February 17, 2015, the Direct Testimony of Hal Poret, dated February 3, 2015, and the Rebuttal Testimony of Dr. Tulin Erdem, dated February 25, 2015.

Pursuant to Individual Rule § 6.E, SPD also submits its proposed trial exhibits on disk, as permitted by the Court in Dkt. No. 536. SPD will not provide hard copies at this time. Spreadsheets marked as exhibits are provided both in their native Excel format and PDF format for the Court's convenience.

SPD's exhibit list will be submitted by C&D with the parties' joint pretrial report, and a copy is also included on the disc. In addition to proposed exhibits marked for the damages phase, SPD's exhibit list identifies and includes two exhibits from the liability phase of this litigation. C&D has informed us that it intends to include on its exhibit disc all exhibits and testimony marked in the liability phase, although it has not identified such documents on the exhibit list for the damages phase or afforded SPD an opportunity to lodge objections. SPD objects to C&D's wholesale use of liability phase exhibits without their identification and inclusion on C&D's exhibit list. Many exhibits offered in the liability phase have no relevance to the analysis and calculation of damages at the upcoming trial.

Lastly, pursuant to Individual Rule § 6.F.iii, SPD submits that it intends to cross-examine all of C&D's expert and fact witnesses, namely Dr. Gregory Bell, Wendy Bishop, Dr. Tulin Erdem, Deborah Krall, and Hal Poret. SPD has already provided C&D with this list of witnesses for cross-examination.

Respectfully submitted,

Harold P. Weinberger

HPW:jf

Enclosures

cc: All counsel of record (*via email*)

1 Dr. Ugone's Direct Testimony was previously filed at Dkt. Nos. 508-1, 511-1, 523-2, and 525-1. These versions were missing a redaction to highly confidential information similar to that described in the parties' joint letter seeking leave to redact. C&D has advised that it will replace Dr. Ugone's Direct Testimony filed at those docket numbers to reflect this additional redaction.