# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00008826 | 00008826 |
| | CHD | 00008827 | 00008827 |
| | CHD | 00008828 | 00008828 |
| | CHD | 00008829 | 00008829 |
| | CHD | 00008830 | 00008830 |
| | CHD | 00008831 | 00008831 |
| | CHD | 00008832 | 00008832 |
| | CHD | 00008833 | 00008833 |
| | CHD | 00008834 | 00008834 |
| | CHD | 00008835 | 00008835 |
| | CHD | 00008836 | 00008836 |
| | CHD | 00008837 | 00008837 |
| | CHD | 00008838 | 00008838 |
| | CHD | 00008839 | 00008839 |
| | CHD | 00008840 | 00008840 |
| | CHD | 00008841 | 00008841 |
| | CHD | 00008842 | 00008842 |
| | CHD | 00008843 | 00008843 |
| | CHD | 00008844 | 00008844 |
| | CHD | 00008845 | 00008845 |
| | CHD | 00008846 | 00008846 |
| | CHD | 00008847 | 00008847 |
| | CHD | 00008848 | 00008848 |
| | CHD | 00008849 | 00008850 |
| | CHD | 00008851 | 00008851 |
| | CHD | 00008852 | 00008852 |
| | CHD | 00008853 | 00008853 |
| | CHD | 00008854 | 00008854 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00008855 | 00008855 |
| | CHD | 00008856 | 00008856 |
| | CHD | 00008857 | 00008858 |
| | CHD | 00008859 | 00008859 |
| | CHD | 00008860 | 00008860 |
| | CHD | 00008861 | 00008861 |
| | CHD | 00008862 | 00008862 |
| | CHD | 00008863 | 00008863 |
| | CHD | 00008864 | 00008864 |
| | CHD | 00008865 | 00008865 |
| | CHD | 00008866 | 00008866 |
| | CHD | 00008867 | 00008867 |
| | CHD | 00008868 | 00008868 |
| | CHD | 00008869 | 00008869 |
| | CHD | 00008870 | 00008870 |
| | CHD | 00008871 | 00008871 |
| | CHD | 00008872 | 00008872 |
| | CHD | 00008873 | 00008873 |
| | CHD | 00008874 | 00008874 |
| | CHD | 00008875 | 00008875 |
| | CHD | 00008876 | 00008876 |
| | CHD | 00008877 | 00008877 |
| | CHD | 00008878 | 00008878 |
| | CHD | 00008879 | 00008879 |
| | CHD | 00008880 | 00008880 |
| | CHD | 00008881 | 00008881 |
| | CHD | 00008882 | 00008882 |
| | CHD | 00008883 | 00008883 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00008884 | 00008884 |
| | CHD | 00008885 | 00008885 |
| | CHD | 00008886 | 00008886 |
| | CHD | 00008887 | 00008887 |
| | CHD | 00008888 | 00008888 |
| | CHD | 00008889 | 00008889 |
| | CHD | 00008890 | 00008890 |
| | CHD | 00008891 | 00008891 |
| | CHD | 00008892 | 00008892 |
| | CHD | 00008893 | 00008893 |
| | CHD | 00008894 | 00008894 |
| | CHD | 00008895 | 00008895 |
| | CHD | 00008896 | 00008896 |
| | CHD | 00008897 | 00008897 |
| | CHD | 00008898 | 00008898 |
| | CHD | 00008899 | 00008899 |
| | CHD | 00008900 | 00008900 |
| | CHD | 00008901 | 00008901 |
| | CHD | 00008902 | 00008902 |
| | CHD | 00008903 | 00008903 |
| | CHD | 00008904 | 00008904 |
| | CHD | 00008905 | 00008905 |
| | CHD | 00008906 | 00008909 |
| | CHD | 00008910 | 00008910 |
| | CHD | 00008911 | 00008911 |
| | CHD | 00008912 | 00008912 |
| | CHD | 00008913 | 00008913 |
| | CHD | 00008914 | 00008914 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00008915 | 00008915 |
| | CHD | 00008916 | 00008916 |
| | CHD | 00008917 | 00008917 |
| | CHD | 00008918 | 00008918 |
| | CHD | 00008919 | 00008919 |
| | CHD | 00008920 | 00008920 |
| | CHD | 00008921 | 00008921 |
| | CHD | 00008922 | 00008922 |
| | CHD | 00008923 | 00008923 |
| | CHD | 00008924 | 00008924 |
| | CHD | 00008925 | 00008925 |
| | CHD | 00008926 | 00008926 |
| | CHD | 00008927 | 00008927 |
| | CHD | 00008928 | 00008928 |
| | CHD | 00008929 | 00008929 |
| | CHD | 00008930 | 00008930 |
| | CHD | 00008931 | 00008931 |
| | CHD | 00008932 | 00008932 |
| | CHD | 00008933 | 00008933 |
| | CHD | 00008934 | 00008934 |
| | CHD | 00008935 | 00008935 |
| | CHD | 00008936 | 00008936 |
| | CHD | 00008937 | 00008937 |
| | CHD | 00008938 | 00008938 |
| | CHD | 00008939 | 00008939 |
| | CHD | 00008940 | 00008940 |
| | CHD | 00008941 | 00008941 |
| | CHD | 00008942 | 00008942 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00008943 | 00008943 |
| | CHD | 00008944 | 00008944 |
| | CHD | 00008945 | 00008945 |
| | CHD | 00008946 | 00008946 |
| | CHD | 00008947 | 00008947 |
| | CHD | 00008948 | 00008948 |
| | CHD | 00008949 | 00008949 |
| | CHD | 00008950 | 00008950 |
| | CHD | 00008951 | 00008951 |
| | CHD | 00008952 | 00008952 |
| | CHD | 00008953 | 00008953 |
| | CHD | 00008954 | 00008954 |
| | CHD | 00008955 | 00008955 |
| | CHD | 00008956 | 00008956 |
| | CHD | 00008957 | 00008957 |
| | CHD | 00008958 | 00008958 |
| | CHD | 00008959 | 00008959 |
| | CHD | 00008960 | 00008960 |
| | CHD | 00008961 | 00008961 |
| | CHD | 00008962 | 00008962 |
| | CHD | 00008963 | 00008963 |
| | CHD | 00008964 | 00008964 |
| | CHD | 00008965 | 00008965 |
| | CHD | 00008966 | 00008966 |
| | CHD | 00008967 | 00008967 |
| | CHD | 00008968 | 00008968 |
| | CHD | 00008969 | 00008969 |
| | CHD | 00008970 | 00008970 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00008971 | 00008971 |
| | CHD | 00008972 | 00008972 |
| | CHD | 00008973 | 00008973 |
| | CHD | 00008974 | 00008991 |
| | CHD | 00008992 | 00008992 |
| | CHD | 00008993 | 00008993 |
| | CHD | 00008994 | 00008994 |
| | CHD | 00008995 | 00008995 |
| | CHD | 00008996 | 00009002 |
| | CHD | 00009003 | 00009009 |
| | CHD | 00009010 | 00009010 |
| | CHD | 00009011 | 00009013 |
| | CHD | 00009014 | 00009016 |
| | CHD | 00009017 | 00009017 |
| | CHD | 00009018 | 00009022 |
| | CHD | 00009023 | 00009023 |
| | CHD | 00009024 | 00009028 |
| | CHD | 00009029 | 00009029 |
| | CHD | 00009030 | 00009031 |
| | CHD | 00009032 | 00009034 |
| | CHD | 00009035 | 00009035 |
| | CHD | 00009036 | 00009037 |
| | CHD | 00009038 | 00009038 |
| | CHD | 00009039 | 00009050 |
| | CHD | 00009051 | 00009051 |
| | CHD | 00009052 | 00009057 |
| | CHD | 00009058 | 00009059 |
| | CHD | 00009060 | 00009064 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00009065 | 00009065 |
| | CHD | 00009066 | 00009070 |
| | CHD | 00009071 | 00009072 |
| | CHD | 00009073 | 00009082 |
| | CHD | 00009083 | 00009083 |
| | CHD | 00009084 | 00009093 |
| | CHD | 00009094 | 00009094 |
| | CHD | 00009095 | 00009095 |
| | CHD | 00009096 | 00009100 |
| | CHD | 00009101 | 00009105 |
| | CHD | 00009106 | 00009109 |
| | CHD | 00009110 | 00009113 |
| | CHD | 00009114 | 00009116 |
| | CHD | 00009117 | 00009119 |
| | CHD | 00009120 | 00009122 |
| | CHD | 00009123 | 00009123 |
| | CHD | 00009124 | 00009124 |
| | CHD | 00009125 | 00009128 |
| | CHD | 00009129 | 00009142 |
| | CHD | 00009143 | 00009146 |
| | CHD | 00009147 | 00009153 |
| | CHD | 00009154 | 00009166 |
| | CHD | 00009167 | 00009169 |
| | CHD | 00009170 | 00009170 |
| | CHD | 00009171 | 00009175 |
| | CHD | 00009176 | 00009179 |
| | CHD | 00009180 | 00009183 |
| | CHD | 00009184 | 00009187 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00009188 | 00009191 |
| | CHD | 00009192 | 00009194 |
| | CHD | 00009195 | 00009197 |
| | CHD | 00009198 | 00009198 |
| | CHD | 00009199 | 00009208 |
| | CHD | 00009209 | 00009211 |
| | CHD | 00009212 | 00009219 |
| | CHD | 00009220 | 00009241 |
| | CHD | 00009242 | 00009244 |
| | CHD | 00009245 | 00009252 |
| | CHD | 00009253 | 00009253 |
| | CHD | 00009254 | 00009254 |
| | CHD | 00009255 | 00009276 |
| | CHD | 00009277 | 00009277 |
| | CHD | 00009278 | 00009288 |
| | CHD | 00009289 | 00009289 |
| | CHD | 00009290 | 00009303 |
| | CHD | 00009304 | 00009307 |
| | CHD | 00009308 | 00009310 |
| | CHD | 00009311 | 00009311 |
| | CHD | 00009312 | 00009312 |
| | CHD | 00009313 | 00009313 |
| | CHD | 00009314 | 00009319 |
| | CHD | 00009320 | 00009324 |
| | CHD | 00009325 | 00009328 |
| | CHD | 00009329 | 00009331 |
| | CHD | 00009332 | 00009332 |
| | CHD | 00009333 | 00009333 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00009334 | 00009334 |
| | CHD | 00009335 | 00009338 |
| | CHD | 00009339 | 00009342 |
| | CHD | 00009343 | 00009348 |
| | CHD | 00009349 | 00009354 |
| | CHD | 00009355 | 00009358 |
| | CHD | 00009359 | 00009363 |
| | CHD | 00009364 | 00009368 |
| | CHD | 00009369 | 00009373 |
| | CHD | 00009374 | 00009378 |
| | CHD | 00009379 | 00009382 |
| | CHD | 00009383 | 00009386 |
| | CHD | 00009387 | 00009390 |
| | CHD | 00009391 | 00009393 |
| | CHD | 00009394 | 00009395 |
| | CHD | 00009396 | 00009398 |
| | CHD | 00009399 | 00009412 |
| | CHD | 00009413 | 00009414 |
| | CHD | 00009415 | 00009415 |
| | CHD | 00009416 | 00009421 |
| | CHD | 00009422 | 00009427 |
| | CHD | 00009428 | 00009441 |
| | CHD | 00009442 | 00009448 |
| | CHD | 00009449 | 00009455 |
| | CHD | 00009456 | 00009461 |
| | CHD | 00009462 | 00009467 |
| | CHD | 00009468 | 00009473 |
| | CHD | 00009474 | 00009480 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00009481 | 00009485 |
| | CHD | 00009486 | 00009490 |
| | CHD | 00009491 | 00009496 |
| | CHD | 00009497 | 00009502 |
| | CHD | 00009503 | 00009507 |
| | CHD | 00009508 | 00009512 |
| | CHD | 00009513 | 00009517 |
| | CHD | 00009518 | 00009518 |
| | CHD | 00009519 | 00009523 |
| | CHD | 00009524 | 00009528 |
| | CHD | 00009529 | 00009529 |
| | CHD | 00009530 | 00009541 |
| | CHD | 00009542 | 00009545 |
| | CHD | 00009546 | 00009551 |
| | CHD | 00009552 | 00009556 |
| | CHD | 00009557 | 00009561 |
| | CHD | 00009562 | 00009565 |
| | CHD | 00009566 | 00009569 |
| | CHD | 00009570 | 00009573 |
| | CHD | 00009574 | 00009577 |
| | CHD | 00009578 | 00009578 |
| | CHD | 00009579 | 00009588 |
| | CHD | 00009589 | 00009598 |
| | CHD | 00009599 | 00009606 |
| | CHD | 00009607 | 00009614 |
| | CHD | 00009615 | 00009622 |
| | CHD | 00009623 | 00009634 |
| | CHD | 00009635 | 00009641 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00009642 | 00009648 |
| | CHD | 00009649 | 00009654 |
| | CHD | 00009655 | 00009660 |
| | CHD | 00009661 | 00009663 |
| | CHD | 00009664 | 00009666 |
| | CHD | 00009667 | 00009668 |
| | CHD | 00009669 | 00009669 |
| | CHD | 00009670 | 00009670 |
| | CHD | 00009671 | 00009671 |
| | CHD | 00009672 | 00009672 |
| | CHD | 00009673 | 00009692 |
| | CHD | 00009693 | 00009693 |
| | CHD | 00009694 | 00009694 |
| | CHD | 00009695 | 00009702 |
| | CHD | 00009703 | 00009703 |
| | CHD | 00009704 | 00009707 |
| | CHD | 00009708 | 00009711 |
| | CHD | 00009712 | 00009714 |
| | CHD | 00009715 | 00009717 |
| | CHD | 00009718 | 00009718 |
| | CHD | 00009719 | 00009730 |
| | CHD | 00009731 | 00009737 |
| | CHD | 00009738 | 00009743 |
| | CHD | 00009744 | 00009749 |
| | CHD | 00009750 | 00009750 |
| | CHD | 00009751 | 00009756 |
| | CHD | 00009757 | 00009757 |
| | CHD | 00009758 | 00009761 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00009762 | 00009765 |
| | CHD | 00009766 | 00009769 |
| | CHD | 00009770 | 00009770 |
| | CHD | 00009771 | 00009793 |
| | CHD | 00009794 | 00009794 |
| | CHD | 00009795 | 00009795 |
| | CHD | 00009796 | 00009796 |
| | CHD | 00009797 | 00009802 |
| | CHD | 00009803 | 00009804 |
| | CHD | 00009805 | 00009805 |
| | CHD | 00009806 | 00009810 |
| | CHD | 00009811 | 00009814 |
| | CHD | 00009815 | 00009817 |
| | CHD | 00009818 | 00009820 |
| | CHD | 00009821 | 00009829 |
| | CHD | 00009830 | 00009831 |
| | CHD | 00009832 | 00009832 |
| | CHD | 00009833 | 00009833 |
| | CHD | 00009834 | 00009835 |
| | CHD | 00009836 | 00009844 |
| | CHD | 00009845 | 00009847 |
| | CHD | 00009848 | 00009850 |
| | CHD | 00009851 | 00009854 |
| | CHD | 00009855 | 00009858 |
| | CHD | 00009859 | 00009861 |
| | CHD | 00009862 | 00009864 |
| | CHD | 00009865 | 00009867 |
| | CHD | 00009868 | 00009869 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00009870 | 00009876 |
| | CHD | 00009877 | 00009877 |
| | CHD | 00009878 | 00009883 |
| | CHD | 00009884 | 00009979 |
| | CHD | 00009980 | 00010009 |
| | CHD | 00010010 | 00010042 |
| | CHD | 00010043 | 00010077 |
| | CHD | 00010078 | 00010175 |
| | CHD | 00010176 | 00010204 |
| | CHD | 00010205 | 00010239 |
| | CHD | 00010240 | 00010275 |
| | CHD | 00010276 | 00010382 |
| | CHD | 00010383 | 00010413 |
| | CHD | 00010414 | 00010445 |
| | CHD | 00010446 | 00010482 |
| | CHD | 00010483 | 00010552 |
| | CHD | 00010553 | 00010582 |
| | CHD | 00010583 | 00010613 |
| | CHD | 00010614 | 00010645 |
| | CHD | 00010646 | 00010716 |
| | CHD | 00010717 | 00010745 |
| | CHD | 00010746 | 00010778 |
| | CHD | 00010779 | 00010808 |
| | CHD | 00010809 | 00010906 |
| | CHD | 00010907 | 00010936 |
| | CHD | 00010937 | 00010970 |
| | CHD | 00010971 | 00011004 |
| | CHD | 00011005 | 00011099 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00011100 | 00011126 |
| | CHD | 00011127 | 00011155 |
| | CHD | 00011156 | 00011156 |
| | CHD | 00011157 | 00011157 |
| | CHD | 00011158 | 00011158 |
| | CHD | 00011159 | 00011159 |
| | CHD | 00011160 | 00011167 |
| | CHD | 00011168 | 00011175 |
| | CHD | 00011176 | 00011182 |
| | CHD | 00011183 | 00011189 |
| | CHD | 00011190 | 00011197 |
| | CHD | 00011198 | 00011204 |
| | CHD | 00011205 | 00011211 |
| | CHD | 00011212 | 00011219 |
| | CHD | 00011220 | 00011226 |
| | CHD | 00011227 | 00011233 |
| | CHD | 00011234 | 00011234 |
| | CHD | 00011235 | 00011236 |
| | CHD | 00011237 | 00011238 |
| | CHD | 00011239 | 00011239 |
| | CHD | 00011240 | 00011242 |
| | CHD | 00011243 | 00011255 |
| | CHD | 00011256 | 00011258 |
| | CHD | 00011259 | 00011271 |
| | CHD | 00011272 | 00011275 |
| | CHD | 00011276 | 00011279 |
| | CHD | 00011280 | 00011282 |
| | CHD | 00011283 | 00011285 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00011286 | 00011288 |
| | CHD | 00011289 | 00011291 |
| | CHD | 00011292 | 00011294 |
| | CHD | 00011295 | 00011297 |
| | CHD | 00011298 | 00011298 |
| | CHD | 00011299 | 00011299 |
| | CHD | 00011300 | 00011300 |
| | CHD | 00011301 | 00011302 |
| | CHD | 00011303 | 00011303 |
| | CHD | 00011304 | 00011304 |
| | CHD | 00011305 | 00011305 |
| | CHD | 00011306 | 00011307 |
| | CHD | 00011308 | 00011356 |
| | CHD | 00011357 | 00011364 |
| | CHD | 00011365 | 00011378 |
| | CHD | 00011379 | 00011379 |
| | CHD | 00011380 | 00011380 |
| | CHD | 00011381 | 00011387 |
| | CHD | 00011388 | 00011393 |
| | CHD | 00011394 | 00011397 |
| | CHD | 00011398 | 00011406 |
| | CHD | 00011407 | 00011413 |
| | CHD | 00011414 | 00011414 |
| | CHD | 00011415 | 00011415 |
| | CHD | 00011416 | 00011416 |
| | CHD | 00011417 | 00011418 |
| | CHD | 00011419 | 00011420 |
| | CHD | 00011421 | 00011422 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00011423 | 00011423 |
| | CHD | 00011424 | 00011424 |
| | CHD | 00011425 | 00011425 |
| | CHD | 00011426 | 00011443 |
| | CHD | 00011444 | 00011450 |
| | CHD | 00011451 | 00011548 |
| | CHD | 00011549 | 00011557 |
| | CHD | 00011558 | 00011558 |
| | CHD | 00011560 | 00011663 |
| | CHD | 00011664 | 00011664 |
| | CHD | 00011665 | 00011763 |
| | CHD | 00011764 | 00011771 |
| | CHD | 00011772 | 00011779 |
| | CHD | 00011780 | 00011787 |
| | CHD | 00011788 | 00011799 |
| | CHD | 00011800 | 00011807 |
| | CHD | 00011808 | 00011808 |
| | CHD | 00011809 | 00011809 |
| | CHD | 00011810 | 00011810 |
| | CHD | 00011811 | 00011812 |
| | CHD | 00011813 | 00011814 |
| | CHD | 00011815 | 00011825 |
| | CHD | 00011826 | 00011835 |
| | CHD | 00011836 | 00011844 |
| | CHD | 00011845 | 00011852 |
| | CHD | 00011853 | 00011861 |
| | CHD | 00011862 | 00011870 |
| | CHD | 00011871 | 00011878 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00011879 | 00011879 |
| | CHD | 00011880 | 00011880 |
| | CHD | 00011881 | 00011881 |
| | CHD | 00011882 | 00011883 |
| | CHD | 00011884 | 00011885 |
| | CHD | 00011886 | 00011886 |
| | CHD | 00011887 | 00011887 |
| | CHD | 00011888 | 00011888 |
| | CHD | 00011889 | 00011889 |
| | CHD | 00011890 | 00011890 |
| | CHD | 00011891 | 00011891 |
| | CHD | 00011892 | 00011892 |
| | CHD | 00011893 | 00011893 |
| | CHD | 00011894 | 00011894 |
| | CHD | 00011895 | 00011895 |
| | CHD | 00011896 | 00011896 |
| | CHD | 00011897 | 00011901 |
| | CHD | 00011902 | 00011912 |
| | CHD | 00011913 | 00011921 |
| | CHD | 00011922 | 00011933 |
| | CHD | 00011934 | 00011947 |
| | CHD | 00011948 | 00011961 |
| | CHD | 00011962 | 00011977 |
| | CHD | 00011978 | 00011978 |
| | CHD | 00011979 | 00011979 |
| | CHD | 00011980 | 00011980 |
| | CHD | 00011981 | 00011981 |
| | CHD | 00011982 | 00011982 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00011983 | 00011983 |
| | CHD | 00011984 | 00011984 |
| | CHD | 00011985 | 00011985 |
| | CHD | 00011986 | 00011986 |
| | CHD | 00011987 | 00011987 |
| | CHD | 00011988 | 00011988 |
| | CHD | 00011989 | 00011989 |
| | CHD | 00011990 | 00011990 |
| | CHD | 00011991 | 00011991 |
| | CHD | 00011992 | 00011992 |
| | CHD | 00011993 | 00011993 |
| | CHD | 00011994 | 00011994 |
| | CHD | 00011995 | 00011995 |
| | CHD | 00012047 | 00012047 |
| | CHD | 00012224 | 00012237 |
| | CHD | 00012239 | 00012247 |
| | CHD | 00012251 | 00012263 |
| | CHD | 00012265 | 00012273 |
| | CHD | 00012304 | 00012320 |
| | CHD | 00012322 | 00012330 |
| | CHD | 00012331 | 00012333 |
| | CHD | 00012334 | 00012335 |
| | CHD | 00012336 | 00012336 |
| | CHD | 00012339 | 00012351 |
| | CHD | 00012358 | 00012358 |
| | CHD | 00012364 | 00012364 |
| | CHD | 00012365 | 00012367 |
| | CHD | 00012368 | 00012369 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00012370 | 00012371 |
| | CHD | 00012375 | 00012376 |
| | CHD | 00012377 | 00012377 |
| | CHD | 00012383 | 00012393 |
| | CHD | 00012578 | 00012578 |
| | CHD | 00012580 | 00012604 |
| | CHD | 00012606 | 00012606 |
| | CHD | 00012607 | 00012607 |
| | CHD | 00012608 | 00012608 |
| | CHD | 00012609 | 00012609 |
| | CHD | 00012611 | 00012634 |
| | CHD | 00012664 | 00012687 |
| | CHD | 00012688 | 00012690 |
| | CHD | 00012707 | 00012707 |
| | CHD | 00012712 | 00012712 |
| | CHD | 00012714 | 00012714 |
| | CHD | 00012715 | 00012718 |
| | CHD | 00012738 | 00012740 |
| | CHD | 00012741 | 00012745 |
| | CHD | 00012765 | 00012769 |
| | CHD | 00012790 | 00012790 |
| | CHD | 00012792 | 00012840 |
| | CHD | 00012848 | 00012849 |
| | CHD | 00012851 | 00012852 |
| | CHD | 00012881 | 00012883 |
| | CHD | 00012890 | 00012903 |
| | CHD | 00012907 | 00012907 |
| | CHD | 00012909 | 00012921 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00013225 | 00013225 |
| | CHD | 00013611 | 00013611 |
| | CHD | 00013653 | 00013653 |
| | CHD | 00013655 | 00013657 |
| | CHD | 00013661 | 00013669 |
| | CHD | 00013670 | 00013670 |
| | CHD | 00013679 | 00013722 |
| | CHD | 00013724 | 00013724 |
| | CHD | 00013726 | 00013726 |
| | CHD | 00013727 | 00013728 |
| | CHD | 00013731 | 00013739 |
| | CHD | 00013755 | 00013755 |
| | CHD | 00013756 | 00013756 |
| | CHD | 00013770 | 00013778 |
| | CHD | 00013779 | 00013788 |
| | CHD | 00013789 | 00013790 |
| | CHD | 00013791 | 00013791 |
| | CHD | 00013793 | 00013793 |
| | CHD | 00013794 | 00013796 |
| | CHD | 00013813 | 00013813 |
| | CHD | 00013815 | 00013850 |
| | CHD | 00013863 | 00013866 |
| | CHD | 00013918 | 00013922 |
| | CHD | 00013924 | 00013929 |
| | CHD | 00013940 | 00013947 |
| | CHD | 00013948 | 00013949 |
| | CHD | 00013963 | 00013963 |
| | CHD | 00013976 | 00013976 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00013978 | 00013978 |
| | CHD | 00013986 | 00013986 |
| | CHD | 00013987 | 00013987 |
| | CHD | 00013989 | 00013989 |
| | CHD | 00013992 | 00013992 |
| | CHD | 00013994 | 00013996 |
| | CHD | 00013999 | 00013999 |
| | CHD | 00014001 | 00014001 |
| | CHD | 00014004 | 00014004 |
| | CHD | 00014005 | 00014005 |
| | CHD | 00014006 | 00014006 |
| | CHD | 00014009 | 00014009 |
| | CHD | 00014010 | 00014010 |
| | CHD | 00014011 | 00014011 |
| | CHD | 00014013 | 00014013 |
| | CHD | 00014026 | 00014028 |
| | CHD | 00014031 | 00014031 |
| | CHD | 00014032 | 00014032 |
| | CHD | 00014033 | 00014041 |
| | CHD | 00014044 | 00014061 |
| | CHD | 00014064 | 00014066 |
| | CHD | 00014077 | 00014094 |
| | CHD | 00014095 | 00014097 |
| | CHD | 00014102 | 00014102 |
| | CHD | 00014105 | 00014122 |
| | CHD | 00014125 | 00014125 |
| | CHD | 00014131 | 00014167 |
| | CHD | 00014169 | 00014169 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00014171 | 00014176 |
| | CHD | 00014242 | 00014242 |
| | CHD | 00014243 | 00014271 |
| | CHD | 00014294 | 00014296 |
| | CHD | 00014313 | 00014313 |
| | CHD | 00014339 | 00014342 |
| | CHD | 00014343 | 00014343 |
| | CHD | 00014425 | 00014425 |
| | CHD | 00014426 | 00014429 |
| | CHD | 00014477 | 00014481 |
| | CHD | 00014482 | 00014484 |
| | CHD | 00014487 | 00014491 |
| | CHD | 00014492 | 00014493 |
| | CHD | 00014494 | 00014494 |
| | CHD | 00014503 | 00014505 |
| | CHD | 00014506 | 00014508 |
| | CHD | 00014509 | 00014511 |
| | CHD | 00014512 | 00014515 |
| | CHD | 00014541 | 00014573 |
| | CHD | 00014575 | 00014575 |
| | CHD | 00014579 | 00014582 |
| | CHD | 00014599 | 00014602 |
| | CHD | 00014611 | 00014611 |
| | CHD | 00014612 | 00014615 |
| | CHD | 00014662 | 00014662 |
| | CHD | 00014664 | 00014664 |
| | CHD | 00014665 | 00014669 |
| | CHD | 00014670 | 00014672 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00014673 | 00014677 |
| | CHD | 00014767 | 00014767 |
| | CHD | 00014770 | 00014774 |
| | CHD | 00014775 | 00014776 |
| | CHD | 00014779 | 00014786 |
| | CHD | 00014789 | 00014796 |
| | CHD | 00014814 | 00014818 |
| | CHD | 00014844 | 00014875 |
| | CHD | 00014876 | 00014879 |
| | CHD | 00014880 | 00014880 |
| | CHD | 00014881 | 00014881 |
| | CHD | 00014882 | 00014882 |
| | CHD | 00014883 | 00014883 |
| | CHD | 00014890 | 00014891 |
| | CHD | 00014892 | 00014895 |
| | CHD | 00014897 | 00014897 |
| | CHD | 00014898 | 00014898 |
| | CHD | 00014960 | 00014960 |
| | CHD | 00014966 | 00014967 |
| | CHD | 00014969 | 00014969 |
| | CHD | 00014970 | 00014973 |
| | CHD | 00014992 | 00014993 |
| | CHD | 00014995 | 00014996 |
| | CHD | 00014998 | 00015001 |
| | CHD | 00015079 | 00015090 |
| | CHD | 00015109 | 00015160 |
| | CHD | 00015161 | 00015164 |
| | CHD | 00015165 | 00015165 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00015166 | 00015166 |
| | CHD | 00015167 | 00015167 |
| | CHD | 00015255 | 00015255 |
| | CHD | 00015277 | 00015281 |
| | CHD | 00015333 | 00015336 |
| | CHD | 00015345 | 00015351 |
| | CHD | 00015431 | 00015431 |
| | CHD | 00015435 | 00015448 |
| | CHD | 00015479 | 00015483 |
| | CHD | 00015494 | 00015496 |
| | CHD | 00015513 | 00015513 |
| | CHD | 00015618 | 00015618 |
| | CHD | 00015620 | 00015681 |
| | CHD | 00015686 | 00015686 |
| | CHD | 00015687 | 00015687 |
| | CHD | 00015688 | 00015688 |
| | CHD | 00015689 | 00015691 |
| | CHD | 00015692 | 00015707 |
| | CHD | 00015727 | 00015727 |
| | CHD | 00015812 | 00015812 |
| | CHD | 00015813 | 00015826 |
| | CHD | 00015829 | 00015834 |
| | CHD | 00015835 | 00015840 |
| | CHD | 00015875 | 00015875 |
| | CHD | 00015886 | 00015886 |
| | CHD | 00015890 | 00015911 |
| | CHD | 00015912 | 00015917 |
| | CHD | 00015918 | 00015923 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00015999 | 00015999 |
| | CHD | 00016000 | 00016000 |
| | CHD | 00016001 | 00016001 |
| | CHD | 00016002 | 00016004 |
| | CHD | 00016023 | 00016024 |
| | CHD | 00016025 | 00016026 |
| | CHD | 00016028 | 00016028 |
| | CHD | 00016039 | 00016040 |
| | CHD | 00016050 | 00016050 |
| | CHD | 00016053 | 00016071 |
| | CHD | 00016072 | 00016073 |
| | CHD | 00016076 | 00016080 |
| | CHD | 00016341 | 00016344 |
| | CHD | 00016345 | 00016345 |
| | CHD | 00016346 | 00016346 |
| | CHD | 00016347 | 00016347 |
| | CHD | 00016349 | 00016361 |
| | CHD | 00016578 | 00016578 |
| | CHD | 00016581 | 00016583 |
| | CHD | 00016589 | 00016593 |
| | CHD | 00016596 | 00016598 |
| | CHD | 00016619 | 00016619 |
| | CHD | 00016623 | 00016625 |
| | CHD | 00016626 | 00016626 |
| | CHD | 00016627 | 00016627 |
| | CHD | 00016628 | 00016628 |
| | CHD | 00016630 | 00016632 |
| | CHD | 00016650 | 00016653 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00016678 | 00016682 |
| | CHD | 00016688 | 00016689 |
| | CHD | 00016692 | 00016692 |
| | CHD | 00016736 | 00016736 |
| | CHD | 00016787 | 00016800 |
| | CHD | 00016804 | 00016807 |
| | CHD | 00016822 | 00016822 |
| | CHD | 00016844 | 00016844 |
| | CHD | 00016859 | 00016859 |
| | CHD | 00016861 | 00016863 |
| | CHD | 00016866 | 00016868 |
| | CHD | 00016869 | 00016872 |
| | CHD | 00016873 | 00016873 |
| | CHD | 00016874 | 00016874 |
| | CHD | 00016875 | 00016875 |
| | CHD | 00016896 | 00016900 |
| | CHD | 00016959 | 00016959 |
| | CHD | 00016960 | 00016961 |
| | CHD | 00017021 | 00017025 |
| | CHD | 00017052 | 00017059 |
| | CHD | 00017072 | 00017076 |
| | CHD | 00017087 | 00017090 |
| | CHD | 00017091 | 00017098 |
| | CHD | 00017134 | 00017137 |
| | CHD | 00017149 | 00017152 |
| | CHD | 00017153 | 00017156 |
| | CHD | 00017177 | 00017179 |
| | CHD | 00017188 | 00017194 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00017203 | 00017205 |
| | CHD | 00017206 | 00017208 |
| | CHD | 00017264 | 00017264 |
| | CHD | 00017265 | 00017265 |
| | CHD | 00017266 | 00017266 |
| | CHD | 00017273 | 00017273 |
| | CHD | 00017274 | 00017275 |
| | CHD | 00017276 | 00017276 |
| | CHD | 00017277 | 00017277 |
| | CHD | 00017310 | 00017310 |
| | CHD | 00017315 | 00017315 |
| | CHD | 00017319 | 00017325 |
| | CHD | 00017343 | 00017343 |
| | CHD | 00017396 | 00017402 |
| | CHD | 00017411 | 00017413 |
| | CHD | 00017435 | 00017435 |
| | CHD | 00017437 | 00017439 |
| | CHD | 00017472 | 00017472 |
| | CHD | 00017474 | 00017474 |
| | CHD | 00017494 | 00017494 |
| | CHD | 00017551 | 00017551 |
| | CHD | 00017599 | 00017599 |
| | CHD | 00017600 | 00017600 |
| | CHD | 00017601 | 00017601 |
| | CHD | 00017602 | 00017602 |
| | CHD | 00017607 | 00017608 |
| | CHD | 00017609 | 00017609 |
| | CHD | 00017610 | 00017610 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00017612 | 00017612 |
| | CHD | 00017614 | 00017622 |
| | CHD | 00017634 | 00017635 |
| | CHD | 00017650 | 00017650 |
| | CHD | 00017662 | 00017664 |
| | CHD | 00017665 | 00017665 |
| | CHD | 00017683 | 00017683 |
| | CHD | 00017697 | 00017697 |
| | CHD | 00017702 | 00017702 |
| | CHD | 00017703 | 00017706 |
| | CHD | 00017737 | 00017742 |
| | CHD | 00017754 | 00017755 |
| | CHD | 00017792 | 00017793 |
| | CHD | 00017794 | 00017794 |
| | CHD | 00017820 | 00017820 |
| | CHD | 00017834 | 00017834 |
| | CHD | 00017866 | 00017882 |
| | CHD | 00017914 | 00017914 |
| | CHD | 00017917 | 00017920 |
| | CHD | 00018063 | 00018063 |
| | CHD | 00018076 | 00018076 |
| | CHD | 00018077 | 00018079 |
| | CHD | 00018080 | 00018080 |
| | CHD | 00018081 | 00018081 |
| | CHD | 00018113 | 00018113 |
| | CHD | 00018114 | 00018114 |
| | CHD | 00018135 | 00018135 |
| | CHD | 00018153 | 00018153 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00018161 | 00018161 |
| | CHD | 00018164 | 00018164 |
| | CHD | 00018177 | 00018177 |
| | CHD | 00018181 | 00018181 |
| | CHD | 00018182 | 00018182 |
| | CHD | 00018183 | 00018183 |
| | CHD | 00018184 | 00018184 |
| | CHD | 00018185 | 00018185 |
| | CHD | 00018302 | 00018307 |
| | CHD | 00018311 | 00018332 |
| | CHD | 00018395 | 00018397 |
| | CHD | 00018398 | 00018411 |
| | CHD | 00018435 | 00018438 |
| | CHD | 00018439 | 00018460 |
| | CHD | 00018498 | 00018498 |
| | CHD | 00018515 | 00018515 |
| | CHD | 00018532 | 00018535 |
| | CHD | 00018536 | 00018536 |
| | CHD | 00018538 | 00018538 |
| | CHD | 00018539 | 00018539 |
| | CHD | 00018540 | 00018540 |
| | CHD | 00018567 | 00018567 |
| | CHD | 00018569 | 00018571 |
| | CHD | 00018708 | 00018710 |
| | CHD | 00018715 | 00018746 |
| | CHD | 00018749 | 00018750 |
| | CHD | 00018768 | 00018769 |
| | CHD | 00018770 | 00018783 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00018802 | 00018802 |
| | CHD | 00018925 | 00018930 |
| | CHD | 00018935 | 00018937 |
| | CHD | 00018942 | 00018944 |
| | CHD | 00018945 | 00018948 |
| | CHD | 00018949 | 00018950 |
| | CHD | 00018994 | 00019025 |
| | CHD | 00019080 | 00019091 |
| | CHD | 00019094 | 00019098 |
| | CHD | 00019120 | 00019120 |
| | CHD | 00019122 | 00019122 |
| | CHD | 00019126 | 00019179 |
| | CHD | 00019251 | 00019257 |
| | CHD | 00019258 | 00019270 |
| | CHD | 00019282 | 00019282 |
| | CHD | 00019283 | 00019285 |
| | CHD | 00019302 | 00019302 |
| | CHD | 00019309 | 00019344 |
| | CHD | 00019345 | 00019345 |
| | CHD | 00019367 | 00019367 |
| | CHD | 00019368 | 00019368 |
| | CHD | 00019371 | 00019373 |
| | CHD | 00019445 | 00019447 |
| | CHD | 00019458 | 00019458 |
| | CHD | 00019459 | 00019459 |
| | CHD | 00019468 | 00019468 |
| | CHD | 00019469 | 00019469 |
| | CHD | 00019505 | 00019505 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00019506 | 00019509 |
| | CHD | 00019551 | 00019554 |
| | CHD | 00019566 | 00019568 |
| | CHD | 00019578 | 00019581 |
| | CHD | 00019666 | 00019668 |
| | CHD | 00019673 | 00019674 |
| | CHD | 00019687 | 00019689 |
| | CHD | 00019772 | 00019812 |
| | CHD | 00019814 | 00019814 |
| | CHD | 00019837 | 00019840 |
| | CHD | 00019850 | 00019850 |
| | CHD | 00019851 | 00019851 |
| | CHD | 00019852 | 00019852 |
| | CHD | 00019890 | 00019890 |
| | CHD | 00019895 | 00019898 |
| | CHD | 00019899 | 00019899 |
| | CHD | 00019900 | 00019900 |
| | CHD | 00019906 | 00019906 |
| | CHD | 00020116 | 00020119 |
| | CHD | 00020141 | 00020141 |
| | CHD | 00020177 | 00020179 |
| | CHD | 00020183 | 00020186 |
| | CHD | 00020228 | 00020228 |
| | CHD | 00020231 | 00020235 |
| | CHD | 00020236 | 00020237 |
| | CHD | 00020240 | 00020243 |
| | CHD | 00020252 | 00020255 |
| | CHD | 00020302 | 00020302 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00020375 | 00020375 |
| | CHD | 00020377 | 00020391 |
| | CHD | 00020464 | 00020464 |
| | CHD | 00020487 | 00020489 |
| | CHD | 00020497 | 00020518 |
| | CHD | 00020521 | 00020554 |
| | CHD | 00020560 | 00020560 |
| | CHD | 00020588 | 00020590 |
| | CHD | 00020615 | 00020617 |
| | CHD | 00020633 | 00020635 |
| | CHD | 00020651 | 00020653 |
| | CHD | 00020660 | 00020661 |
| | CHD | 00020729 | 00020730 |
| | CHD | 00020762 | 00020762 |
| | CHD | 00020763 | 00020763 |
| | CHD | 00020771 | 00020771 |
| | CHD | 00020796 | 00020796 |
| | CHD | 00020803 | 00020803 |
| | CHD | 00020817 | 00020818 |
| | CHD | 00020829 | 00020829 |
| | CHD | 00020838 | 00020858 |
| | CHD | 00020913 | 00020913 |
| | CHD | 00021091 | 00021091 |
| | CHD | 00021092 | 00021094 |
| | CHD | 00021178 | 00021178 |
| | CHD | 00021180 | 00021180 |
| | CHD | 00021181 | 00021181 |
| | CHD | 00021182 | 00021182 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00021231 | 00021231 |
| | CHD | 00021232 | 00021234 |
| | CHD | 00021249 | 00021249 |
| | CHD | 00021332 | 00021334 |
| | CHD | 00021457 | 00021459 |
| | CHD | 00021503 | 00021505 |
| | CHD | 00021691 | 00021693 |
| | CHD | 00021712 | 00021783 |
| | CHD | 00021971 | 00021971 |
| | CHD | 00021989 | 00021992 |
| | CHD | 00021994 | 00021999 |
| | CHD | 00022034 | 00022034 |
| | CHD | 00022035 | 00022036 |
| | CHD | 00022283 | 00022316 |
| | CHD | 00022326 | 00022333 |
| | CHD | 00022334 | 00022340 |
| | CHD | 00022417 | 00022417 |
| | CHD | 00022447 | 00022447 |
| | CHD | 00022448 | 00022451 |
| | CHD | 00022464 | 00022464 |
| | CHD | 00022465 | 00022465 |
| | CHD | 00022481 | 00022481 |
| | CHD | 00022482 | 00022482 |
| | CHD | 00022483 | 00022517 |
| | CHD | 00022518 | 00022518 |
| | CHD | 00022611 | 00022611 |
| | CHD | 00022823 | 00022823 |
| | CHD | 00022825 | 00022825 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00022848 | 00022851 |
| | CHD | 00022853 | 00022860 |
| | CHD | 00022863 | 00022865 |
| | CHD | 00022968 | 00022968 |
| | CHD | 00022969 | 00022971 |
| | CHD | 00023041 | 00023043 |
| | CHD | 00023076 | 00023077 |
| | CHD | 00023081 | 00023081 |
| | CHD | 00023113 | 00023115 |
| | CHD | 00023134 | 00023136 |
| | CHD | 00023147 | 00023147 |
| | CHD | 00023154 | 00023156 |
| | CHD | 00023264 | 00023264 |
| | CHD | 00023323 | 00023325 |
| | CHD | 00023327 | 00023366 |
| | CHD | 00023424 | 00023425 |
| | CHD | 00023483 | 00023484 |
| | CHD | 00023522 | 00023523 |
| | CHD | 00023561 | 00023562 |
| | CHD | 00023563 | 00023564 |
| | CHD | 00023565 | 00023565 |
| | CHD | 00023580 | 00023582 |
| | CHD | 00023672 | 00023701 |
| | CHD | 00023749 | 00023750 |
| | CHD | 00023751 | 00023751 |
| | CHD | 00023801 | 00023801 |
| | CHD | 00023809 | 00023814 |
| | CHD | 00023905 | 00023943 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00023945 | 00023945 |
| | CHD | 00023959 | 00023959 |
| | CHD | 00023981 | 00023998 |
| | CHD | 00024028 | 00024052 |
| | CHD | 00024127 | 00024132 |
| | CHD | 00024266 | 00024269 |
| | CHD | 00024276 | 00024278 |
| | CHD | 00024375 | 00024377 |
| | CHD | 00024393 | 00024393 |
| | CHD | 00024400 | 00024402 |
| | CHD | 00024422 | 00024424 |
| | CHD | 00024427 | 00024450 |
| | CHD | 00024621 | 00024621 |
| | CHD | 00024622 | 00024622 |
| | CHD | 00024635 | 00024635 |
| | CHD | 00024636 | 00024636 |
| | CHD | 00024639 | 00024640 |
| | CHD | 00024763 | 00024763 |
| | CHD | 00024805 | 00024810 |
| | CHD | 00024867 | 00024872 |
| | CHD | 00024933 | 00024933 |
| | CHD | 00024935 | 00024936 |
| | CHD | 00024940 | 00024961 |
| | CHD | 00024965 | 00024965 |
| | CHD | 00025009 | 00025009 |
| | CHD | 00025083 | 00025083 |
| | CHD | 00025119 | 00025119 |
| | CHD | 00025135 | 00025135 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00025137 | 00025137 |
| | CHD | 00025138 | 00025138 |
| | CHD | 00025139 | 00025139 |
| | CHD | 00025217 | 00025228 |
| | CHD | 00025239 | 00025239 |
| | CHD | 00025302 | 00025306 |
| | CHD | 00025350 | 00025350 |
| | CHD | 00025370 | 00025370 |
| | CHD | 00025395 | 00025395 |
| | CHD | 00025402 | 00025402 |
| | CHD | 00025406 | 00025406 |
| | CHD | 00025408 | 00025408 |
| | CHD | 00025409 | 00025409 |
| | CHD | 00025620 | 00025623 |
| | CHD | 00025683 | 00025686 |
| | CHD | 00025841 | 00025842 |
| | CHD | 00025855 | 00025855 |
| | CHD | 00026060 | 00026061 |
| | CHD | 00026074 | 00026074 |
| | CHD | 00026321 | 00026340 |
| | CHD | 00026758 | 00026758 |
| | CHD | 00026760 | 00026760 |
| | CHD | 00026854 | 00026856 |
| | CHD | 00026874 | 00026876 |
| | CHD | 00026877 | 00026878 |
| | CHD | 00026892 | 00026894 |
| | CHD | 00026895 | 00026896 |
| | CHD | 00026951 | 00026956 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00027032 | 00027033 |
| | CHD | 00027114 | 00027118 |
| | CHD | 00027124 | 00027125 |
| | CHD | 00027126 | 00027137 |
| | CHD | 00027162 | 00027162 |
| | CHD | 00027172 | 00027176 |
| | CHD | 00027184 | 00027213 |
| | CHD | 00027247 | 00027251 |
| | CHD | 00027324 | 00027324 |
| | CHD | 00027336 | 00027340 |
| | CHD | 00027342 | 00027346 |
| | CHD | 00027522 | 00027523 |
| | CHD | 00027524 | 00027525 |
| | CHD | 00027527 | 00027532 |
| | CHD | 00027543 | 00027637 |
| | CHD | 00027639 | 00027639 |
| | CHD | 00027694 | 00027696 |
| | CHD | 00027725 | 00027727 |
| | CHD | 00027728 | 00027729 |
| | CHD | 00027730 | 00027741 |
| | CHD | 00027805 | 00027809 |
| | CHD | 00027904 | 00027904 |
| | CHD | 00027928 | 00027933 |
| | CHD | 00027935 | 00027976 |
| | CHD | 00028096 | 00028098 |
| | CHD | 00028118 | 00028118 |
| | CHD | 00028138 | 00028138 |
| | CHD | 00028140 | 00028140 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00028144 | 00028144 |
| | CHD | 00028272 | 00028272 |
| | CHD | 00028273 | 00028273 |
| | CHD | 00028274 | 00028274 |
| | CHD | 00028275 | 00028275 |
| | CHD | 00028276 | 00028276 |
| | CHD | 00028278 | 00028281 |
| | CHD | 00028282 | 00028282 |
| | CHD | 00028283 | 00028285 |
| | CHD | 00028286 | 00028286 |
| | CHD | 00028287 | 00028290 |
| | CHD | 00028296 | 00028300 |
| | CHD | 00028304 | 00028325 |
| | CHD | 00028327 | 00028329 |
| | CHD | 00028425 | 00028427 |
| | CHD | 00028473 | 00028473 |
| | CHD | 00028506 | 00028507 |
| | CHD | 00028525 | 00028539 |
| | CHD | 00028540 | 00028553 |
| | CHD | 00028631 | 00028631 |
| | CHD | 00028632 | 00028632 |
| | CHD | 00028933 | 00028933 |
| | CHD | 00028934 | 00028934 |
| | CHD | 00028935 | 00028935 |
| | CHD | 00028946 | 00028946 |
| | CHD | 00028950 | 00028950 |
| | CHD | 00028957 | 00028957 |
| | CHD | 00029021 | 00029024 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00029027 | 00029030 |
| | CHD | 00029038 | 00029041 |
| | CHD | 00029042 | 00029051 |
| | CHD | 00029052 | 00029053 |
| | CHD | 00029068 | 00029069 |
| | CHD | 00029149 | 00029151 |
| | CHD | 00029152 | 00029154 |
| | CHD | 00029155 | 00029156 |
| | CHD | 00029169 | 00029170 |
| | CHD | 00029201 | 00029203 |
| | CHD | 00029204 | 00029207 |
| | CHD | 00029208 | 00029214 |
| | CHD | 00029227 | 00029234 |
| | CHD | 00029235 | 00029235 |
| | CHD | 00029236 | 00029237 |
| | CHD | 00029238 | 00029240 |
| | CHD | 00029245 | 00029247 |
| | CHD | 00029248 | 00029251 |
| | CHD | 00029252 | 00029254 |
| | CHD | 00029255 | 00029261 |
| | CHD | 00029273 | 00029273 |
| | CHD | 00029287 | 00029292 |
| | CHD | 00029308 | 00029312 |
| | CHD | 00029319 | 00029323 |
| | CHD | 00029324 | 00029333 |
| | CHD | 00029337 | 00029339 |
| | CHD | 00029340 | 00029343 |
| | CHD | 00029347 | 00029350 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00029354 | 00029357 |
| | CHD | 00029361 | 00029365 |
| | CHD | 00029371 | 00029375 |
| | CHD | 00029376 | 00029380 |
| | CHD | 00029381 | 00029385 |
| | CHD | 00029387 | 00029389 |
| | CHD | 00029397 | 00029418 |
| | CHD | 00029556 | 00029558 |
| | CHD | 00029561 | 00029563 |
| | CHD | 00029566 | 00029571 |
| | CHD | 00029573 | 00029574 |
| | CHD | 00029576 | 00029579 |
| | CHD | 00029580 | 00029581 |
| | CHD | 00029582 | 00029587 |
| | CHD | 00029592 | 00029594 |
| | CHD | 00029596 | 00029598 |
| | CHD | 00029600 | 00029602 |
| | CHD | 00029605 | 00029607 |
| | CHD | 00029610 | 00029612 |
| | CHD | 00029615 | 00029617 |
| | CHD | 00029633 | 00029637 |
| | CHD | 00029686 | 00029689 |
| | CHD | 00029692 | 00029698 |
| | CHD | 00029746 | 00029747 |
| | CHD | 00029775 | 00029784 |
| | CHD | 00029785 | 00029794 |
| | CHD | 00029838 | 00029842 |
| | CHD | 00029867 | 00029868 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00029875 | 00029876 |
| | CHD | 00029877 | 00029879 |
| | CHD | 00029880 | 00029881 |
| | CHD | 00029883 | 00029883 |
| | CHD | 00029884 | 00029885 |
| | CHD | 00029889 | 00029901 |
| | CHD | 00029916 | 00029916 |
| | CHD | 00029917 | 00029918 |
| | CHD | 00029982 | 00029985 |
| | CHD | 00029986 | 00029986 |
| | CHD | 00029987 | 00029987 |
| | CHD | 00029991 | 00029995 |
| | CHD | 00029999 | 00030003 |
| | CHD | 00030044 | 00030044 |
| | CHD | 00030057 | 00030060 |
| | CHD | 00030061 | 00030063 |
| | CHD | 00030064 | 00030067 |
| | CHD | 00030097 | 00030099 |
| | CHD | 00030100 | 00030103 |
| | CHD | 00030129 | 00030132 |
| | CHD | 00030145 | 00030146 |
| | CHD | 00030159 | 00030164 |
| | CHD | 00030227 | 00030227 |
| | CHD | 00030232 | 00030268 |
| | CHD | 00030271 | 00030271 |
| | CHD | 00030309 | 00030312 |
| | CHD | 00030320 | 00030322 |
| | CHD | 00030323 | 00030325 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00030330 | 00030332 |
| | CHD | 00030333 | 00030340 |
| | CHD | 00030436 | 00030441 |
| | CHD | 00030490 | 00030496 |
| | CHD | 00030527 | 00030528 |
| | CHD | 00030573 | 00030575 |
| | CHD | 00030576 | 00030580 |
| | CHD | 00030607 | 00030607 |
| | CHD | 00030609 | 00030614 |
| | CHD | 00030637 | 00030639 |
| | CHD | 00030644 | 00030649 |
| | CHD | 00030650 | 00030653 |
| | CHD | 00030668 | 00030676 |
| | CHD | 00030695 | 00030695 |
| | CHD | 00030696 | 00030696 |
| | CHD | 00030697 | 00030702 |
| | CHD | 00030711 | 00030711 |
| | CHD | 00030713 | 00030715 |
| | CHD | 00030989 | 00030991 |
| | CHD | 00031013 | 00031014 |
| | CHD | 00031016 | 00031022 |
| | CHD | 00031096 | 00031096 |
| | CHD | 00031097 | 00031098 |
| | CHD | 00031118 | 00031120 |
| | CHD | 00031122 | 00031124 |
| | CHD | 00031190 | 00031192 |
| | CHD | 00031195 | 00031197 |
| | CHD | 00031199 | 00031201 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00031211 | 00031211 |
| | CHD | 00031215 | 00031215 |
| | CHD | 00031216 | 00031216 |
| | CHD | 00031300 | 00031300 |
| | CHD | 00031313 | 00031313 |
| | CHD | 00031323 | 00031323 |
| | CHD | 00031784 | 00031784 |
| | CHD | 00031789 | 00031823 |
| | CHD | 00031907 | 00031907 |
| | CHD | 00031908 | 00031908 |
| | CHD | 00031967 | 00031968 |
| | CHD | 00031990 | 00031990 |
| | CHD | 00031991 | 00031991 |
| | CHD | 00032022 | 00032024 |
| | CHD | 00032060 | 00032062 |
| | CHD | 00032064 | 00032197 |
| | CHD | 00032205 | 00032207 |
| | CHD | 00032218 | 00032222 |
| | CHD | 00032236 | 00032241 |
| | CHD | 00032277 | 00032278 |
| | CHD | 00032287 | 00032291 |
| | CHD | 00032297 | 00032301 |
| | CHD | 00032665 | 00032668 |
| | CHD | 00032669 | 00032669 |
| | CHD | 00032690 | 00032695 |
| | CHD | 00033007 | 00033060 |
| | CHD | 00033123 | 00033124 |
| | CHD | 00033181 | 00033185 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00033412 | 00033413 |
| | CHD | 00033550 | 00033552 |
| | CHD | 00033553 | 00033556 |
| | CHD | 00033559 | 00033561 |
| | CHD | 00033562 | 00033566 |
| | CHD | 00033567 | 00033569 |
| | CHD | 00033570 | 00033573 |
| | CHD | 00033574 | 00033577 |
| | CHD | 00033578 | 00033590 |
| | CHD | 00033591 | 00033593 |
| | CHD | 00033603 | 00033605 |
| | CHD | 00033615 | 00033617 |
| | CHD | 00033618 | 00033620 |
| | CHD | 00033642 | 00033644 |
| | CHD | 00033708 | 00033710 |
| | CHD | 00033733 | 00033734 |
| | CHD | 00033740 | 00033741 |
| | CHD | 00033747 | 00033749 |
| | CHD | 00033750 | 00033751 |
| | CHD | 00033962 | 00034011 |
| | CHD | 00034054 | 00034097 |
| | CHD | 00034177 | 00034179 |
| | CHD | 00034183 | 00034185 |
| | CHD | 00034188 | 00034189 |
| | CHD | 00034191 | 00034192 |
| | CHD | 00034196 | 00034197 |
| | CHD | 00034200 | 00034201 |
| | CHD | 00034214 | 00034235 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00034242 | 00034245 |
| | CHD | 00034246 | 00034248 |
| | CHD | 00034328 | 00034330 |
| | CHD | 00034427 | 00034428 |
| | CHD | 00034551 | 00034553 |
| | CHD | 00034572 | 00034574 |
| | CHD | 00034592 | 00034594 |
| | CHD | 00034597 | 00034599 |
| | CHD | 00034861 | 00034862 |
| | CHD | 00034863 | 00034864 |
| | CHD | 00034880 | 00034883 |
| | CHD | 00034893 | 00034895 |
| | CHD | 00035058 | 00035060 |
| | CHD | 00035076 | 00035136 |
| | CHD | 00035238 | 00035239 |
| | CHD | 00035240 | 00035241 |
| | CHD | 00035282 | 00035289 |
| | CHD | 00035290 | 00035290 |
| | CHD | 00035335 | 00035338 |
| | CHD | 00035390 | 00035397 |
| | CHD | 00035398 | 00035402 |
| | CHD | 00035408 | 00035410 |
| | CHD | 00035422 | 00035426 |
| | CHD | 00035469 | 00035472 |
| | CHD | 00035831 | 00035835 |
| | CHD | 00035998 | 00036000 |
| | CHD | 00036010 | 00036015 |
| | CHD | 00036017 | 00036028 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00036093 | 00036097 |
| | CHD | 00036098 | 00036100 |
| | CHD | 00036101 | 00036105 |
| | CHD | 00036106 | 00036108 |
| | CHD | 00036110 | 00036112 |
| | CHD | 00036256 | 00036260 |
| | CHD | 00036306 | 00036306 |
| | CHD | 00036321 | 00036323 |
| | CHD | 00036326 | 00036369 |
| | CHD | 00036506 | 00036509 |
| | CHD | 00036539 | 00036539 |
| | CHD | 00036716 | 00036750 |
| | CHD | 00036804 | 00036808 |
| | CHD | 00036836 | 00036841 |
| | CHD | 00036914 | 00036916 |
| | CHD | 00037147 | 00037149 |
| | CHD | 00037162 | 00037165 |
| | CHD | 00037166 | 00037168 |
| | CHD | 00037169 | 00037171 |
| | CHD | 00037206 | 00037212 |
| | CHD | 00037340 | 00037354 |
| | CHD | 00037417 | 00037420 |
| | CHD | 00037707 | 00037707 |
| | CHD | 00039331 | 00039365 |
| | CHD | 00039692 | 00039705 |
| | CHD | 00039713 | 00039713 |
| | CHD | 00039874 | 00039877 |
| | CHD | 00039887 | 00039889 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00039891 | 00039908 |
| | CHD | 00039909 | 00039911 |
| | CHD | 00040890 | 00040890 |
| | CHD | 00040891 | 00040891 |
| | CHD | 00040892 | 00040892 |
| | CHD | 00041189 | 00041189 |
| | CHD | 00041190 | 00041190 |
| | CHD | 00041202 | 00041202 |
| | CHD | 00041203 | 00041203 |
| | CHD | 00041254 | 00041363 |
| | CHD | 00041798 | 00041798 |
| | CHD | 00041821 | 00041821 |
| | CHD | 00041850 | 00041850 |
| | CHD | 00041854 | 00041854 |
| | CHD | 00041890 | 00041890 |
| | CHD | 00041920 | 00041921 |
| | CHD | 00041935 | 00041936 |
| | CHD | 00041937 | 00041939 |
| | CHD | 00041945 | 00041950 |
| | CHD | 00041957 | 00041960 |
| | CHD | 00041977 | 00041977 |
| | CHD | 00041978 | 00041980 |
| | CHD | 00042156 | 00042158 |
| | CHD | 00042196 | 00042196 |
| | CHD | 00042201 | 00042240 |
| | CHD | 00042242 | 00042256 |
| | CHD | 00042421 | 00042422 |
| | CHD | 00042430 | 00042433 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00042438 | 00042439 |
| | CHD | 00042444 | 00042445 |
| | CHD | 00042465 | 00042465 |
| | CHD | 00042466 | 00042466 |
| | CHD | 00042469 | 00042469 |
| | CHD | 00042472 | 00042472 |
| | CHD | 00042473 | 00042474 |
| | CHD | 00042621 | 00042621 |
| | CHD | 00042670 | 00042670 |
| | CHD | 00042673 | 00042673 |
| | CHD | 00042674 | 00042674 |
| | CHD | 00042675 | 00042675 |
| | CHD | 00042676 | 00042676 |
| | CHD | 00042677 | 00042677 |
| | CHD | 00042678 | 00042678 |
| | CHD | 00042679 | 00042679 |
| | CHD | 00042680 | 00042680 |
| | CHD | 00042681 | 00042681 |
| | CHD | 00042682 | 00042682 |
| | CHD | 00042683 | 00042683 |
| | CHD | 00042684 | 00042684 |
| | CHD | 00042685 | 00042685 |
| | CHD | 00042686 | 00042686 |
| | CHD | 00042687 | 00042687 |
| | CHD | 00042688 | 00042688 |
| | CHD | 00042689 | 00042689 |
| | CHD | 00042690 | 00042690 |
| | CHD | 00042691 | 00042691 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00042702 | 00042702 |
| | CHD | 00042713 | 00042713 |
| | CHD | 00042714 | 00042921 |
| | CHD | 00043010 | 00043010 |
| | CHD | 00043011 | 00043011 |
| | CHD | 00043012 | 00043012 |
| | CHD | 00043013 | 00043013 |
| | CHD | 00043014 | 00043014 |
| | CHD | 00043015 | 00043015 |
| | CHD | 00043016 | 00043016 |
| | CHD | 00043036 | 00043036 |
| | CHD | 00043037 | 00043037 |
| | CHD | 00043038 | 00043038 |
| | CHD | 00043053 | 00043053 |
| | CHD | 00043054 | 00043054 |
| | CHD | 00043055 | 00043055 |
| | CHD | 00043056 | 00043056 |
| | CHD | 00043057 | 00043057 |
| | CHD | 00043058 | 00043058 |
| | CHD | 00043144 | 00043144 |
| | CHD | 00043145 | 00043145 |
| | CHD | 00043146 | 00043167 |
| | CHD | 00043168 | 00043168 |
| | CHD | 00043169 | 00043169 |
| | CHD | 00043170 | 00043170 |
| | CHD | 00043174 | 00043174 |
| | CHD | 00043175 | 00043175 |
| | CHD | 00043176 | 00043176 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00043177 | 00043177 |
| | CHD | 00043218 | 00043218 |
| | CHD | 00043219 | 00043219 |
| | CHD | 00043228 | 00043228 |
| | CHD | 00043229 | 00043229 |
| | CHD | 00043230 | 00043230 |
| | CHD | 00043231 | 00043231 |
| | CHD | 00043232 | 00043232 |
| | CHD | 00043293 | 00043293 |
| | CHD | 00043294 | 00043294 |
| | CHD | 00043295 | 00043295 |
| | CHD | 00043296 | 00043296 |
| | CHD | 00043297 | 00043297 |
| | CHD | 00043299 | 00043299 |
| | CHD | 00043300 | 00043300 |
| | CHD | 00043301 | 00043301 |
| | CHD | 00043302 | 00043302 |
| | CHD | 00043303 | 00043303 |
| | CHD | 00043304 | 00043304 |
| | CHD | 00043305 | 00043305 |
| | CHD | 00043306 | 00043306 |
| | CHD | 00043307 | 00043307 |
| | CHD | 00043312 | 00043312 |
| | CHD | 00043313 | 00043313 |
| | CHD | 00043314 | 00043314 |
| | CHD | 00043319 | 00043319 |
| | CHD | 00043320 | 00043320 |
| | CHD | 00043321 | 00043321 |

Highly Confidential – Attorneys' Eyes Only