# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00043395 | 00043395 |
| | CHD | 00043396 | 00043396 |
| | CHD | 00043397 | 00043397 |
| | CHD | 00043398 | 00043398 |
| | CHD | 00043399 | 00043399 |
| | CHD | 00043413 | 00043413 |
| | CHD | 00043442 | 00043442 |
| | CHD | 00043444 | 00043444 |
| | CHD | 00043445 | 00043445 |
| | CHD | 00043446 | 00043446 |
| | CHD | 00043523 | 00043523 |
| | CHD | 00043524 | 00043524 |
| | CHD | 00043533 | 00043533 |
| | CHD | 00043534 | 00043534 |
| | CHD | 00043535 | 00043535 |
| | CHD | 00043536 | 00043536 |
| | CHD | 00043537 | 00043537 |
| | CHD | 00043538 | 00043538 |
| | CHD | 00043539 | 00043539 |
| | CHD | 00043540 | 00043540 |
| | CHD | 00043541 | 00043541 |
| | CHD | 00043542 | 00043542 |
| | CHD | 00043543 | 00043543 |
| | CHD | 00043544 | 00043544 |
| | CHD | 00043561 | 00043561 |
| | CHD | 00043562 | 00043562 |
| | CHD | 00043563 | 00043563 |
| | CHD | 00043564 | 00043564 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00043565 | 00043565 |
| | CHD | 00043566 | 00043566 |
| | CHD | 00043624 | 00043624 |
| | CHD | 00043635 | 00043635 |
| | CHD | 00043725 | 00043725 |
| | CHD | 00043768 | 00043768 |
| | CHD | 00043769 | 00043769 |
| | CHD | 00043770 | 00043770 |
| | CHD | 00043772 | 00043772 |
| | CHD | 00043774 | 00043774 |
| | CHD | 00043775 | 00043775 |
| | CHD | 00043776 | 00043776 |
| | CHD | 00043777 | 00043777 |
| | CHD | 00043778 | 00043778 |
| | CHD | 00043779 | 00043779 |
| | CHD | 00043915 | 00043915 |
| | CHD | 00043916 | 00043916 |
| | CHD | 00043917 | 00043917 |
| | CHD | 00043918 | 00043918 |
| | CHD | 00043919 | 00043919 |
| | CHD | 00044031 | 00044031 |
| | CHD | 00044032 | 00044032 |
| | CHD | 00044033 | 00044033 |
| | CHD | 00044088 | 00044088 |
| | CHD | 00044089 | 00044089 |
| | CHD | 00044090 | 00044090 |
| | CHD | 00044091 | 00044091 |
| | CHD | 00044092 | 00044092 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00044093 | 00044093 |
| | CHD | 00044098 | 00044098 |
| | CHD | 00044099 | 00044099 |
| | CHD | 00044100 | 00044100 |
| | CHD | 00044101 | 00044101 |
| | CHD | 00044102 | 00044102 |
| | CHD | 00044103 | 00044103 |
| | CHD | 00044104 | 00044104 |
| | CHD | 00044105 | 00044105 |
| | CHD | 00044109 | 00044109 |
| | CHD | 00044111 | 00044111 |
| | CHD | 00044112 | 00044112 |
| | CHD | 00044120 | 00044120 |
| | CHD | 00044121 | 00044123 |
| | CHD | 00044276 | 00044276 |
| | CHD | 00044278 | 00044278 |
| | CHD | 00044279 | 00044279 |
| | CHD | 00044280 | 00044280 |
| | CHD | 00044281 | 00044281 |
| | CHD | 00044282 | 00044282 |
| | CHD | 00044283 | 00044283 |
| | CHD | 00044284 | 00044284 |
| | CHD | 00044285 | 00044285 |
| | CHD | 00044390 | 00044392 |
| | CHD | 00044451 | 00044464 |
| | CHD | 00044477 | 00044477 |
| | CHD | 00044478 | 00044478 |
| | CHD | 00044479 | 00044479 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00044480 | 00044480 |
| | CHD | 00044481 | 00044481 |
| | CHD | 00044482 | 00044482 |
| | CHD | 00044521 | 00044521 |
| | CHD | 00044534 | 00044534 |
| | CHD | 00044579 | 00044579 |
| | CHD | 00044581 | 00044581 |
| | CHD | 00044582 | 00044582 |
| | CHD | 00044583 | 00044583 |
| | CHD | 00044584 | 00044584 |
| | CHD | 00044585 | 00044585 |
| | CHD | 00044586 | 00044586 |
| | CHD | 00044587 | 00044587 |
| | CHD | 00044588 | 00044636 |
| | CHD | 00044638 | 00044638 |
| | CHD | 00044639 | 00044639 |
| | CHD | 00044640 | 00044640 |
| | CHD | 00044641 | 00044641 |
| | CHD | 00044642 | 00044642 |
| | CHD | 00044643 | 00044643 |
| | CHD | 00044672 | 00044672 |
| | CHD | 00044673 | 00044673 |
| | CHD | 00044674 | 00044674 |
| | CHD | 00044675 | 00044675 |
| | CHD | 00044677 | 00044677 |
| | CHD | 00044678 | 00044678 |
| | CHD | 00044679 | 00044679 |
| | CHD | 00044680 | 00044680 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00044681 | 00044681 |
| | CHD | 00044682 | 00044682 |
| | CHD | 00044689 | 00044689 |
| | CHD | 00044690 | 00044690 |
| | CHD | 00044742 | 00044742 |
| | CHD | 00044743 | 00044743 |
| | CHD | 00044800 | 00044800 |
| | CHD | 00044858 | 00044858 |
| | CHD | 00044859 | 00044859 |
| | CHD | 00044860 | 00044860 |
| | CHD | 00044861 | 00044861 |
| | CHD | 00044862 | 00044862 |
| | CHD | 00044863 | 00044863 |
| | CHD | 00044864 | 00044864 |
| | CHD | 00044866 | 00044866 |
| | CHD | 00044867 | 00044867 |
| | CHD | 00044878 | 00044878 |
| | CHD | 00044879 | 00044879 |
| | CHD | 00044880 | 00044880 |
| | CHD | 00044881 | 00044881 |
| | CHD | 00044882 | 00044882 |
| | CHD | 00044883 | 00044883 |
| | CHD | 00044886 | 00044886 |
| | CHD | 00044889 | 00044889 |
| | CHD | 00044890 | 00044890 |
| | CHD | 00044891 | 00044891 |
| | CHD | 00044892 | 00044892 |
| | CHD | 00044895 | 00044895 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00044900 | 00044900 |
| | CHD | 00044912 | 00044912 |
| | CHD | 00044913 | 00044913 |
| | CHD | 00044914 | 00044914 |
| | CHD | 00044915 | 00044915 |
| | CHD | 00044916 | 00044916 |
| | CHD | 00044945 | 00044945 |
| | CHD | 00044946 | 00044946 |
| | CHD | 00044947 | 00044947 |
| | CHD | 00044949 | 00044949 |
| | CHD | 00044950 | 00044950 |
| | CHD | 00044951 | 00044951 |
| | CHD | 00044952 | 00044952 |
| | CHD | 00044953 | 00044953 |
| | CHD | 00044954 | 00044954 |
| | CHD | 00044957 | 00044957 |
| | CHD | 00044958 | 00044958 |
| | CHD | 00044959 | 00044959 |
| | CHD | 00044963 | 00044965 |
| | CHD | 00044966 | 00044966 |
| | CHD | 00044973 | 00044973 |
| | CHD | 00044974 | 00044974 |
| | CHD | 00044985 | 00044985 |
| | CHD | 00044986 | 00044986 |
| | CHD | 00044987 | 00044987 |
| | CHD | 00044988 | 00044988 |
| | CHD | 00044989 | 00044989 |
| | CHD | 00044990 | 00044990 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00044991 | 00044991 |
| | CHD | 00044994 | 00044994 |
| | CHD | 00044995 | 00044995 |
| | CHD | 00044996 | 00044996 |
| | CHD | 00044997 | 00044997 |
| | CHD | 00044998 | 00045007 |
| | CHD | 00045008 | 00045008 |
| | CHD | 00045009 | 00045009 |
| | CHD | 00045010 | 00045010 |
| | CHD | 00045031 | 00045031 |
| | CHD | 00045032 | 00045032 |
| | CHD | 00045034 | 00045034 |
| | CHD | 00045035 | 00045035 |
| | CHD | 00045036 | 00045036 |
| | CHD | 00045037 | 00045037 |
| | CHD | 00045043 | 00045043 |
| | CHD | 00045044 | 00045044 |
| | CHD | 00045045 | 00045045 |
| | CHD | 00045046 | 00045046 |
| | CHD | 00045145 | 00045145 |
| | CHD | 00045146 | 00045146 |
| | CHD | 00045148 | 00045148 |
| | CHD | 00045164 | 00045164 |
| | CHD | 00045165 | 00045165 |
| | CHD | 00045166 | 00045166 |
| | CHD | 00045167 | 00045167 |
| | CHD | 00045221 | 00045221 |
| | CHD | 00045222 | 00045222 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00045223 | 00045223 |
| | CHD | 00045224 | 00045224 |
| | CHD | 00045248 | 00045248 |
| | CHD | 00045250 | 00045250 |
| | CHD | 00045253 | 00045253 |
| | CHD | 00045254 | 00045254 |
| | CHD | 00045255 | 00045255 |
| | CHD | 00045283 | 00045283 |
| | CHD | 00045284 | 00045284 |
| | CHD | 00045285 | 00045285 |
| | CHD | 00045286 | 00045286 |
| | CHD | 00045294 | 00045294 |
| | CHD | 00045295 | 00045295 |
| | CHD | 00045296 | 00045296 |
| | CHD | 00045299 | 00045299 |
| | CHD | 00045300 | 00045300 |
| | CHD | 00045358 | 00045378 |
| | CHD | 00045391 | 00045391 |
| | CHD | 00045392 | 00045392 |
| | CHD | 00045394 | 00045394 |
| | CHD | 00045395 | 00045395 |
| | CHD | 00045396 | 00045396 |
| | CHD | 00045398 | 00045398 |
| | CHD | 00045399 | 00045409 |
| | CHD | 00045478 | 00045478 |
| | CHD | 00045479 | 00045479 |
| | CHD | 00045480 | 00045480 |
| | CHD | 00045520 | 00045520 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00045544 | 00045544 |
| | CHD | 00045545 | 00045545 |
| | CHD | 00045546 | 00045546 |
| | CHD | 00045547 | 00045547 |
| | CHD | 00045548 | 00045548 |
| | CHD | 00045549 | 00045549 |
| | CHD | 00045556 | 00045556 |
| | CHD | 00045557 | 00045557 |
| | CHD | 00045558 | 00045558 |
| | CHD | 00045559 | 00045559 |
| | CHD | 00045560 | 00045560 |
| | CHD | 00045580 | 00045580 |
| | CHD | 00045581 | 00045581 |
| | CHD | 00045582 | 00045582 |
| | CHD | 00045656 | 00045658 |
| | CHD | 00045659 | 00045659 |
| | CHD | 00045685 | 00045685 |
| | CHD | 00045713 | 00045713 |
| | CHD | 00045714 | 00045714 |
| | CHD | 00045725 | 00045726 |
| | CHD | 00045757 | 00045757 |
| | CHD | 00045798 | 00045798 |
| | CHD | 00045799 | 00045799 |
| | CHD | 00045810 | 00045810 |
| | CHD | 00045811 | 00045811 |
| | CHD | 00045812 | 00045812 |
| | CHD | 00045813 | 00045813 |
| | CHD | 00045814 | 00045814 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00045848 | 00045848 |
| | CHD | 00045849 | 00045849 |
| | CHD | 00045850 | 00045850 |
| | CHD | 00045851 | 00045851 |
| | CHD | 00045965 | 00045965 |
| | CHD | 00045966 | 00045966 |
| | CHD | 00045967 | 00045967 |
| | CHD | 00046004 | 00046004 |
| | CHD | 00046005 | 00046005 |
| | CHD | 00046044 | 00046044 |
| | CHD | 00046049 | 00046049 |
| | CHD | 00046064 | 00046064 |
| | CHD | 00046065 | 00046065 |
| | CHD | 00046066 | 00046066 |
| | CHD | 00046067 | 00046067 |
| | CHD | 00046068 | 00046068 |
| | CHD | 00046073 | 00046073 |
| | CHD | 00046074 | 00046074 |
| | CHD | 00046075 | 00046075 |
| | CHD | 00046076 | 00046076 |
| | CHD | 00046077 | 00046077 |
| | CHD | 00046078 | 00046078 |
| | CHD | 00046154 | 00046154 |
| | CHD | 00046155 | 00046155 |
| | CHD | 00046156 | 00046156 |
| | CHD | 00046157 | 00046157 |
| | CHD | 00046158 | 00046158 |
| | CHD | 00046159 | 00046159 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00046231 | 00046231 |
| | CHD | 00046232 | 00046234 |
| | CHD | 00046235 | 00046235 |
| | CHD | 00046236 | 00046236 |
| | CHD | 00046237 | 00046237 |
| | CHD | 00046297 | 00046297 |
| | CHD | 00046298 | 00046298 |
| | CHD | 00046299 | 00046299 |
| | CHD | 00046300 | 00046300 |
| | CHD | 00046301 | 00046301 |
| | CHD | 00046400 | 00046400 |
| | CHD | 00046402 | 00046413 |
| | CHD | 00046422 | 00046422 |
| | CHD | 00046423 | 00046423 |
| | CHD | 00046424 | 00046424 |
| | CHD | 00046425 | 00046425 |
| | CHD | 00046426 | 00046426 |
| | CHD | 00046427 | 00046427 |
| | CHD | 00046428 | 00046428 |
| | CHD | 00046430 | 00046430 |
| | CHD | 00046433 | 00046433 |
| | CHD | 00046435 | 00046435 |
| | CHD | 00046436 | 00046436 |
| | CHD | 00046444 | 00046449 |
| | CHD | 00046450 | 00046450 |
| | CHD | 00046452 | 00046452 |
| | CHD | 00046453 | 00046461 |
| | CHD | 00046474 | 00046474 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00046522 | 00046522 |
| | CHD | 00046655 | 00046655 |
| | CHD | 00046685 | 00046685 |
| | CHD | 00046825 | 00046836 |
| | CHD | 00046838 | 00046838 |
| | CHD | 00046839 | 00046841 |
| | CHD | 00046842 | 00046851 |
| | CHD | 00046891 | 00046891 |
| | CHD | 00046892 | 00046892 |
| | CHD | 00046894 | 00046894 |
| | CHD | 00046895 | 00046897 |
| | CHD | 00046898 | 00046898 |
| | CHD | 00046900 | 00046900 |
| | CHD | 00046901 | 00046901 |
| | CHD | 00046902 | 00046902 |
| | CHD | 00046939 | 00046941 |
| | CHD | 00046942 | 00046954 |
| | CHD | 00046958 | 00046958 |
| | CHD | 00046989 | 00046989 |
| | CHD | 00046990 | 00047023 |
| | CHD | 00047024 | 00047024 |
| | CHD | 00047034 | 00047036 |
| | CHD | 00047037 | 00047037 |
| | CHD | 00047038 | 00047038 |
| | CHD | 00047039 | 00047039 |
| | CHD | 00047062 | 00047062 |
| | CHD | 00047064 | 00047066 |
| | CHD | 00047095 | 00047095 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00047149 | 00047149 |
| | CHD | 00047178 | 00047178 |
| | CHD | 00047179 | 00047179 |
| | CHD | 00047201 | 00047201 |
| | CHD | 00047203 | 00047203 |
| | CHD | 00047204 | 00047206 |
| | CHD | 00047207 | 00047207 |
| | CHD | 00047226 | 00047226 |
| | CHD | 00047227 | 00047227 |
| | CHD | 00047228 | 00047228 |
| | CHD | 00047229 | 00047231 |
| | CHD | 00047232 | 00047232 |
| | CHD | 00047235 | 00047235 |
| | CHD | 00047236 | 00047284 |
| | CHD | 00047384 | 00047384 |
| | CHD | 00047385 | 00047385 |
| | CHD | 00047386 | 00047429 |
| | CHD | 00047430 | 00047430 |
| | CHD | 00047431 | 00047431 |
| | CHD | 00047432 | 00047434 |
| | CHD | 00047435 | 00047435 |
| | CHD | 00047436 | 00047436 |
| | CHD | 00047514 | 00047514 |
| | CHD | 00047515 | 00047515 |
| | CHD | 00047520 | 00047530 |
| | CHD | 00047615 | 00047615 |
| | CHD | 00047634 | 00047634 |
| | CHD | 00047635 | 00047635 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00047656 | 00047656 |
| | CHD | 00047657 | 00047657 |
| | CHD | 00047676 | 00047676 |
| | CHD | 00047677 | 00047677 |
| | CHD | 00047678 | 00047678 |
| | CHD | 00047679 | 00047681 |
| | CHD | 00047682 | 00047682 |
| | CHD | 00047759 | 00047759 |
| | CHD | 00047761 | 00047761 |
| | CHD | 00047762 | 00047762 |
| | CHD | 00047763 | 00047763 |
| | CHD | 00047770 | 00047770 |
| | CHD | 00047771 | 00047771 |
| | CHD | 00047949 | 00047949 |
| | CHD | 00047957 | 00047959 |
| | CHD | 00048027 | 00048027 |
| | CHD | 00048132 | 00048132 |
| | CHD | 00048159 | 00048159 |
| | CHD | 00048315 | 00048315 |
| | CHD | 00048316 | 00048318 |
| | CHD | 00048439 | 00048439 |
| | CHD | 00048440 | 00048440 |
| | CHD | 00048441 | 00048443 |
| | CHD | 00048654 | 00048654 |
| | CHD | 00048655 | 00048655 |
| | CHD | 00048656 | 00048699 |
| | CHD | 00048700 | 00048702 |
| | CHD | 00048722 | 00048722 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00048782 | 00048782 |
| | CHD | 00048795 | 00048795 |
| | CHD | 00048826 | 00048826 |
| | CHD | 00048865 | 00048865 |
| | CHD | 00048866 | 00048868 |
| | CHD | 00048898 | 00048898 |
| | CHD | 00048899 | 00048901 |
| | CHD | 00048948 | 00048948 |
| | CHD | 00048953 | 00048985 |
| | CHD | 00048987 | 00048989 |
| | CHD | 00048990 | 00048990 |
| | CHD | 00048992 | 00048992 |
| | CHD | 00049027 | 00049027 |
| | CHD | 00049028 | 00049028 |
| | CHD | 00049029 | 00049029 |
| | CHD | 00049030 | 00049030 |
| | CHD | 00049031 | 00049031 |
| | CHD | 00049055 | 00049055 |
| | CHD | 00049096 | 00049096 |
| | CHD | 00049099 | 00049099 |
| | CHD | 00049100 | 00049100 |
| | CHD | 00049101 | 00049101 |
| | CHD | 00049102 | 00049102 |
| | CHD | 00049103 | 00049103 |
| | CHD | 00049176 | 00049194 |
| | CHD | 00049195 | 00049195 |
| | CHD | 00049196 | 00049196 |
| | CHD | 00049197 | 00049197 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00049198 | 00049198 |
| | CHD | 00049230 | 00049230 |
| | CHD | 00049232 | 00049232 |
| | CHD | 00049233 | 00049258 |
| | CHD | 00049269 | 00049269 |
| | CHD | 00049270 | 00049270 |
| | CHD | 00049366 | 00049366 |
| | CHD | 00049367 | 00049367 |
| | CHD | 00049368 | 00049368 |
| | CHD | 00049369 | 00049369 |
| | CHD | 00049370 | 00049378 |
| | CHD | 00049379 | 00049379 |
| | CHD | 00049380 | 00049380 |
| | CHD | 00049381 | 00049381 |
| | CHD | 00049382 | 00049382 |
| | CHD | 00049405 | 00049405 |
| | CHD | 00049406 | 00049406 |
| | CHD | 00049407 | 00049407 |
| | CHD | 00049410 | 00049410 |
| | CHD | 00049411 | 00049411 |
| | CHD | 00049412 | 00049412 |
| | CHD | 00049424 | 00049424 |
| | CHD | 00049453 | 00049453 |
| | CHD | 00049465 | 00049485 |
| | CHD | 00049486 | 00049486 |
| | CHD | 00049487 | 00049487 |
| | CHD | 00049585 | 00049585 |
| | CHD | 00049586 | 00049586 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00049627 | 00049637 |
| | CHD | 00049663 | 00049663 |
| | CHD | 00049664 | 00049664 |
| | CHD | 00049722 | 00049722 |
| | CHD | 00049773 | 00049773 |
| | CHD | 00049774 | 00049775 |
| | CHD | 00049795 | 00049795 |
| | CHD | 00049796 | 00049796 |
| | CHD | 00049797 | 00049799 |
| | CHD | 00049800 | 00049800 |
| | CHD | 00049804 | 00049804 |
| | CHD | 00049859 | 00049859 |
| | CHD | 00049871 | 00049871 |
| | CHD | 00049908 | 00049908 |
| | CHD | 00049909 | 00049922 |
| | CHD | 00049923 | 00049923 |
| | CHD | 00049924 | 00049924 |
| | CHD | 00049925 | 00049925 |
| | CHD | 00049926 | 00049926 |
| | CHD | 00049977 | 00049977 |
| | CHD | 00049978 | 00049978 |
| | CHD | 00050024 | 00050024 |
| | CHD | 00050074 | 00050074 |
| | CHD | 00050075 | 00050075 |
| | CHD | 00050076 | 00050076 |
| | CHD | 00050168 | 00050168 |
| | CHD | 00050169 | 00050169 |
| | CHD | 00050170 | 00050175 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00050176 | 00050211 |
| | CHD | 00050212 | 00050212 |
| | CHD | 00050333 | 00050369 |
| | CHD | 00050370 | 00050370 |
| | CHD | 00050371 | 00050371 |
| | CHD | 00050372 | 00050374 |
| | CHD | 00050375 | 00050399 |
| | CHD | 00050443 | 00050456 |
| | CHD | 00050472 | 00050472 |
| | CHD | 00050473 | 00050473 |
| | CHD | 00050596 | 00050596 |
| | CHD | 00050597 | 00050597 |
| | CHD | 00050629 | 00050647 |
| | CHD | 00050648 | 00050648 |
| | CHD | 00050649 | 00050649 |
| | CHD | 00050652 | 00050652 |
| | CHD | 00050653 | 00050653 |
| | CHD | 00050654 | 00050654 |
| | CHD | 00050655 | 00050655 |
| | CHD | 00050656 | 00050656 |
| | CHD | 00050657 | 00050657 |
| | CHD | 00050659 | 00050659 |
| | CHD | 00050660 | 00050660 |
| | CHD | 00050661 | 00050661 |
| | CHD | 00050662 | 00050664 |
| | CHD | 00050688 | 00050688 |
| | CHD | 00050689 | 00050689 |
| | CHD | 00050690 | 00050690 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00050691 | 00050708 |
| | CHD | 00050718 | 00050718 |
| | CHD | 00050719 | 00050719 |
| | CHD | 00050720 | 00050720 |
| | CHD | 00050721 | 00050769 |
| | CHD | 00050779 | 00050779 |
| | CHD | 00050984 | 00050984 |
| | CHD | 00050985 | 00050985 |
| | CHD | 00051069 | 00051072 |
| | CHD | 00051073 | 00051073 |
| | CHD | 00051074 | 00051074 |
| | CHD | 00051076 | 00051089 |
| | CHD | 00051090 | 00051090 |
| | CHD | 00051092 | 00051092 |
| | CHD | 00051093 | 00051093 |
| | CHD | 00051094 | 00051134 |
| | CHD | 00051135 | 00051135 |
| | CHD | 00051136 | 00051136 |
| | CHD | 00051138 | 00051138 |
| | CHD | 00051139 | 00051139 |
| | CHD | 00051140 | 00051154 |
| | CHD | 00051259 | 00051259 |
| | CHD | 00051280 | 00051280 |
| | CHD | 00051438 | 00051438 |
| | CHD | 00051440 | 00051440 |
| | CHD | 00051441 | 00051441 |
| | CHD | 00051443 | 00051443 |
| | CHD | 00051444 | 00051444 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00051445 | 00051445 |
| | CHD | 00051446 | 00051486 |
| | CHD | 00051487 | 00051491 |
| | CHD | 00051492 | 00051492 |
| | CHD | 00051493 | 00051493 |
| | CHD | 00051494 | 00051500 |
| | CHD | 00051502 | 00051504 |
| | CHD | 00051505 | 00051505 |
| | CHD | 00051506 | 00051506 |
| | CHD | 00051589 | 00051589 |
| | CHD | 00051590 | 00051590 |
| | CHD | 00051591 | 00051591 |
| | CHD | 00051852 | 00051852 |
| | CHD | 00051858 | 00051858 |
| | CHD | 00051859 | 00051859 |
| | CHD | 00051860 | 00051860 |
| | CHD | 00051919 | 00051919 |
| | CHD | 00051964 | 00051964 |
| | CHD | 00051965 | 00051965 |
| | CHD | 00052015 | 00052015 |
| | CHD | 00052016 | 00052016 |
| | CHD | 00052074 | 00052074 |
| | CHD | 00052075 | 00052075 |
| | CHD | 00052077 | 00052077 |
| | CHD | 00052108 | 00052108 |
| | CHD | 00052109 | 00052109 |
| | CHD | 00052110 | 00052110 |
| | CHD | 00052111 | 00052111 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00052112 | 00052112 |
| | CHD | 00052113 | 00052113 |
| | CHD | 00052157 | 00052157 |
| | CHD | 00052255 | 00052255 |
| | CHD | 00052268 | 00052268 |
| | CHD | 00052269 | 00052269 |
| | CHD | 00052270 | 00052270 |
| | CHD | 00052271 | 00052271 |
| | CHD | 00052272 | 00052277 |
| | CHD | 00052315 | 00052315 |
| | CHD | 00052316 | 00052316 |
| | CHD | 00052347 | 00052347 |
| | CHD | 00052348 | 00052348 |
| | CHD | 00052375 | 00052375 |
| | CHD | 00052376 | 00052376 |
| | CHD | 00052398 | 00052398 |
| | CHD | 00052399 | 00052399 |
| | CHD | 00052400 | 00052400 |
| | CHD | 00052423 | 00052423 |
| | CHD | 00052424 | 00052424 |
| | CHD | 00052430 | 00052430 |
| | CHD | 00052544 | 00052550 |
| | CHD | 00052551 | 00052554 |
| | CHD | 00052576 | 00052576 |
| | CHD | 00052636 | 00052636 |
| | CHD | 00052687 | 00052687 |
| | CHD | 00052688 | 00052688 |
| | CHD | 00052738 | 00052738 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00052739 | 00052739 |
| | CHD | 00052741 | 00052741 |
| | CHD | 00052801 | 00052801 |
| | CHD | 00052807 | 00052807 |
| | CHD | 00052809 | 00052809 |
| | CHD | 00052810 | 00052812 |
| | CHD | 00052814 | 00052814 |
| | CHD | 00052829 | 00052829 |
| | CHD | 00052830 | 00052830 |
| | CHD | 00052831 | 00052831 |
| | CHD | 00052832 | 00052835 |
| | CHD | 00052910 | 00052910 |
| | CHD | 00052911 | 00052911 |
| | CHD | 00052912 | 00052912 |
| | CHD | 00052913 | 00052913 |
| | CHD | 00052927 | 00052927 |
| | CHD | 00052941 | 00052941 |
| | CHD | 00052942 | 00052944 |
| | CHD | 00052945 | 00052945 |
| | CHD | 00052946 | 00052946 |
| | CHD | 00052947 | 00052947 |
| | CHD | 00052948 | 00052948 |
| | CHD | 00052949 | 00052949 |
| | CHD | 00052950 | 00052952 |
| | CHD | 00052953 | 00052953 |
| | CHD | 00052954 | 00052954 |
| | CHD | 00052955 | 00052955 |
| | CHD | 00052956 | 00052956 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00052957 | 00052957 |
| | CHD | 00052958 | 00052958 |
| | CHD | 00052959 | 00052959 |
| | CHD | 00052960 | 00052960 |
| | CHD | 00052961 | 00052961 |
| | CHD | 00052962 | 00052962 |
| | CHD | 00052963 | 00052963 |
| | CHD | 00052968 | 00052968 |
| | CHD | 00052969 | 00052969 |
| | CHD | 00052970 | 00052970 |
| | CHD | 00052971 | 00052971 |
| | CHD | 00052972 | 00052972 |
| | CHD | 00052973 | 00052973 |
| | CHD | 00052974 | 00052974 |
| | CHD | 00052975 | 00052975 |
| | CHD | 00052978 | 00052978 |
| | CHD | 00052983 | 00052983 |
| | CHD | 00052985 | 00052985 |
| | CHD | 00053015 | 00053547 |
| | CHD | 00053548 | 00053548 |
| | CHD | 00053569 | 00053569 |
| | CHD | 00053570 | 00053570 |
| | CHD | 00053571 | 00053571 |
| | CHD | 00053572 | 00053572 |
| | CHD | 00053573 | 00053573 |
| | CHD | 00053574 | 00053574 |
| | CHD | 00053575 | 00053575 |
| | CHD | 00053576 | 00053576 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00053577 | 00053577 |
| | CHD | 00053578 | 00053578 |
| | CHD | 00053579 | 00053579 |
| | CHD | 00053580 | 00053580 |
| | CHD | 00053629 | 00053629 |
| | CHD | 00053630 | 00053630 |
| | CHD | 00053767 | 00053769 |
| | CHD | 00053772 | 00053772 |
| | CHD | 00053773 | 00053773 |
| | CHD | 00053776 | 00053776 |
| | CHD | 00053875 | 00053875 |
| | CHD | 00053877 | 00053877 |
| | CHD | 00053888 | 00053893 |
| | CHD | 00053894 | 00053928 |
| | CHD | 00053936 | 00053936 |
| | CHD | 00053939 | 00053939 |
| | CHD | 00053942 | 00053942 |
| | CHD | 00053945 | 00053945 |
| | CHD | 00053948 | 00053948 |
| | CHD | 00053950 | 00053950 |
| | CHD | 00053974 | 00053974 |
| | CHD | 00053980 | 00053980 |
| | CHD | 00053982 | 00053982 |
| | CHD | 00053983 | 00053983 |
| | CHD | 00053986 | 00053986 |
| | CHD | 00054031 | 00054034 |
| | CHD | 00054035 | 00054039 |
| | CHD | 00054241 | 00054241 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00054362 | 00054362 |
| | CHD | 00054363 | 00054368 |
| | CHD | 00054375 | 00054375 |
| | CHD | 00054378 | 00054378 |
| | CHD | 00054380 | 00054380 |
| | CHD | 00054381 | 00054381 |
| | CHD | 00054383 | 00054383 |
| | CHD | 00054386 | 00054386 |
| | CHD | 00054391 | 00054391 |
| | CHD | 00054393 | 00054393 |
| | CHD | 00054395 | 00054395 |
| | CHD | 00054420 | 00054424 |
| | CHD | 00054431 | 00054438 |
| | CHD | 00054487 | 00054487 |
| | CHD | 00054488 | 00054488 |
| | CHD | 00054489 | 00054489 |
| | CHD | 00054490 | 00054494 |
| | CHD | 00054495 | 00054495 |
| | CHD | 00054587 | 00054591 |
| | CHD | 00054605 | 00054606 |
| | CHD | 00054607 | 00054607 |
| | CHD | 00054626 | 00054632 |
| | CHD | 00054653 | 00054653 |
| | CHD | 00054655 | 00054750 |
| | CHD | 00054751 | 00054751 |
| | CHD | 00054753 | 00054753 |
| | CHD | 00054762 | 00054762 |
| | CHD | 00054764 | 00054764 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00054766 | 00054766 |
| | CHD | 00055035 | 00055123 |
| | CHD | 00055301 | 00055338 |
| | CHD | 00055652 | 00055677 |
| | CHD | 00055768 | 00055784 |
| | CHD | 00055785 | 00055788 |
| | CHD | 00056126 | 00056137 |
| | CHD | 00056138 | 00056151 |
| | CHD | 00056323 | 00056326 |
| | CHD | 00056332 | 00056336 |
| | CHD | 00056396 | 00056400 |
| | CHD | 00056628 | 00056633 |
| | CHD | 00056639 | 00056639 |
| | CHD | 00056808 | 00056808 |
| | CHD | 00056853 | 00056856 |
| | CHD | 00056880 | 00056886 |
| | CHD | 00056927 | 00056927 |
| | CHD | 00057039 | 00057039 |
| | CHD | 00057112 | 00057113 |
| | CHD | 00057114 | 00057123 |
| | CHD | 00057311 | 00057311 |
| | CHD | 00057489 | 00057489 |
| | CHD | 00057560 | 00057561 |
| | CHD | 00057604 | 00057608 |
| | CHD | 00057729 | 00057734 |
| | CHD | 00058131 | 00058132 |
| | CHD | 00058134 | 00058136 |
| | CHD | 00058170 | 00058172 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00058338 | 00058342 |
| | CHD | 00059133 | 00059133 |
| | CHD | 00059146 | 00059146 |
| | CHD | 00060150 | 00060150 |
| | CHD | 00060328 | 00060328 |
| | CHD | 00060398 | 00060461 |
| | CHD | 00060463 | 00060479 |
| | CHD | 00060726 | 00060726 |
| | CHD | 00060821 | 00060825 |
| | CHD | 00060886 | 00060891 |
| | CHD | 00061030 | 00061030 |
| | CHD | 00061448 | 00061448 |
| | CHD | 00061526 | 00061534 |
| | CHD | 00061583 | 00061584 |
| | CHD | 00061597 | 00061597 |
| | CHD | 00061752 | 00061752 |
| | CHD | 00062220 | 00062220 |
| | CHD | 00062224 | 00062224 |
| | CHD | 00062574 | 00062587 |
| | CHD | 00062733 | 00062733 |
| | CHD | 00062912 | 00062912 |
| | CHD | 00062946 | 00062946 |
| | CHD | 00062957 | 00062958 |
| | CHD | 00063026 | 00063026 |
| | CHD | 00063139 | 00063139 |
| | CHD | 00063140 | 00063140 |
| | CHD | 00063193 | 00063194 |
| | CHD | 00063342 | 00063346 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00063361 | 00063384 |
| | CHD | 00063947 | 00063977 |
| | CHD | 00064064 | 00064064 |
| | CHD | 00064584 | 00064584 |
| | CHD | 00065006 | 00065006 |
| | CHD | 00065009 | 00065009 |
| | CHD | 00065011 | 00065011 |
| | CHD | 00065820 | 00065820 |
| | CHD | 00065821 | 00065821 |
| | CHD | 00065836 | 00065846 |
| | CHD | 00065854 | 00065855 |
| | CHD | 00065856 | 00065856 |
| | CHD | 00065988 | 00065988 |
| | CHD | 00066016 | 00066016 |
| | CHD | 00066286 | 00066289 |
| | CHD | 00066298 | 00066298 |
| | CHD | 00066485 | 00066485 |
| | CHD | 00066486 | 00066486 |
| | CHD | 00066548 | 00066548 |
| | CHD | 00067404 | 00067404 |
| | CHD | 00068414 | 00068414 |
| | CHD | 00068415 | 00068415 |
| | CHD | 00068949 | 00068949 |
| | CHD | 00069101 | 00069101 |
| | CHD | 00069558 | 00069558 |
| | CHD | 00069776 | 00069776 |
| | CHD | 00070121 | 00070121 |
| | CHD | 00070624 | 00070624 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00070625 | 00070625 |
| | CHD | 00070626 | 00070626 |
| | CHD | 00070627 | 00070627 |
| | CHD | 00070648 | 00070648 |
| | CHD | 00070666 | 00070666 |
| | CHD | 00070832 | 00070832 |
| | CHD | 00070842 | 00070842 |
| | CHD | 00070843 | 00070843 |
| | CHD | 00070895 | 00070895 |
| | CHD | 00071207 | 00071207 |
| | CHD | 00071262 | 00071262 |
| | CHD | 00071276 | 00071276 |
| | CHD | 00071279 | 00071279 |
| | CHD | 00071301 | 00071301 |
| | CHD | 00071577 | 00071577 |
| | CHD | 00071687 | 00071687 |
| | CHD | 00071707 | 00071707 |
| | CHD | 00072008 | 00072008 |
| | CHD | 00072224 | 00072235 |
| | CHD | 00072248 | 00072248 |
| | CHD | 00072273 | 00072273 |
| | CHD | 00072403 | 00072403 |
| | CHD | 00072404 | 00072404 |
| | CHD | 00072416 | 00072416 |
| | CHD | 00072496 | 00072496 |
| | CHD | 00072542 | 00072542 |
| | CHD | 00072558 | 00072558 |
| | CHD | 00072559 | 00072559 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00072610 | 00072610 |
| | CHD | 00072675 | 00072687 |
| | CHD | 00072777 | 00072777 |
| | CHD | 00072778 | 00072778 |
| | CHD | 00073124 | 00073124 |
| | CHD | 00073139 | 00073139 |
| | CHD | 00073264 | 00073265 |
| | CHD | 00073344 | 00073344 |
| | CHD | 00073398 | 00073398 |
| | CHD | 00073399 | 00073399 |
| | CHD | 00073403 | 00073405 |
| | CHD | 00073459 | 00073459 |
| | CHD | 00073544 | 00073544 |
| | CHD | 00073548 | 00073548 |
| | CHD | 00073690 | 00073690 |
| | CHD | 00073804 | 00073804 |
| | CHD | 00073884 | 00073884 |
| | CHD | 00073887 | 00073887 |
| | CHD | 00073890 | 00073890 |
| | CHD | 00073891 | 00073891 |
| | CHD | 00073893 | 00073893 |
| | CHD | 00074009 | 00074016 |
| | CHD | 00074025 | 00074025 |
| | CHD | 00074035 | 00074035 |
| | CHD | 00074038 | 00074038 |
| | CHD | 00074041 | 00074041 |
| | CHD | 00074118 | 00074120 |
| | CHD | 00074207 | 00074207 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00074229 | 00074229 |
| | CHD | 00074239 | 00074239 |
| | CHD | 00074241 | 00074241 |
| | CHD | 00074392 | 00074392 |
| | CHD | 00074552 | 00074552 |
| | CHD | 00074560 | 00074560 |
| | CHD | 00074580 | 00074580 |
| | CHD | 00074592 | 00074596 |
| | CHD | 00074668 | 00074668 |
| | CHD | 00074672 | 00074672 |
| | CHD | 00074681 | 00074699 |
| | CHD | 00074708 | 00074708 |
| | CHD | 00074709 | 00074709 |
| | CHD | 00074826 | 00074826 |
| | CHD | 00074849 | 00074849 |
| | CHD | 00074850 | 00074850 |
| | CHD | 00074857 | 00074857 |
| | CHD | 00074876 | 00074876 |
| | CHD | 00075027 | 00075027 |
| | CHD | 00075028 | 00075028 |
| | CHD | 00075037 | 00075037 |
| | CHD | 00075038 | 00075038 |
| | CHD | 00075042 | 00075042 |
| | CHD | 00075043 | 00075043 |
| | CHD | 00075098 | 00075098 |
| | CHD | 00075193 | 00075193 |
| | CHD | 00075292 | 00075292 |
| | CHD | 00075308 | 00075308 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00075415 | 00075415 |
| | CHD | 00075668 | 00075668 |
| | CHD | 00075674 | 00075674 |
| | CHD | 00075747 | 00075747 |
| | CHD | 00075748 | 00075748 |
| | CHD | 00075839 | 00075856 |
| | CHD | 00076090 | 00076142 |
| | CHD | 00076521 | 00076522 |
| | CHD | 00076524 | 00076524 |
| | CHD | 00076577 | 00076578 |
| | CHD | 00076582 | 00076583 |
| | CHD | 00076705 | 00076705 |
| | CHD | 00076719 | 00076719 |
| | CHD | 00076720 | 00076720 |
| | CHD | 00076794 | 00076794 |
| | CHD | 00076795 | 00076795 |
| | CHD | 00077145 | 00077145 |
| | CHD | 00077193 | 00077193 |
| | CHD | 00077194 | 00077194 |
| | CHD | 00077216 | 00077216 |
| | CHD | 00077217 | 00077217 |
| | CHD | 00077266 | 00077266 |
| | CHD | 00077267 | 00077267 |
| | CHD | 00077441 | 00078199 |
| | CHD | 00078320 | 00078369 |
| | CHD | 00078503 | 00078503 |
| | CHD | 00078504 | 00078504 |
| | CHD | 00078508 | 00078508 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00078808 | 00078808 |
| | CHD | 00078874 | 00078874 |
| | CHD | 00078875 | 00078875 |
| | CHD | 00079217 | 00079217 |
| | CHD | 00079309 | 00079309 |
| | CHD | 00080140 | 00080141 |
| | CHD | 00080200 | 00080202 |
| | CHD | 00080433 | 00080438 |
| | CHD | 00080502 | 00080503 |
| | CHD | 00080508 | 00080508 |
| | CHD | 00080509 | 00080509 |
| | CHD | 00080510 | 00080510 |
| | CHD | 00080511 | 00080511 |
| | CHD | 00080512 | 00080512 |
| | CHD | 00080513 | 00080513 |
| | CHD | 00080514 | 00080514 |
| | CHD | 00080515 | 00080515 |
| | CHD | 00080516 | 00080516 |
| | CHD | 00080517 | 00080517 |
| | CHD | 00081292 | 00081292 |
| | CHD | 00081294 | 00081294 |
| | CHD | 00081299 | 00081299 |
| | CHD | 00081301 | 00081301 |
| | CHD | 00081305 | 00081305 |
| | CHD | 00081306 | 00081307 |
| | CHD | 00081313 | 00081321 |
| | CHD | 00081363 | 00081363 |
| | CHD | 00081364 | 00081364 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00081365 | 00081365 |
| | CHD | 00081366 | 00081366 |
| | CHD | 00081508 | 00081508 |
| | CHD | 00081853 | 00081853 |
| | CHD | 00082088 | 00082090 |
| | CHD | 00082096 | 00082098 |
| | CHD | 00082105 | 00082107 |
| | CHD | 00082123 | 00082123 |
| | CHD | 00082240 | 00082241 |
| | CHD | 00082333 | 00082376 |
| | CHD | 00082643 | 00082648 |
| | CHD | 00082681 | 00082691 |
| | CHD | 00082967 | 00082967 |
| | CHD | 00083047 | 00083048 |
| | CHD | 00083049 | 00083060 |
| | CHD | 00083071 | 00083080 |
| | CHD | 00083582 | 00083582 |
| | CHD | 00083633 | 00083634 |
| | CHD | 00083783 | 00083788 |
| | CHD | 00083976 | 00083976 |
| | CHD | 00084288 | 00084291 |
| | CHD | 00084421 | 00084421 |
| | CHD | 00084435 | 00084438 |
| | CHD | 00084450 | 00084451 |
| | CHD | 00084455 | 00084459 |
| | CHD | 00084474 | 00084507 |
| | CHD | 00084556 | 00084556 |
| | CHD | 00084608 | 00084612 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00084623 | 00084625 |
| | CHD | 00085326 | 00085326 |
| | CHD | 00085384 | 00085384 |
| | CHD | 00085507 | 00085507 |
| | CHD | 00085583 | 00085583 |
| | CHD | 00085584 | 00085584 |
| | CHD | 00085607 | 00085607 |
| | CHD | 00085611 | 00085611 |
| | CHD | 00085944 | 00085944 |
| | CHD | 00085950 | 00085950 |
| | CHD | 00086390 | 00086390 |
| | CHD | 00086393 | 00086393 |
| | CHD | 00086521 | 00086521 |
| | CHD | 00086599 | 00086633 |
| | CHD | 00086768 | 00086768 |
| | CHD | 00086769 | 00086769 |
| | CHD | 00086770 | 00086770 |
| | CHD | 00086771 | 00086771 |
| | CHD | 00086772 | 00086772 |
| | CHD | 00086773 | 00086773 |
| | CHD | 00086829 | 00086829 |
| | CHD | 00086904 | 00086911 |
| | CHD | 00086913 | 00086914 |
| | CHD | 00086916 | 00086917 |
| | CHD | 00086920 | 00086921 |
| | CHD | 00086923 | 00086973 |
| | CHD | 00086974 | 00087027 |
| | CHD | 00087085 | 00087085 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00087088 | 00087089 |
| | CHD | 00087095 | 00087096 |
| | CHD | 00087100 | 00087100 |
| | CHD | 00087275 | 00087276 |
| | CHD | 00087283 | 00087284 |
| | CHD | 00087291 | 00087293 |
| | CHD | 00087295 | 00087297 |
| | CHD | 00087308 | 00087310 |
| | CHD | 00087312 | 00087314 |
| | CHD | 00087316 | 00087318 |
| | CHD | 00087352 | 00087356 |
| | CHD | 00087406 | 00087406 |
| | CHD | 00087452 | 00087452 |
| | CHD | 00087575 | 00087575 |
| | CHD | 00087834 | 00087834 |
| | CHD | 00087836 | 00087836 |
| | CHD | 00088671 | 00088671 |
| | CHD | 00088753 | 00088754 |
| | CHD | 00088755 | 00088755 |
| | CHD | 00089297 | 00089297 |
| | CHD | 00089306 | 00089306 |
| | CHD | 00089307 | 00089307 |
| | CHD | 00089316 | 00089316 |
| | CHD | 00089317 | 00089317 |
| | CHD | 00089616 | 00089616 |
| | CHD | 00089798 | 00089798 |
| | CHD | 00089799 | 00089801 |
| | CHD | 00090225 | 00090228 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00090231 | 00090231 |
| | CHD | 00090235 | 00090251 |
| | CHD | 00090423 | 00090423 |
| | CHD | 00090458 | 00090460 |
| | CHD | 00090548 | 00090548 |
| | CHD | 00090556 | 00090556 |
| | CHD | 00090661 | 00090664 |
| | CHD | 00090686 | 00090697 |
| | CHD | 00090704 | 00090707 |
| | CHD | 00090708 | 00090709 |
| | CHD | 00090785 | 00090785 |
| | CHD | 00090824 | 00090824 |
| | CHD | 00091087 | 00091087 |
| | CHD | 00091609 | 00091610 |
| | CHD | 00091612 | 00091626 |
| | CHD | 00091700 | 00091714 |
| | CHD | 00091717 | 00091718 |
| | CHD | 00091725 | 00091726 |
| | CHD | 00091758 | 00091762 |
| | CHD | 00091783 | 00091788 |
| | CHD | 00091794 | 00091798 |
| | CHD | 00091955 | 00091958 |
| | CHD | 00092122 | 00092122 |
| | CHD | 00092316 | 00092318 |
| | CHD | 00092344 | 00092347 |
| | CHD | 00092543 | 00092543 |
| | CHD | 00092546 | 00092546 |
| | CHD | 00092551 | 00092551 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00092554 | 00092554 |
| | CHD | 00092556 | 00092556 |
| | CHD | 00092559 | 00092559 |
| | CHD | 00092562 | 00092562 |
| | CHD | 00092564 | 00092564 |
| | CHD | 00092570 | 00092570 |
| | CHD | 00092572 | 00092572 |
| | CHD | 00092579 | 00092579 |
| | CHD | 00092581 | 00092581 |
| | CHD | 00092583 | 00092583 |
| | CHD | 00092717 | 00092717 |
| | CHD | 00093131 | 00093132 |
| | CHD | 00093133 | 00093133 |
| | CHD | 00093135 | 00093135 |
| | CHD | 00093139 | 00093139 |
| | CHD | 00093152 | 00093152 |
| | CHD | 00093161 | 00093163 |
| | CHD | 00093166 | 00093258 |
| | CHD | 00093259 | 00093259 |
| | CHD | 00093260 | 00093260 |
| | CHD | 00093261 | 00093279 |
| | CHD | 00093280 | 00093336 |
| | CHD | 00093337 | 00093355 |
| | CHD | 00093356 | 00093386 |
| | CHD | 00093411 | 00093435 |
| | CHD | 00093504 | 00093519 |
| | CHD | 00093520 | 00093538 |
| | CHD | 00093539 | 00093557 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00093561 | 00093577 |
| | CHD | 00093829 | 00093855 |
| | CHD | 00093856 | 00093883 |
| | CHD | 00093884 | 00093916 |
| | CHD | 00093917 | 00093921 |
| | CHD | 00093975 | 00093978 |
| | CHD | 00093979 | 00094016 |
| | CHD | 00094360 | 00094432 |
| | CHD | 00094460 | 00094471 |
| | CHD | 00094488 | 00094493 |
| | CHD | 00094497 | 00094498 |
| | CHD | 00094499 | 00094510 |
| | CHD | 00094527 | 00094527 |
| | CHD | 00094536 | 00094552 |
| | CHD | 00094556 | 00094563 |
| | CHD | 00094564 | 00094569 |
| | CHD | 00094722 | 00094744 |
| | CHD | 00094808 | 00094819 |
| | CHD | 00094826 | 00094833 |
| | CHD | 00094834 | 00094851 |
| | CHD | 00094857 | 00094882 |
| | CHD | 00094888 | 00094890 |
| | CHD | 00094898 | 00094909 |
| | CHD | 00094932 | 00094938 |
| | CHD | 00094952 | 00094953 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00095008 | 00095018 |
| | CHD | 00095019 | 00095036 |
| | CHD | 00095056 | 00095059 |
| | CHD | 00095060 | 00095092 |
| | CHD | 00095093 | 00095176 |
| | CHD | 00095282 | 00095331 |
| | CHD | 00095332 | 00095356 |
| | CHD | 00095357 | 00095370 |
| | CHD | 00095371 | 00095372 |
| | CHD | 00095373 | 00095385 |
| | CHD | 00095397 | 00095404 |
| | CHD | 00095407 | 00095417 |
| | CHD | 00095418 | 00095442 |
| | CHD | 00095493 | 00095510 |
| | CHD | 00095562 | 00095572 |
| | CHD | 00095573 | 00095575 |
| | CHD | 00095580 | 00095600 |
| | CHD | 00095601 | 00095604 |
| | CHD | 00095608 | 00095611 |
| | CHD | 00095612 | 00095632 |
| | CHD | 00095633 | 00095661 |
| | CHD | 00095720 | 00095734 |
| | CHD | 00095735 | 00095766 |
| | CHD | 00095801 | 00095822 |
| | CHD | 00095823 | 00095828 |
| | CHD | 00095829 | 00095836 |
| | CHD | 00095837 | 00095850 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00095851 | 00095874 |
| | CHD | 00095910 | 00095910 |
| | CHD | 00096178 | 00096178 |
| | CHD | 00096224 | 00096225 |
| | CHD | 00096236 | 00096239 |
| | CHD | 00096255 | 00096283 |
| | CHD | 00096298 | 00096299 |
| | CHD | 00096300 | 00096303 |
| | CHD | 00096304 | 00096305 |
| | CHD | 00096328 | 00096348 |
| | CHD | 00096395 | 00096431 |
| | CHD | 00096432 | 00096434 |
| | CHD | 00096435 | 00096450 |
| | CHD | 00096479 | 00096480 |
| | CHD | 00096481 | 00096515 |
| | CHD | 00096516 | 00096517 |
| | CHD | 00096518 | 00096528 |
| | CHD | 00096531 | 00096536 |
| | CHD | 00096537 | 00096537 |
| | CHD | 00096541 | 00096544 |
| | CHD | 00096545 | 00096566 |
| | CHD | 00096571 | 00096591 |
| | CHD | 00096592 | 00096636 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00096646 | 00096659 |
| | CHD | 00096700 | 00096713 |
| | CHD | 00096714 | 00096754 |
| | CHD | 00096773 | 00096786 |
| | CHD | 00096791 | 00096806 |
| | CHD | 00096807 | 00096820 |
| | CHD | 00097247 | 00097251 |
| | CHD | 00097370 | 00097379 |
| | CHD | 00097443 | 00097450 |
| | CHD | 00097451 | 00097458 |
| | CHD | 00097459 | 00097468 |
| | CHD | 00097469 | 00097473 |
| | CHD | 00097474 | 00097476 |
| | CHD | 00097479 | 00097483 |
| | CHD | 00097484 | 00097486 |
| | CHD | 00097490 | 00097494 |
| | CHD | 00097498 | 00097522 |
| | CHD | 00097523 | 00097571 |
| | CHD | 00097622 | 00097646 |
| | CHD | 00097647 | 00097676 |
| | CHD | 00098121 | 00098121 |
| | CHD | 00098230 | 00098242 |
| | CHD | 00098293 | 00098293 |
| | CHD | 00098294 | 00098300 |
| | CHD | 00098301 | 00098304 |
| | CHD | 00098305 | 00098306 |
| | CHD | 00098307 | 00098310 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00098311 | 00098316 |
| | CHD | 00098324 | 00098331 |
| | CHD | 00098332 | 00098339 |
| | CHD | 00098340 | 00098342 |
| | CHD | 00098343 | 00098348 |
| | CHD | 00098349 | 00098350 |
| | CHD | 00098351 | 00098404 |
| | CHD | 00098556 | 00098647 |
| | CHD | 00098718 | 00098721 |
| | CHD | 00098722 | 00098762 |
| | CHD | 00098763 | 00098763 |
| | CHD | 00098764 | 00098764 |
| | CHD | 00098765 | 00098770 |
| | CHD | 00098791 | 00098799 |
| | CHD | 00098801 | 00098809 |
| | CHD | 00098810 | 00098859 |
| | CHD | 00099641 | 00099644 |
| | CHD | 00099730 | 00099733 |
| | CHD | 00099780 | 00099825 |
| | CHD | 00099829 | 00099831 |
| | CHD | 00099842 | 00099845 |
| | CHD | 00099867 | 00099870 |
| | CHD | 00099984 | 00099984 |
| | CHD | 00100088 | 00100091 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00100128 | 00100131 |
| | CHD | 00100178 | 00100226 |
| | CHD | 00100228 | 00100241 |
| | CHD | 00100249 | 00100340 |
| | CHD | 00100343 | 00100346 |
| | CHD | 00100352 | 00100438 |
| | CHD | 00100440 | 00100442 |
| | CHD | 00100444 | 00100457 |
| | CHD | 00100464 | 00100550 |
| | CHD | 00100551 | 00100551 |
| | CHD | 00100556 | 00100642 |
| | CHD | 00100645 | 00100731 |
| | CHD | 00101846 | 00101890 |
| | CHD | 00101892 | 00101943 |
| | CHD | 00101973 | 00101975 |
| | CHD | 00102146 | 00102167 |
| | CHD | 00102240 | 00102256 |
| | CHD | 00102262 | 00102262 |
| | CHD | 00102264 | 00102264 |
| | CHD | 00102265 | 00102265 |
| | CHD | 00102267 | 00102271 |
| | CHD | 00102272 | 00102275 |
| | CHD | 00102279 | 00102293 |
| | CHD | 00102295 | 00102319 |
| | CHD | 00102320 | 00102358 |
| | CHD | 00102361 | 00102362 |
| | CHD | 00102363 | 00102400 |
| | CHD | 00102402 | 00102402 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00102404 | 00102442 |
| | CHD | 00102444 | 00102459 |
| | CHD | 00102461 | 00102495 |
| | CHD | 00102497 | 00102525 |
| | CHD | 00102528 | 00102544 |
| | CHD | 00102545 | 00102545 |
| | CHD | 00102547 | 00102550 |
| | CHD | 00102554 | 00102557 |
| | CHD | 00102559 | 00102574 |
| | CHD | 00102576 | 00102592 |
| | CHD | 00102595 | 00102601 |
| | CHD | 00102603 | 00102619 |
| | CHD | 00102621 | 00102662 |
| | CHD | 00102663 | 00102665 |
| | CHD | 00102668 | 00102668 |
| | CHD | 00102669 | 00102682 |
| | CHD | 00102683 | 00102683 |
| | CHD | 00102727 | 00102727 |
| | CHD | 00102816 | 00102866 |
| | CHD | 00102869 | 00102874 |
| | CHD | 00102875 | 00102879 |
| | CHD | 00102890 | 00103056 |
| | CHD | 00103058 | 00103089 |
| | CHD | 00103090 | 00103091 |
| | CHD | 00103092 | 00103103 |
| | CHD | 00103104 | 00103104 |
| | CHD | 00103109 | 00103116 |
| | CHD | 00103120 | 00103126 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00103128 | 00103224 |
| | CHD | 00103226 | 00103249 |
| | CHD | 00103252 | 00103280 |
| | CHD | 00103282 | 00103310 |
| | CHD | 00103312 | 00103360 |
| | CHD | 00103362 | 00103410 |
| | CHD | 00103413 | 00103436 |
| | CHD | 00103531 | 00103531 |
| | CHD | 00103532 | 00103563 |
| | CHD | 00103564 | 00103565 |
| | CHD | 00103566 | 00103574 |
| | CHD | 00103575 | 00103575 |
| | CHD | 00103577 | 00103599 |
| | CHD | 00103689 | 00103723 |
| | CHD | 00103726 | 00103753 |
| | CHD | 00103756 | 00103792 |
| | CHD | 00103793 | 00103798 |
| | CHD | 00103960 | 00103975 |
| | CHD | 00103976 | 00103976 |
| | CHD | 00103979 | 00104025 |
| | CHD | 00104029 | 00104032 |
| | CHD | 00104070 | 00104073 |
| | CHD | 00104110 | 00104147 |
| | CHD | 00104150 | 00104184 |
| | CHD | 00104186 | 00104352 |
| | CHD | 00104354 | 00104360 |
| | CHD | 00104366 | 00104532 |
| | CHD | 00104538 | 00104704 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | CHD | 00104706 | 00104732 |
| | CHD | 00104778 | 00104845 |
| | CHD | 00104847 | 00104914 |
| | CHD | 00104924 | 00104955 |
| | CHD | 00104959 | 00105018 |
| | CHD | 00105020 | 00105051 |
| | CHD | 00105052 | 00105053 |
| | CHD | 00105054 | 00105113 |
| | CHD | 00105116 | 00105145 |
| | CHD | 00105216 | 00105217 |
| | CHD | 00105218 | 00105226 |
| | CHD | 00105227 | 00105227 |
| | CHD | 00105230 | 00105234 |
| | CHD | 00105235 | 00105235 |
| | CHD | 00105238 | 00105252 |
| | CHD | 00105255 | 00105273 |
| | CHD | 00105278 | 00105296 |
| | CHD | 00105298 | 00105316 |
| | CHD | 00105318 | 00105334 |
| | CHD | 00105336 | 00105358 |
| | CHD | 00105360 | 00105382 |
| | CHD | 00105384 | 00105420 |
| | CHD | 00105803 | 00105828 |
| | CHD | 00105842 | 00105842 |
| | CHD | 00105907 | 00105907 |
| | CHD | 00105924 | 00105928 |
| | CHD | 00105929 | 00105932 |
| | CHD | 00106197 | 00106197 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00106221 | 00106255 |
| | CHD | 00106257 | 00106269 |
| | CHD | 00106271 | 00106437 |
| | CHD | 00106439 | 00106460 |
| | CHD | 00106776 | 00106776 |
| | CHD | 00106777 | 00106777 |
| | CHD | 00106778 | 00106778 |
| | CHD | 00106780 | 00106780 |
| | CHD | 00106783 | 00106989 |
| | CHD | 00107039 | 00107051 |
| | CHD | 00107052 | 00107060 |
| | CHD | 00107061 | 00107069 |
| | CHD | 00107070 | 00107085 |
| | CHD | 00107087 | 00107093 |
| | CHD | 00107094 | 00107100 |
| | CHD | 00107144 | 00107182 |
| | CHD | 00107719 | 00107719 |
| | CHD | 00107720 | 00107720 |
| | CHD | 00107724 | 00107768 |
| | CHD | 00107854 | 00107858 |
| | CHD | 00107859 | 00107862 |
| | CHD | 00107869 | 00107869 |
| | CHD | 00107870 | 00107870 |
| | CHD | 00107871 | 00107871 |
| | CHD | 00108132 | 00108138 |
| | CHD | 00108139 | 00108144 |
| | CHD | 00108146 | 00108166 |
| | CHD | 00108168 | 00108188 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00108191 | 00108227 |
| | CHD | 00108229 | 00108243 |
| | CHD | 00108245 | 00108259 |
| | CHD | 00108263 | 00108277 |
| | CHD | 00108281 | 00108297 |
| | CHD | 00108349 | 00108349 |
| | CHD | 00108381 | 00108381 |
| | CHD | 00108460 | 00108460 |
| | CHD | 00108467 | 00108467 |
| | CHD | 00108496 | 00108501 |
| | CHD | 00108504 | 00108504 |
| | CHD | 00108511 | 00108511 |
| | CHD | 00108539 | 00108539 |
| | CHD | 00108546 | 00108546 |
| | CHD | 00108553 | 00108554 |
| | CHD | 00108555 | 00108559 |
| | CHD | 00108561 | 00108561 |
| | CHD | 00108565 | 00108571 |
| | CHD | 00108574 | 00108580 |
| | CHD | 00108582 | 00108582 |
| | CHD | 00108613 | 00108649 |
| | CHD | 00108651 | 00108670 |
| | CHD | 00108672 | 00108690 |
| | CHD | 00108693 | 00108711 |
| | CHD | 00108713 | 00108732 |
| | CHD | 00108741 | 00108777 |
| | CHD | 00108791 | 00108791 |
| | CHD | 00108797 | 00108797 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00108803 | 00108809 |
| | CHD | 00108811 | 00108811 |
| | CHD | 00108815 | 00108859 |
| | CHD | 00109019 | 00109019 |
| | CHD | 00109022 | 00109044 |
| | CHD | 00109093 | 00109113 |
| | CHD | 00109115 | 00109135 |
| | CHD | 00109215 | 00109215 |
| | CHD | 00109221 | 00109221 |
| | CHD | 00109225 | 00109225 |
| | CHD | 00109226 | 00109243 |
| | CHD | 00109244 | 00109266 |
| | CHD | 00109267 | 00109307 |
| | CHD | 00109308 | 00109313 |
| | CHD | 00109315 | 00109339 |
| | CHD | 00109340 | 00109378 |
| | CHD | 00109379 | 00109380 |
| | CHD | 00109407 | 00109466 |
| | CHD | 00109468 | 00109474 |
| | CHD | 00109476 | 00109482 |
| | CHD | 00109484 | 00109490 |
| | CHD | 00109492 | 00109580 |
| | CHD | 00109651 | 00109651 |
| | CHD | 00109652 | 00109652 |
| | CHD | 00109654 | 00109654 |
| | CHD | 00109655 | 00109655 |
| | CHD | 00109656 | 00109656 |
| | CHD | 00109658 | 00109658 |

Highly Confidential – Attorneys' Eyes Only