# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | CHD | 00109659 | 00109663 |
| | CHD | 00109664 | 00109671 |
| | CHD | 00109672 | 0010674 |
| | CHD | 00109675 | 00109701 |
| | CHD | 00109702 | 00109703 |
| | CHD | 00109704 | 00109704 |
| | CHD | 00109705 | 00109706 |
| | CHD | 00109707 | 00109708 |
| | CHD | 00109709 | 00109710 |
| | CHD | 00109711 | 00109716 |
| | CHD | 00109717 | 00109722 |
| | CHD | 00109723 | 00109728 |
| | CHD | 00109729 | 00109736 |
| | CHD | 00109737 | 00109744 |
| | CHD | 00109745 | 00109750 |
| | CHD | 00109751 | 00109756 |
| | CHD | 00109757 | 00109757 |
| | CHD | 00109758 | 00109758 |
| | CHD | 00109759 | 00109759 |
| | CHD | 00109760 | 00109760 |
| | CHD | 00109761 | 00109761 |
| | CHD | 00109762 | 00109762 |
| | CHD | 00109763 | 109763 |
| | SPD | 001 | 001 |
| | SPD | 013 | 013 |
| | SPD | 105 | 105 |
| | SPD-NY | 0006686 | 0006686 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY | 0006849 | 006851 |
| | SPD-NY | 0008165 | 0008170 |
| | SPD-NY | 0008243 | 0008254 |
| | SPD-NY | 0009474 | 0009478 |
| | SPD-NY | 0009498 | 0009498 |
| | SPD-NY | 0009506 | 0009515 |
| | SPD-NY | 0009516 | 0009523 |
| | SPD-NY | 0009524 | 0009542 |
| | SPD-NY | 0009569 | 0009571 |
| | SPD-NY | 0009572 | 0009574 |
| | SPD-NY | 0009579 | 0009580 |
| | SPD-NY | 0018565 | 0018566 |
| | SPD-NY | 0018618 | 0018618 |
| | SPD-NY | 0020332 | 0020333 |
| | SPD-NY | 0020649 | 0020649 |
| | SPD-NY | 0021552 | 0021588 |
| | SPD-NY | 0022478 | 0022480 |
| | SPD-NY | 0022637 | 0022638 |
| | SPD-NY | 0024037 | 0024037 |
| | SPD-NY | 0024418 | 0024420 |
| | SPD-NY | 0024421 | 0024423 |
| | SPD-NY | 0024425 | 0024427 |
| | SPD-NY | 0025119 | 0025120 |
| | SPD-NY | 0025121 | 0025121 |
| | SPD-NY | 0025750 | 0025765 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY | 0026478 | 0026523 |
| | SPD-NY | 0027911 | 0027911 |
| | SPD-NY | 0043159 | 0043172 |
| | SPD-NY | 0063949 | 0063952 |
| | SPD-NY | 0069654 | 0069691 |
| | SPD-NY | 0069702 | 0069711 |
| | SPD-NY | 0069712 | 0069712 |
| | SPD-NY | 0069717 | 0069717 |
| | SPD-NY | 0069723 | 0069724 |
| | SPD-NY | 0069741 | 0069742 |
| | SPD-NY | 0069743 | 0069743 |
| | SPD-NY | 0069744 | 0069747 |
| | SPD-NY | 0069779 | 0069780 |
| | SPD-NY | 0069787 | 0069794 |
| | SPD-NY | 0069804 | 0069804 |
| | SPD-NY | 0069810 | 0069812 |
| | SPD-NY | 0069834 | 0069836 |
| | SPD-NY | 0069841 | 0069871 |
| | SPD-NY | 0069875 | 0069875 |
| | SPD-NY | 0069891 | 0069891 |
| | SPD-NY | 0069903 | 0069904 |
| | SPD-NY | 0072103 | 0072121 |
| | SPD-NY | 0076951 | 0076972 |
| | SPD-NY | 0080544 | 0080544 |
| | SPD-NY | 0081788 | 0081790 |
| | SPD-NY | 0081791 | 0081792 |
| | SPD-NY | 0081814 | 0081815 |
| | SPD-NY | 0087509 | 0087555 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY | 0088536 | 0088536 |
| | SPD-NY-D | 000069 | 000115 |
| | SPD-NY-D | 000233 | 000234 |
| | SPD-NY-D | 000235 | 000397 |
| | SPD-NY-D | 000398 | 000422 |
| | SPD-NY-D | 000423 | 000457 |
| | SPD-NY-D | 000458 | 000458 |
| | SPD-NY-D | 000459 | 000459 |
| | SPD-NY-D | 000460 | 000495 |
| | SPD-NY-D | 000496 | 000710 |
| | SPD-NY-D | 000711 | 000830 |
| | SPD-NY-D | 000831 | 000901 |
| | SPD-NY-D | 000925 | 000926 |
| | SPD-NY-D | 000927 | 000928 |
| | SPD-NY-D | 000929 | 000930 |
| | SPD-NY-D | 000931 | 000933 |
| | SPD-NY-D | 000934 | 000935 |
| | SPD-NY-D | 000936 | 000937 |
| | SPD-NY-D | 001137 | 001259 |
| | SPD-NY-D | 001260 | 001260 |
| | SPD-NY-D | 001286 | 001308 |
| | SPD-NY-D | 001581 | 001646 |
| | SPD-NY-D | 001647 | 001666 |
| | SPD-NY-D | 001667 | 001674 |
| | SPD-NY-D | 001675 | 001710 |
| | SPD-NY-D | 001711 | 001724 |
| | SPD-NY-D | 001814 | 001814 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 001815 | 001815 |
| | SPD-NY-D | 001820 | 001820 |
| | SPD-NY-D | 001823 | 001823 |
| | SPD-NY-D | 001826 | 001826 |
| | SPD-NY-D | 001827 | 001827 |
| | SPD-NY-D | 001828 | 001828 |
| | SPD-NY-D | 001829 | 001829 |
| | SPD-NY-D | 001830 | 001830 |
| | SPD-NY-D | 001831 | 001831 |
| | SPD-NY-D | 001832 | 001832 |
| | SPD-NY-D | 001833 | 001833 |
| | SPD-NY-D | 001834 | 001834 |
| | SPD-NY-D | 001835 | 001835 |
| | SPD-NY-D | 001836 | 001836 |
| | SPD-NY-D | 001837 | 001837 |
| | SPD-NY-D | 001838 | 001838 |
| | SPD-NY-D | 001839 | 001839 |
| | SPD-NY-D | 001840 | 001840 |
| | SPD-NY-D | 001841 | 001841 |
| | SPD-NY-D | 001842 | 001842 |
| | SPD-NY-D | 001843 | 001843 |
| | SPD-NY-D | 001844 | 001844 |
| | SPD-NY-D | 001845 | 001845 |
| | SPD-NY-D | 001846 | 001846 |
| | SPD-NY-D | 001847 | 001847 |
| | SPD-NY-D | 001848 | 001848 |
| | SPD-NY-D | 001849 | 001849 |
| | SPD-NY-D | 001850 | 001850 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
|  | SPD-NY-D | 001851 | 001851 |
|  | SPD-NY-D | 001852 | 001852 |
|  | SPD-NY-D | 001853 | 001853 |
|  | SPD-NY-D | 001854 | 001854 |
|  | SPD-NY-D | 001855 | 001855 |
|  | SPD-NY-D | 001856 | 001856 |
|  | SPD-NY-D | 001857 | 001857 |
|  | SPD-NY-D | 001858 | 001858 |
|  | SPD-NY-D | 001859 | 001859 |
|  | SPD-NY-D | 001860 | 001860 |
|  | SPD-NY-D | 001868 | 002064 |
|  | SPD-NY-D | 002461 | 002461 |
|  | SPD-NY-D | 002470 | 002470 |
|  | SPD-NY-D | 002484 | 002484 |
|  | SPD-NY-D | 002602 | 002602 |
|  | SPD-NY-D | 003285 | 003304 |
|  | SPD-NY-D | 003448 | 003455 |
|  | SPD-NY-D | 006612 | 006616 |
|  | SPD-NY-D | 008701 | 008702 |
|  | SPD-NY-D | 008727 | 008728 |
|  | SPD-NY-D | 009205 | 009206 |
|  | SPD-NY-D | 009319 | 009320 |
|  | SPD-NY-D | 009342 | 009343 |
|  | SPD-NY-D | 009361 | 009361 |
|  | SPD-NY-D | 010284 | 010297 |
|  | SPD-NY-D | 010847 | 010847 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 010848 | 010848 |
| | SPD-NY-D | 010849 | 010849 |
| | SPD-NY-D | 010850 | 010850 |
| | SPD-NY-D | 010851 | 010851 |
| | SPD-NY-D | 010852 | 010852 |
| | SPD-NY-D | 012438 | 012548 |
| | SPD-NY-D | 012549 | 012710 |
| | SPD-NY-D | 013152 | 013353 |
| | SPD-NY-D | 013422 | 013422 |
| | SPD-NY-D | 013466 | 013466 |
| | SPD-NY-D | 013469 | 013546 |
| | SPD-NY-D | 013672 | 013672 |
| | SPD-NY-D | 013678 | 013678 |
| | SPD-NY-D | 013691 | 013691 |
| | SPD-NY-D | 013726 | 013726 |
| | SPD-NY-D | 013931 | 014008 |
| | SPD-NY-D | 014138 | 014154 |
| | SPD-NY-D | 014254 | 014454 |
| | SPD-NY-D | 015016 | 015203 |
| | SPD-NY-D | 016855 | 016855 |
| | SPD-NY-D | 016909 | 016909 |
| | SPD-NY-D | 016910 | 016910 |
| | SPD-NY-D | 016962 | 016962 |
| | SPD-NY-D | 016971 | 016972 |
| | SPD-NY-D | 016978 | 017088 |
| | SPD-NY-D | 017090 | 017107 |
| | SPD-NY-D | 017108 | 017108 |
| | SPD-NY-D | 017109 | 017109 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 017111 | 017111 |
| | SPD-NY-D | 017166 | 017172 |
| | SPD-NY-D | 017211 | 017215 |
| | SPD-NY-D | 017219 | 017221 |
| | SPD-NY-D | 017317 | 017328 |
| | SPD-NY-D | 018216 | 018217 |
| | SPD-NY-D | 018316 | 018319 |
| | SPD-NY-D | 018580 | 018581 |
| | SPD-NY-D | 019551 | 019597 |
| | SPD-NY-D | 019936 | 019937 |
| | SPD-NY-D | 020664 | 020670 |
| | SPD-NY-D | 020731 | 020739 |
| | SPD-NY-D | 020741 | 020749 |
| | SPD-NY-D | 020825 | 020830 |
| | SPD-NY-D | 021077 | 021080 |
| | SPD-NY-D | 021087 | 021099 |
| | SPD-NY-D | 021160 | 021161 |
| | SPD-NY-D | 021181 | 021181 |
| | SPD-NY-D | 021409 | 021413 |
| | SPD-NY-D | 023701 | 023709 |
| | SPD-NY-D | 026141 | 026174 |
| | SPD-NY-D | 026327 | 026347 |
| | SPD-NY-D | 027279 | 027279 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 027304 | 027305 |
| | SPD-NY-D | 029094 | 029094 |
| | SPD-NY-D | 029100 | 029102 |
| | SPD-NY-D | 029138 | 029165 |
| | SPD-NY-D | 031576 | 031578 |
| | SPD-NY-D | 033082 | 033082 |
| | SPD-NY-D | 033094 | 033094 |
| | SPD-NY-D | 033095 | 033095 |
| | SPD-NY-D | 033133 | 033133 |
| | SPD-NY-D | 033138 | 033140 |
| | SPD-NY-D | 033195 | 033205 |
| | SPD-NY-D | 035907 | 035907 |
| | SPD-NY-D | 035909 | 035909 |
| | SPD-NY-D | 035911 | 035911 |
| | SPD-NY-D | 035913 | 035913 |
| | SPD-NY-D | 035915 | 035915 |
| | SPD-NY-D | 036903 | 036903 |
| | SPD-NY-D | 036908 | 036992 |
| | SPD-NY-D | 036994 | 037011 |
| | SPD-NY-D | 037061 | 037274 |
| | SPD-NY-D | 037298 | 037303 |
| | SPD-NY-D | 037346 | 037353 |
| | SPD-NY-D | 037353-01 | 037362 |
| | SPD-NY-D | 037362 | 037372 |
| | SPD-NY-D | 037372-01 | 037381 |
| | SPD-NY-D | 037381-01 | 037392 |
| | SPD-NY-D | 037393 | 037402 |
| | SPD-NY-D | 037403 | 037413 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 037464 | 037464 |
| | SPD-NY-D | 037657 | 037657 |
| | SPD-NY-D | 037667 | 037678 |
| | SPD-NY-D | 037679 | 037679 |
| | SPD-NY-D | 037680 | 037680 |
| | SPD-NY-D | 037681 | 037681 |
| | SPD-NY-D | 037682 | 037682 |
| | SPD-NY-D | 037829 | 037829 |
| | SPD-NY-D | 037830 | 037830 |
| | SPD-NY-D | 037831 | 037831 |
| | SPD-NY-D | 037838 | 037838 |
| | SPD-NY-D | 037846 | 037846 |
| | SPD-NY-D | 037847 | 037847 |
| | SPD-NY-D | 037848 | 037848 |
| | SPD-NY-D | 037849 | 037849 |
| | SPD-NY-D | 037850 | 037850 |
| | SPD-NY-D | 037851 | 037851 |
| | SPD-NY-D | 037852 | 037852 |
| | SPD-NY-D | 037853 | 037853 |
| | SPD-NY-D | 037857 | 037860 |
| | SPD-NY-D | 037861 | 037861 |
| | SPD-NY-D | 037862 | 037862 |
| | SPD-NY-D | 037863 | 037863 |
| | SPD-NY-D | 037864 | 037864 |
| | SPD-NY-D | 037865 | 037865 |
| | SPD-NY-D | 037866 | 037866 |
| | SPD-NY-D | 037867 | 037867 |
| | SPD-NY-D | 037868 | 037868 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 037869 | 037869 |
| | SPD-NY-D | 037870 | 037870 |
| | SPD-NY-D | 037871 | 037871 |
| | SPD-NY-D | 037872 | 037872 |
| | SPD-NY-D | 037873 | 037873 |
| | SPD-NY-D | 037874 | 037874 |
| | SPD-NY-D | 037875 | 037875 |
| | SPD-NY-D | 037876 | 037876 |
| | SPD-NY-D | 037877 | 037877 |
| | SPD-NY-D | 037878 | 037878 |
| | SPD-NY-D | 037879 | 037879 |
| | SPD-NY-D | 037880 | 037880 |
| | SPD-NY-D | 037881 | 037881 |
| | SPD-NY-D | 037882 | 037882 |
| | SPD-NY-D | 037883 | 037883 |
| | SPD-NY-D | 037884 | 037884 |
| | SPD-NY-D | 037885 | 037885 |
| | SPD-NY-D | 037886 | 037887 |
| | SPD-NY-D | 037888 | 037888 |
| | SPD-NY-D | 037889 | 037890 |
| | SPD-NY-D | 037891 | 037891 |
| | SPD-NY-D | 037892 | 037892 |
| | SPD-NY-D | 037893 | 037895 |
| | SPD-NY-D | 037896 | 037896 |
| | SPD-NY-D | 037896 | 037896 |
| | SPD-NY-D | 037897 | 037897 |
| | SPD-NY-D | 037898 | 037898 |
| | SPD-NY-D | 037899 | 037899 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 037900 | 037900 |
| | SPD-NY-D | 037901 | 037901 |
| | SPD-NY-D | 037902 | 037902 |
| | SPD-NY-D | 037903 | 037923 |
| | SPD-NY-D | 037924 | 037924 |
| | SPD-NY-D | 037925 | 037996 |
| | SPD-NY-D | 037997 | 038051 |
| | SPD-NY-D | 038052 | 038145 |
| | SPD-NY-D | 038146 | 038146 |
| | SPD-NY-D | 038147 | 038223 |
| | SPD-NY-D | 038224 | 038224 |
| | SPD-NY-D | 038225 | 038225 |
| | SPD-NY-D | 038226 | 038226 |
| | SPD-NY-D | 038227 | 038227 |
| | SPD-NY-D | 038228 | 038228 |
| | SPD-NY-D | 038229 | 038232 |
| | SPD-NY-D | 038233 | 038233 |
| | SPD-NY-D | 038234 | 038234 |
| | SPD-NY-D | 038235 | 038235 |
| | SPD-NY-D | 038236 | 038236 |
| | SPD-NY-D | 038237 | 038239 |
| | SPD-NY-D | 038240 | 038240 |
| | SPD-NY-D | 038241 | 038241 |
| | SPD-NY-D | 038242 | 038243 |
| | SPD-NY-D | 038244 | 038244 |
| | SPD-NY-D | 038245 | 038245 |
| | SPD-NY-D | 038246 | 038246 |
| | SPD-NY-D | 038247 | 038252 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 038253 | 038253 |
| | SPD-NY-D | 038254 | 038254 |
| | SPD-NY-D | 038255 | 038255 |
| | SPD-NY-D | 038256 | 038256 |
| | SPD-NY-D | 038257 | 038257 |
| | SPD-NY-D | 038258 | 038258 |
| | SPD-NY-D | 038259 | 038259 |
| | SPD-NY-D | 038260 | 038260 |
| | SPD-NY-D | 038261 | 038261 |
| | SPD-NY-D | 038262 | 038262 |
| | SPD-NY-D | 038263 | 038263 |
| | SPD-NY-D | 038264 | 038264 |
| | SPD-NY-D | 038265 | 038265 |
| | SPD-NY-D | 038266 | 038266 |
| | SPD-NY-D | 038267 | 038267 |
| | SPD-NY-D | 038268 | 038268 |
| | SPD-NY-D | 038269 | 038269 |
| | SPD-NY-D | 038270 | 038270 |
| | SPD-NY-D | 038271 | 038271 |
| | SPD-NY-D | 038272 | 038272 |
| | SPD-NY-D | 038273 | 038273 |
| | SPD-NY-D | 038274 | 038274 |
| | SPD-NY-D | 038275 | 038275 |
| | SPD-NY-D | 038276 | 038276 |
| | SPD-NY-D | 038277 | 038277 |
| | SPD-NY-D | 038278 | 038278 |
| | SPD-NY-D | 038279 | 038279 |
| | SPD-NY-D | 038280 | 038280 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 038281 | 038281 |
| | SPD-NY-D | 038282 | 038282 |
| | SPD-NY-D | 038283 | 038283 |
| | SPD-NY-D | 038284 | 038284 |
| | SPD-NY-D | 038285 | 038285 |
| | SPD-NY-D | 038286 | 038286 |
| | SPD-NY-D | 038287 | 038287 |
| | SPD-NY-D | 038288 | 038288 |
| | SPD-NY-D | 038289 | 038289 |
| | SPD-NY-D | 038290 | 038290 |
| | SPD-NY-D | 038291 | 038291 |
| | SPD-NY-D | 038292 | 038292 |
| | SPD-NY-D | 038293 | 038293 |
| | SPD-NY-D | 038294 | 038294 |
| | SPD-NY-D | 038295 | 038295 |
| | SPD-NY-D | 038296 | 038296 |
| | SPD-NY-D | 038297 | 038299 |
| | SPD-NY-D | 038300 | 038302 |
| | SPD-NY-D | 038303 | 038306 |
| | SPD-NY-D | 038307 | 038310 |
| | SPD-NY-D | 038311 | 038314 |
| | SPD-NY-D | 038315 | 038316 |
| | SPD-NY-D | 038317 | 038318 |
| | SPD-NY-D | 038319 | 038320 |
| | SPD-NY-D | 038321 | 038322 |
| | SPD-NY-D | 038323 | 038324 |
| | SPD-NY-D | 038325 | 038326 |
| | SPD-NY-D | 038327 | 038328 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 038329 | 038330 |
| | SPD-NY-D | 038331 | 038332 |
| | SPD-NY-D | 038333 | 038347 |
| | SPD-NY-D | 038348 | 038356 |
| | SPD-NY-D | 038357 | 038364 |
| | SPD-NY-D | 038365 | 038372 |
| | SPD-NY-D | 038373 | 038378 |
| | SPD-NY-D | 038379 | 038383 |
| | SPD-NY-D | 038384 | 038390 |
| | SPD-NY-D | 038391 | 038396 |
| | SPD-NY-D | 038397 | 038401 |
| | SPD-NY-D | 038402 | 038410 |
| | SPD-NY-D | 038411 | 038416 |
| | SPD-NY-D | 038417 | 038423 |
| | SPD-NY-D | 038424 | 038431 |
| | SPD-NY-D | 038432 | 038438 |
| | SPD-NY-D | 038439 | 038444 |
| | SPD-NY-D | 038445 | 038451 |
| | SPD-NY-D | 038452 | 038461 |
| | SPD-NY-D | 038462 | 038462 |
| | SPD-NY-D | 038463 | 038468 |
| | SPD-NY-D | 038469 | 038479 |
| | SPD-NY-D | 038480 | 038488 |
| | SPD-NY-D | 038489 | 038500 |
| | SPD-NY-D | 038501 | 038510 |
| | SPD-NY-D | 038511 | 038518 |
| | SPD-NY-D | 038519 | 038527 |
| | SPD-NY-D | 038528 | 038536 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 038537 | 038543 |
| | SPD-NY-D | 038544 | 038561 |
| | SPD-NY-D | 038562 | 038573 |
| | SPD-NY-D | 038574 | 038574 |
| | SPD-NY-D | 038575 | 038575 |
| | SPD-NY-D | 038576 | 038576 |
| | SPD-NY-D | 038577 | 038577 |
| | SPD-NY-D | 038578 | 038578 |
| | SPD-NY-D | 038579 | 038579 |
| | SPD-NY-D | 038580 | 038580 |
| | SPD-NY-D | 038581 | 038582 |
| | SPD-NY-D | 038583 | 038583 |
| | SPD-NY-D | 038584 | 038584 |
| | SPD-NY-D | 038585 | 038585 |
| | SPD-NY-D | 038586 | 038586 |
| | SPD-NY-D | 038587 | 038587 |
| | SPD-NY-D | 038588 | 038588 |
| | SPD-NY-D | 038589 | 038589 |
| | SPD-NY-D | 038590 | 038590 |
| | SPD-NY-D | 038591 | 038591 |
| | SPD-NY-D | 038592 | 038592 |
| | SPD-NY-D | 038593 | 038594 |
| | SPD-NY-D | 038595 | 038595 |
| | SPD-NY-D | 038596 | 038600 |
| | SPD-NY-D | 038601 | 038605 |
| | SPD-NY-D | 038606 | 038606 |
| | SPD-NY-D | 038607 | 038610 |
| | SPD-NY-D | 038611 | 038614 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 038615 | 038616 |
| | SPD-NY-D | 038617 | 038618 |
| | SPD-NY-D | 038619 | 038623 |
| | SPD-NY-D | 038624 | 038630 |
| | SPD-NY-D | 038631 | 038637 |
| | SPD-NY-D | 038638 | 038646 |
| | SPD-NY-D | 038647 | 038648 |
| | SPD-NY-D | 038649 | 038655 |
| | SPD-NY-D | 038656 | 038658 |
| | SPD-NY-D | 038659 | 038660 |
| | SPD-NY-D | 038661 | 038667 |
| | SPD-NY-D | 038668 | 038674 |
| | SPD-NY-D | 038675 | 038681 |
| | SPD-NY-D | 038682 | 038689 |
| | SPD-NY-D | 038690 | 038697 |
| | SPD-NY-D | 038698 | 038698 |
| | SPD-NY-D | 038699 | 038699 |
| | SPD-NY-D | 038700 | 038704 |
| | SPD-NY-D | 038705 | 038706 |
| | SPD-NY-D | 038707 | 038711 |
| | SPD-NY-D | 038712 | 038713 |
| | SPD-NY-D | 038714 | 038718 |
| | SPD-NY-D | 038719 | 038726 |
| | SPD-NY-D | 038727 | 038733 |
| | SPD-NY-D | 038734 | 038738 |
| | SPD-NY-D | 038739 | 038743 |
| | SPD-NY-D | 038744 | 038750 |
| | SPD-NY-D | 038751 | 038754 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 038755 | 038759 |
| | SPD-NY-D | 038760 | 038764 |
| | SPD-NY-D | 038765 | 038769 |
| | SPD-NY-D | 038770 | 038774 |
| | SPD-NY-D | 038775 | 038781 |
| | SPD-NY-D | 038782 | 038788 |
| | SPD-NY-D | 038789 | 038793 |
| | SPD-NY-D | 038794 | 038801 |
| | SPD-NY-D | 038802 | 038810 |
| | SPD-NY-D | 038811 | 038811 |
| | SPD-NY-D | 038812 | 038815 |
| | SPD-NY-D | 038816 | 038817 |
| | SPD-NY-D | 038818 | 038819 |
| | SPD-NY-D | 038820 | 038821 |
| | SPD-NY-D | 038822 | 038824 |
| | SPD-NY-D | 038825 | 038826 |
| | SPD-NY-D | 038827 | 038828 |
| | SPD-NY-D | 038829 | 038830 |
| | SPD-NY-D | 038831 | 038832 |
| | SPD-NY-D | 038833 | 038834 |
| | SPD-NY-D | 038835 | 038836 |
| | SPD-NY-D | 038837 | 038838 |
| | SPD-NY-D | 038839 | 038841 |
| | SPD-NY-D | 038842 | 038842 |
| | SPD-NY-D | 038843 | 038844 |
| | SPD-NY-D | 038845 | 038846 |
| | SPD-NY-D | 038847 | 038847 |
| | SPD-NY-D | 038848 | 038849 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 038850 | 038851 |
| | SPD-NY-D | 038852 | 038853 |
| | SPD-NY-D | 038854 | 038855 |
| | SPD-NY-D | 038856 | 038856 |
| | SPD-NY-D | 038857 | 038857 |
| | SPD-NY-D | 038858 | 038858 |
| | SPD-NY-D | 038859 | 038859 |
| | SPD-NY-D | 038860 | 038860 |
| | SPD-NY-D | 038861 | 038861 |
| | SPD-NY-D | 038862 | 038862 |
| | SPD-NY-D | 038863 | 038863 |
| | SPD-NY-D | 038864 | 038864 |
| | SPD-NY-D | 038865 | 038865 |
| | SPD-NY-D | 038866 | 038866 |
| | SPD-NY-D | 038867 | 038867 |
| | SPD-NY-D | 038868 | 038868 |
| | SPD-NY-D | 038869 | 038869 |
| | SPD-NY-D | 038870 | 038870 |
| | SPD-NY-D | 038871 | 038871 |
| | SPD-NY-D | 038872 | 038872 |
| | SPD-NY-D | 038873 | 038873 |
| | SPD-NY-D | 038874 | 038874 |
| | SPD-NY-D | 038875 | 038875 |
| | SPD-NY-D | 038876 | 038877 |
| | SPD-NY-D | 038878 | 038878 |
| | SPD-NY-D | 038879 | 038882 |
| | SPD-NY-D | 038883 | 038886 |
| | SPD-NY-D | 038887 | 038888 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 038889 | 038890 |
| | SPD-NY-D | 038891 | 038892 |
| | SPD-NY-D | 038893 | 038893 |
| | SPD-NY-D | 038894 | 038894 |
| | SPD-NY-D | 038895 | 038896 |
| | SPD-NY-D | 038897 | 038898 |
| | SPD-NY-D | 038899 | 038901 |
| | SPD-NY-D | 038902 | 038903 |
| | SPD-NY-D | 038904 | 038904 |
| | SPD-NY-D | 038905 | 038905 |
| | SPD-NY-D | 038906 | 038906 |
| | SPD-NY-D | 038907 | 038907 |
| | SPD-NY-D | 038908 | 038908 |
| | SPD-NY-D | 038909 | 038909 |
| | SPD-NY-D | 038910 | 038910 |
| | SPD-NY-D | 038911 | 038943 |
| | SPD-NY-D | 038944 | 038989 |
| | SPD-NY-D | 038990 | 039032 |
| | SPD-NY-D | 039033 | 039082 |
| | SPD-NY-D | 039083 | 039123 |
| | SPD-NY-D | 039124 | 039164 |
| | SPD-NY-D | 039165 | 039209 |
| | SPD-NY-D | 039210 | 039239 |
| | SPD-NY-D | 039240 | 039281 |
| | SPD-NY-D | 039282 | 039331 |
| | SPD-NY-D | 039332 | 039366 |
| | SPD-NY-D | 039367 | 039414 |
| | SPD-NY-D | 039415 | 039459 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 039460 | 039510 |
| | SPD-NY-D | 039511 | 039560 |
| | SPD-NY-D | 039561 | 039601 |
| | SPD-NY-D | 039602 | 039637 |
| | SPD-NY-D | 039638 | 039669 |
| | SPD-NY-D | 039670 | 039690 |
| | SPD-NY-D | 039691 | 039723 |
| | SPD-NY-D | 039724 | 039784 |
| | SPD-NY-D | 039785 | 039838 |
| | SPD-NY-D | 039839 | 039889 |
| | SPD-NY-D | 039890 | 039950 |
| | SPD-NY-D | 039951 | 040020 |
| | SPD-NY-D | 040021 | 040060 |
| | SPD-NY-D | 040061 | 040075 |
| | SPD-NY-D | 040076 | 040134 |
| | SPD-NY-D | 040135 | 040189 |
| | SPD-NY-D | 040190 | 040190 |
| | SPD-NY-D | 040191 | 040191 |
| | SPD-NY-D | 040192 | 040192 |
| | SPD-NY-D | 040193 | 040193 |
| | SPD-NY-D | 040194 | 040194 |
| | SPD-NY-D | 040195 | 040195 |
| | SPD-NY-D | 040196 | 040196 |
| | SPD-NY-D | 040197 | 040197 |
| | SPD-NY-D | 040198 | 040198 |
| | SPD-NY-D | 040199 | 040199 |
| | SPD-NY-D | 040200 | 040200 |
| | SPD-NY-D | 040201 | 040201 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040202 | 040203 |
| | SPD-NY-D | 040204 | 040204 |
| | SPD-NY-D | 040205 | 040206 |
| | SPD-NY-D | 040207 | 040208 |
| | SPD-NY-D | 040209 | 040210 |
| | SPD-NY-D | 040211 | 040211 |
| | SPD-NY-D | 040212 | 040212 |
| | SPD-NY-D | 040213 | 040213 |
| | SPD-NY-D | 040214 | 040215 |
| | SPD-NY-D | 040216 | 040216 |
| | SPD-NY-D | 040217 | 040217 |
| | SPD-NY-D | 040218 | 040218 |
| | SPD-NY-D | 040219 | 040220 |
| | SPD-NY-D | 040221 | 040222 |
| | SPD-NY-D | 040223 | 040224 |
| | SPD-NY-D | 040225 | 040225 |
| | SPD-NY-D | 040226 | 040228 |
| | SPD-NY-D | 040229 | 040230 |
| | SPD-NY-D | 040231 | 040232 |
| | SPD-NY-D | 040233 | 040233 |
| | SPD-NY-D | 040234 | 040235 |
| | SPD-NY-D | 040236 | 040236 |
| | SPD-NY-D | 040237 | 040238 |
| | SPD-NY-D | 040239 | 040243 |
| | SPD-NY-D | 040244 | 040245 |
| | SPD-NY-D | 040246 | 040251 |
| | SPD-NY-D | 040252 | 040252 |
| | SPD-NY-D | 040253 | 040254 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040255 | 040257 |
| | SPD-NY-D | 040258 | 040259 |
| | SPD-NY-D | 040260 | 040262 |
| | SPD-NY-D | 040263 | 040265 |
| | SPD-NY-D | 040266 | 040267 |
| | SPD-NY-D | 040268 | 040269 |
| | SPD-NY-D | 040270 | 040271 |
| | SPD-NY-D | 040272 | 040273 |
| | SPD-NY-D | 040274 | 040274 |
| | SPD-NY-D | 040275 | 040275 |
| | SPD-NY-D | 040276 | 040276 |
| | SPD-NY-D | 040277 | 040277 |
| | SPD-NY-D | 040278 | 040278 |
| | SPD-NY-D | 040279 | 040280 |
| | SPD-NY-D | 040281 | 040282 |
| | SPD-NY-D | 040283 | 040283 |
| | SPD-NY-D | 040284 | 040284 |
| | SPD-NY-D | 040285 | 040286 |
| | SPD-NY-D | 040287 | 040288 |
| | SPD-NY-D | 040289 | 040290 |
| | SPD-NY-D | 040291 | 040296 |
| | SPD-NY-D | 040297 | 040297 |
| | SPD-NY-D | 040298 | 040299 |
| | SPD-NY-D | 040300 | 040301 |
| | SPD-NY-D | 040302 | 040303 |
| | SPD-NY-D | 040304 | 040307 |
| | SPD-NY-D | 040308 | 040308 |
| | SPD-NY-D | 040309 | 040310 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040311 | 040312 |
| | SPD-NY-D | 040313 | 040313 |
| | SPD-NY-D | 040314 | 040315 |
| | SPD-NY-D | 040316 | 040317 |
| | SPD-NY-D | 040318 | 040318 |
| | SPD-NY-D | 040319 | 040320 |
| | SPD-NY-D | 040321 | 040321 |
| | SPD-NY-D | 040322 | 040323 |
| | SPD-NY-D | 040324 | 040325 |
| | SPD-NY-D | 040326 | 040326 |
| | SPD-NY-D | 040327 | 040327 |
| | SPD-NY-D | 040328 | 040328 |
| | SPD-NY-D | 040329 | 040330 |
| | SPD-NY-D | 040331 | 040333 |
| | SPD-NY-D | 040334 | 040336 |
| | SPD-NY-D | 040337 | 040338 |
| | SPD-NY-D | 040339 | 040340 |
| | SPD-NY-D | 040341 | 040342 |
| | SPD-NY-D | 040343 | 040344 |
| | SPD-NY-D | 040345 | 040346 |
| | SPD-NY-D | 040347 | 040348 |
| | SPD-NY-D | 040349 | 040350 |
| | SPD-NY-D | 040351 | 040353 |
| | SPD-NY-D | 040354 | 040356 |
| | SPD-NY-D | 040357 | 040360 |
| | SPD-NY-D | 040361 | 040363 |
| | SPD-NY-D | 040364 | 040366 |
| | SPD-NY-D | 040367 | 040369 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040370 | 040372 |
| | SPD-NY-D | 040373 | 040375 |
| | SPD-NY-D | 040376 | 040378 |
| | SPD-NY-D | 040379 | 040381 |
| | SPD-NY-D | 040382 | 040384 |
| | SPD-NY-D | 040385 | 040387 |
| | SPD-NY-D | 040388 | 040389 |
| | SPD-NY-D | 040390 | 040391 |
| | SPD-NY-D | 040392 | 040392 |
| | SPD-NY-D | 040393 | 040398 |
| | SPD-NY-D | 040399 | 040399 |
| | SPD-NY-D | 040400 | 040406 |
| | SPD-NY-D | 040407 | 040409 |
| | SPD-NY-D | 040410 | 040410 |
| | SPD-NY-D | 040411 | 040411 |
| | SPD-NY-D | 040412 | 040419 |
| | SPD-NY-D | 040420 | 040420 |
| | SPD-NY-D | 040421 | 040421 |
| | SPD-NY-D | 040422 | 040422 |
| | SPD-NY-D | 040423 | 040425 |
| | SPD-NY-D | 040426 | 040426 |
| | SPD-NY-D | 040427 | 040427 |
| | SPD-NY-D | 040428 | 040428 |
| | SPD-NY-D | 040429 | 040431 |
| | SPD-NY-D | 040432 | 040434 |
| | SPD-NY-D | 040435 | 040435 |
| | SPD-NY-D | 040436 | 040438 |
| | SPD-NY-D | 040439 | 040442 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040443 | 040445 |
| | SPD-NY-D | 040446 | 040448 |
| | SPD-NY-D | 040449 | 040449 |
| | SPD-NY-D | 040450 | 040450 |
| | SPD-NY-D | 040451 | 040454 |
| | SPD-NY-D | 040455 | 040457 |
| | SPD-NY-D | 040458 | 040460 |
| | SPD-NY-D | 040461 | 040463 |
| | SPD-NY-D | 040464 | 040465 |
| | SPD-NY-D | 040466 | 040467 |
| | SPD-NY-D | 040468 | 040469 |
| | SPD-NY-D | 040470 | 040471 |
| | SPD-NY-D | 040472 | 040473 |
| | SPD-NY-D | 040474 | 040475 |
| | SPD-NY-D | 040476 | 040477 |
| | SPD-NY-D | 040478 | 040478 |
| | SPD-NY-D | 040479 | 040479 |
| | SPD-NY-D | 040480 | 040480 |
| | SPD-NY-D | 040481 | 040481 |
| | SPD-NY-D | 040482 | 040482 |
| | SPD-NY-D | 040483 | 040483 |
| | SPD-NY-D | 040484 | 040484 |
| | SPD-NY-D | 040485 | 040485 |
| | SPD-NY-D | 040486 | 040486 |
| | SPD-NY-D | 040487 | 040487 |
| | SPD-NY-D | 040488 | 040488 |
| | SPD-NY-D | 040489 | 040489 |
| | SPD-NY-D | 040490 | 040490 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040491 | 040491 |
| | SPD-NY-D | 040492 | 040492 |
| | SPD-NY-D | 040493 | 040493 |
| | SPD-NY-D | 040494 | 040494 |
| | SPD-NY-D | 040495 | 040495 |
| | SPD-NY-D | 040496 | 040496 |
| | SPD-NY-D | 040497 | 040497 |
| | SPD-NY-D | 040498 | 040498 |
| | SPD-NY-D | 040499 | 040499 |
| | SPD-NY-D | 040500 | 040500 |
| | SPD-NY-D | 040501 | 040502 |
| | SPD-NY-D | 040503 | 040504 |
| | SPD-NY-D | 040505 | 040505 |
| | SPD-NY-D | 040506 | 040506 |
| | SPD-NY-D | 040507 | 040507 |
| | SPD-NY-D | 040508 | 040508 |
| | SPD-NY-D | 040509 | 040509 |
| | SPD-NY-D | 040510 | 040510 |
| | SPD-NY-D | 040511 | 040511 |
| | SPD-NY-D | 040512 | 040512 |
| | SPD-NY-D | 040513 | 040513 |
| | SPD-NY-D | 040514 | 040514 |
| | SPD-NY-D | 040515 | 040515 |
| | SPD-NY-D | 040516 | 040516 |
| | SPD-NY-D | 040517 | 040517 |
| | SPD-NY-D | 040518 | 040518 |
| | SPD-NY-D | 040519 | 040519 |
| | SPD-NY-D | 040520 | 040520 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040521 | 040521 |
| | SPD-NY-D | 040522 | 040522 |
| | SPD-NY-D | 040523 | 040523 |
| | SPD-NY-D | 040524 | 040524 |
| | SPD-NY-D | 040525 | 040525 |
| | SPD-NY-D | 040526 | 040526 |
| | SPD-NY-D | 040527 | 040527 |
| | SPD-NY-D | 040528 | 040528 |
| | SPD-NY-D | 040529 | 040529 |
| | SPD-NY-D | 040530 | 040530 |
| | SPD-NY-D | 040531 | 040531 |
| | SPD-NY-D | 040532 | 040532 |
| | SPD-NY-D | 040533 | 040533 |
| | SPD-NY-D | 040534 | 040534 |
| | SPD-NY-D | 040535 | 040535 |
| | SPD-NY-D | 040536 | 040536 |
| | SPD-NY-D | 040537 | 040537 |
| | SPD-NY-D | 040538 | 040538 |
| | SPD-NY-D | 040539 | 040539 |
| | SPD-NY-D | 040540 | 040540 |
| | SPD-NY-D | 040541 | 040541 |
| | SPD-NY-D | 040542 | 040542 |
| | SPD-NY-D | 040543 | 040543 |
| | SPD-NY-D | 040544 | 040545 |
| | SPD-NY-D | 040546 | 040547 |
| | SPD-NY-D | 040548 | 040548 |
| | SPD-NY-D | 040549 | 040549 |
| | SPD-NY-D | 040550 | 040550 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040551 | 040551 |
| | SPD-NY-D | 040552 | 040552 |
| | SPD-NY-D | 040553 | 040553 |
| | SPD-NY-D | 040554 | 040554 |
| | SPD-NY-D | 040555 | 040555 |
| | SPD-NY-D | 040556 | 040556 |
| | SPD-NY-D | 040557 | 040557 |
| | SPD-NY-D | 040558 | 040558 |
| | SPD-NY-D | 040559 | 040559 |
| | SPD-NY-D | 040560 | 040560 |
| | SPD-NY-D | 040561 | 040561 |
| | SPD-NY-D | 040562 | 040562 |
| | SPD-NY-D | 040563 | 040563 |
| | SPD-NY-D | 040564 | 040564 |
| | SPD-NY-D | 040565 | 040565 |
| | SPD-NY-D | 040566 | 040566 |
| | SPD-NY-D | 040567 | 040567 |
| | SPD-NY-D | 040568 | 040568 |
| | SPD-NY-D | 040569 | 040569 |
| | SPD-NY-D | 040570 | 040570 |
| | SPD-NY-D | 040571 | 040571 |
| | SPD-NY-D | 040572 | 040572 |
| | SPD-NY-D | 040573 | 040573 |
| | SPD-NY-D | 040574 | 040574 |
| | SPD-NY-D | 040575 | 040575 |
| | SPD-NY-D | 040576 | 040576 |
| | SPD-NY-D | 040577 | 040577 |
| | SPD-NY-D | 040578 | 040578 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040579 | 040579 |
| | SPD-NY-D | 040580 | 040580 |
| | SPD-NY-D | 040581 | 040581 |
| | SPD-NY-D | 040582 | 040582 |
| | SPD-NY-D | 040583 | 040583 |
| | SPD-NY-D | 040584 | 040584 |
| | SPD-NY-D | 040585 | 040585 |
| | SPD-NY-D | 040586 | 040586 |
| | SPD-NY-D | 040587 | 040587 |
| | SPD-NY-D | 040588 | 040588 |
| | SPD-NY-D | 040589 | 040589 |
| | SPD-NY-D | 040590 | 040590 |
| | SPD-NY-D | 040591 | 040591 |
| | SPD-NY-D | 040592 | 040592 |
| | SPD-NY-D | 040593 | 040593 |
| | SPD-NY-D | 040594 | 040594 |
| | SPD-NY-D | 040595 | 040595 |
| | SPD-NY-D | 040596 | 040596 |
| | SPD-NY-D | 040597 | 040597 |
| | SPD-NY-D | 040598 | 040598 |
| | SPD-NY-D | 040599 | 040599 |
| | SPD-NY-D | 040600 | 040600 |
| | SPD-NY-D | 040601 | 040601 |
| | SPD-NY-D | 040602 | 040602 |
| | SPD-NY-D | 040603 | 040603 |
| | SPD-NY-D | 040604 | 040604 |
| | SPD-NY-D | 040605 | 040605 |
| | SPD-NY-D | 040606 | 040606 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040607 | 040607 |
| | SPD-NY-D | 040608 | 040608 |
| | SPD-NY-D | 040609 | 040609 |
| | SPD-NY-D | 040610 | 040610 |
| | SPD-NY-D | 040611 | 040611 |
| | SPD-NY-D | 040612 | 040612 |
| | SPD-NY-D | 040613 | 040613 |
| | SPD-NY-D | 040614 | 040614 |
| | SPD-NY-D | 040615 | 040615 |
| | SPD-NY-D | 040616 | 040617 |
| | SPD-NY-D | 040618 | 040618 |
| | SPD-NY-D | 040619 | 040619 |
| | SPD-NY-D | 040620 | 040620 |
| | SPD-NY-D | 040621 | 040621 |
| | SPD-NY-D | 040622 | 040622 |
| | SPD-NY-D | 040623 | 040623 |
| | SPD-NY-D | 040624 | 040624 |
| | SPD-NY-D | 040625 | 040625 |
| | SPD-NY-D | 040626 | 040626 |
| | SPD-NY-D | 040627 | 040627 |
| | SPD-NY-D | 040628 | 040628 |
| | SPD-NY-D | 040629 | 040629 |
| | SPD-NY-D | 040630 | 040630 |
| | SPD-NY-D | 040631 | 040631 |
| | SPD-NY-D | 040632 | 040639 |
| | SPD-NY-D | 040640 | 040643 |
| | SPD-NY-D | 040644 | 040644 |
| | SPD-NY-D | 040645 | 040645 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040646 | 040647 |
| | SPD-NY-D | 040648 | 040653 |
| | SPD-NY-D | 040654 | 040654 |
| | SPD-NY-D | 040655 | 040655 |
| | SPD-NY-D | 040656 | 040656 |
| | SPD-NY-D | 040657 | 040657 |
| | SPD-NY-D | 040658 | 040658 |
| | SPD-NY-D | 040659 | 040659 |
| | SPD-NY-D | 040660 | 040660 |
| | SPD-NY-D | 040661 | 040661 |
| | SPD-NY-D | 040662 | 040662 |
| | SPD-NY-D | 040663 | 040663 |
| | SPD-NY-D | 040664 | 040664 |
| | SPD-NY-D | 040665 | 040665 |
| | SPD-NY-D | 040666 | 040667 |
| | SPD-NY-D | 040668 | 040668 |
| | SPD-NY-D | 040669 | 040669 |
| | SPD-NY-D | 040670 | 040670 |
| | SPD-NY-D | 040671 | 040672 |
| | SPD-NY-D | 040673 | 040673 |
| | SPD-NY-D | 040674 | 040675 |
| | SPD-NY-D | 040676 | 040676 |
| | SPD-NY-D | 040677 | 040677 |
| | SPD-NY-D | 040678 | 040678 |
| | SPD-NY-D | 040679 | 040679 |
| | SPD-NY-D | 040680 | 040681 |
| | SPD-NY-D | 040682 | 040683 |
| | SPD-NY-D | 040684 | 040684 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040685 | 040685 |
| | SPD-NY-D | 040686 | 040686 |
| | SPD-NY-D | 040687 | 040687 |
| | SPD-NY-D | 040688 | 040689 |
| | SPD-NY-D | 040690 | 040690 |
| | SPD-NY-D | 040691 | 040691 |
| | SPD-NY-D | 040692 | 040692 |
| | SPD-NY-D | 040693 | 040693 |
| | SPD-NY-D | 040694 | 040694 |
| | SPD-NY-D | 040695 | 040695 |
| | SPD-NY-D | 040696 | 040696 |
| | SPD-NY-D | 040697 | 040698 |
| | SPD-NY-D | 040699 | 040699 |
| | SPD-NY-D | 040700 | 040701 |
| | SPD-NY-D | 040702 | 040703 |
| | SPD-NY-D | 040704 | 040705 |
| | SPD-NY-D | 040706 | 040706 |
| | SPD-NY-D | 040707 | 040708 |
| | SPD-NY-D | 040709 | 040709 |
| | SPD-NY-D | 040710 | 040710 |
| | SPD-NY-D | 040711 | 040711 |
| | SPD-NY-D | 040712 | 040712 |
| | SPD-NY-D | 040713 | 040713 |
| | SPD-NY-D | 040714 | 040714 |
| | SPD-NY-D | 040715 | 040716 |
| | SPD-NY-D | 040717 | 040717 |
| | SPD-NY-D | 040718 | 040719 |
| | SPD-NY-D | 040720 | 040720 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040721 | 040721 |
| | SPD-NY-D | 040722 | 040722 |
| | SPD-NY-D | 040723 | 040723 |
| | SPD-NY-D | 040724 | 040725 |
| | SPD-NY-D | 040726 | 040727 |
| | SPD-NY-D | 040728 | 040728 |
| | SPD-NY-D | 040729 | 040730 |
| | SPD-NY-D | 040731 | 040732 |
| | SPD-NY-D | 040733 | 040733 |
| | SPD-NY-D | 040734 | 040734 |
| | SPD-NY-D | 040735 | 040735 |
| | SPD-NY-D | 040736 | 040736 |
| | SPD-NY-D | 040737 | 040737 |
| | SPD-NY-D | 040738 | 040738 |
| | SPD-NY-D | 040739 | 040739 |
| | SPD-NY-D | 040740 | 040740 |
| | SPD-NY-D | 040741 | 040741 |
| | SPD-NY-D | 040742 | 040761 |
| | SPD-NY-D | 040762 | 040762 |
| | SPD-NY-D | 040763 | 040777 |
| | SPD-NY-D | 040778 | 040778 |
| | SPD-NY-D | 040779 | 040779 |
| | SPD-NY-D | 040780 | 040782 |
| | SPD-NY-D | 040783 | 040785 |
| | SPD-NY-D | 040786 | 040788 |
| | SPD-NY-D | 040789 | 040794 |
| | SPD-NY-D | 040795 | 040797 |
| | SPD-NY-D | 040798 | 040801 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 040802 | 040813 |
| | SPD-NY-D | 040814 | 040829 |
| | SPD-NY-D | 040830 | 040830 |
| | SPD-NY-D | 040831 | 040838 |
| | SPD-NY-D | 040839 | 040839 |
| | SPD-NY-D | 040840 | 040844 |
| | SPD-NY-D | 040845 | 040845 |
| | SPD-NY-D | 040846 | 040846 |
| | SPD-NY-D | 040847 | 040847 |
| | SPD-NY-D | 040848 | 040850 |
| | SPD-NY-D | 040851 | 040851 |
| | SPD-NY-D | 040852 | 040856 |
| | SPD-NY-D | 040857 | 040857 |
| | SPD-NY-D | 040858 | 040858 |
| | SPD-NY-D | 040859 | 040868 |
| | SPD-NY-D | 040869 | 040879 |
| | SPD-NY-D | 040880 | 040887 |
| | SPD-NY-D | 040888 | 040906 |
| | SPD-NY-D | 040907 | 040909 |
| | SPD-NY-D | 040910 | 040912 |
| | SPD-NY-D | 040913 | 040914 |
| | SPD-NY-D | 040915 | 040928 |
| | SPD-NY-D | 040929 | 040929 |
| | SPD-NY-D | 040930 | 040930 |
| | SPD-NY-D | 040931 | 040931 |
| | SPD-NY-D | 040932 | 040932 |
| | SPD-NY-D | 040933 | 040933 |
| | SPD-NY-D | 040934 | 040934 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 040935 | 040947 |
| | SPD-NY-D | 040948 | 040948 |
| | SPD-NY-D | 040949 | 040949 |
| | SPD-NY-D | 040950 | 040950 |
| | SPD-NY-D | 040951 | 040951 |
| | SPD-NY-D | 040952 | 040955 |
| | SPD-NY-D | 040956 | 040956 |
| | SPD-NY-D | 040957 | 040957 |
| | SPD-NY-D | 040958 | 040959 |
| | SPD-NY-D | 040960 | 040961 |
| | SPD-NY-D | 040962 | 040965 |
| | SPD-NY-D | 040966 | 040966 |
| | SPD-NY-D | 040967 | 040969 |
| | SPD-NY-D | 040970 | 040974 |
| | SPD-NY-D | 040975 | 040975 |
| | SPD-NY-D | 040976 | 040977 |
| | SPD-NY-D | 040978 | 040980 |
| | SPD-NY-D | 040981 | 040983 |
| | SPD-NY-D | 040984 | 040986 |
| | SPD-NY-D | 040987 | 040989 |
| | SPD-NY-D | 040990 | 040992 |
| | SPD-NY-D | 040993 | 040995 |
| | SPD-NY-D | 040996 | 040998 |
| | SPD-NY-D | 040999 | 041001 |
| | SPD-NY-D | 041002 | 041004 |
| | SPD-NY-D | 041005 | 041007 |
| | SPD-NY-D | 041008 | 041010 |
| | SPD-NY-D | 041011 | 041013 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 041014 | 041016 |
| | SPD-NY-D | 041017 | 041019 |
| | SPD-NY-D | 041020 | 041022 |
| | SPD-NY-D | 041023 | 041023 |
| | SPD-NY-D | 041024 | 041024 |
| | SPD-NY-D | 041025 | 041025 |
| | SPD-NY-D | 041026 | 041028 |
| | SPD-NY-D | 041029 | 041029 |
| | SPD-NY-D | 041030 | 041032 |
| | SPD-NY-D | 041033 | 041033 |
| | SPD-NY-D | 041034 | 041034 |
| | SPD-NY-D | 041035 | 041035 |
| | SPD-NY-D | 041036 | 041036 |
| | SPD-NY-D | 041037 | 041039 |
| | SPD-NY-D | 041040 | 041042 |
| | SPD-NY-D | 041043 | 041045 |
| | SPD-NY-D | 041046 | 041048 |
| | SPD-NY-D | 041049 | 041051 |
| | SPD-NY-D | 041052 | 041054 |
| | SPD-NY-D | 041055 | 041057 |
| | SPD-NY-D | 041058 | 041060 |
| | SPD-NY-D | 041061 | 041063 |
| | SPD-NY-D | 041064 | 041066 |
| | SPD-NY-D | 041067 | 041067 |
| | SPD-NY-D | 041068 | 041068 |
| | SPD-NY-D | 041069 | 041069 |
| | SPD-NY-D | 041070 | 041070 |
| | SPD-NY-D | 041071 | 041071 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 041072 | 041102 |
| | SPD-NY-D | 041103 | 041109 |
| | SPD-NY-D | 041110 | 041110 |
| | SPD-NY-D | 041111 | 041111 |
| | SPD-NY-D | 041112 | 041113 |
| | SPD-NY-D | 041114 | 041114 |
| | SPD-NY-D | 041115 | 041116 |
| | SPD-NY-D | 041117 | 041119 |
| | SPD-NY-D | 041120 | 041124 |
| | SPD-NY-D | 041125 | 041125 |
| | SPD-NY-D | 041126 | 041126 |
| | SPD-NY-D | 041127 | 041149 |
| | SPD-NY-D | 041150 | 041150 |
| | SPD-NY-D | 041151 | 041152 |
| | SPD-NY-D | 041153 | 041153 |
| | SPD-NY-D | 041154 | 041154 |
| | SPD-NY-D | 041155 | 041156 |
| | SPD-NY-D | 041157 | 041166 |
| | SPD-NY-D | 041167 | 041168 |
| | SPD-NY-D | 041169 | 041169 |
| | SPD-NY-D | 041170 | 041170 |
| | SPD-NY-D | 041171 | 041171 |
| | SPD-NY-D | 041172 | 041172 |
| | SPD-NY-D | 041173 | 041174 |
| | SPD-NY-D | 041175 | 041175 |
| | SPD-NY-D | 041176 | 041176 |
| | SPD-NY-D | 041177 | 041177 |
| | SPD-NY-D | 041178 | 041178 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 041179 | 041179 |
| | SPD-NY-D | 041180 | 041180 |
| | SPD-NY-D | 041181 | 041181 |
| | SPD-NY-D | 041182 | 041182 |
| | SPD-NY-D | 041183 | 041183 |
| | SPD-NY-D | 041184 | 041184 |
| | SPD-NY-D | 041185 | 041189 |
| | SPD-NY-D | 041190 | 041197 |
| | SPD-NY-D | 041198 | 041202 |
| | SPD-NY-D | 041203 | 041203 |
| | SPD-NY-D | 041204 | 041204 |
| | SPD-NY-D | 041205 | 041205 |
| | SPD-NY-D | 041206 | 041215 |
| | SPD-NY-D | 041216 | 041216 |
| | SPD-NY-D | 041217 | 041217 |
| | SPD-NY-D | 041218 | 041218 |
| | SPD-NY-D | 041219 | 041219 |
| | SPD-NY-D | 041220 | 041226 |
| | SPD-NY-D | 041227 | 041231 |
| | SPD-NY-D | 041232 | 041247 |
| | SPD-NY-D | 041248 | 041248 |
| | SPD-NY-D | 041249 | 041250 |
| | SPD-NY-D | 041251 | 041251 |
| | SPD-NY-D | 041252 | 041252 |
| | SPD-NY-D | 041253 | 041253 |
| | SPD-NY-D | 041254 | 041259 |
| | SPD-NY-D | 041260 | 041262 |
| | SPD-NY-D | 041263 | 041263 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 041264 | 041264 |
| | SPD-NY-D | 041265 | 041265 |
| | SPD-NY-D | 041266 | 041266 |
| | SPD-NY-D | 041267 | 041267 |
| | SPD-NY-D | 041268 | 041268 |
| | SPD-NY-D | 041269 | 041269 |
| | SPD-NY-D | 041270 | 041270 |
| | SPD-NY-D | 041271 | 041271 |
| | SPD-NY-D | 041272 | 041272 |
| | SPD-NY-D | 041273 | 041273 |
| | SPD-NY-D | 041274 | 041277 |
| | SPD-NY-D | 041278 | 041287 |
| | SPD-NY-D | 041288 | 041288 |
| | SPD-NY-D | 041289 | 041292 |
| | SPD-NY-D | 041293 | 041296 |
| | SPD-NY-D | 041297 | 041297 |
| | SPD-NY-D | 041298 | 041300 |
| | SPD-NY-D | 041301 | 041301 |
| | SPD-NY-D | 041302 | 041302 |
| | SPD-NY-D | 041303 | 041303 |
| | SPD-NY-D | 041304 | 041304 |
| | SPD-NY-D | 041305 | 041305 |
| | SPD-NY-D | 041306 | 041307 |
| | SPD-NY-D | 041308 | 041326 |
| | SPD-NY-D | 041327 | 041327 |
| | SPD-NY-D | 041328 | 041328 |
| | SPD-NY-D | 041329 | 041329 |
| | SPD-NY-D | 041330 | 041330 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |
| | SPD-NY-D | 041331 | 041366 |
| | SPD-NY-D | 041367 | 041369 |
| | SPD-NY-D | 041370 | 041390 |
| | SPD-NY-D | 041391 | 041391 |
| | SPD-NY-D | 041392 | 041392 |
| | SPD-NY-D | 041393 | 041393 |
| | SPD-NY-D | 041394 | 041394 |
| | SPD-NY-D | 041395 | 041395 |
| | SPD-NY-D | 041396 | 041413 |
| | SPD-NY-D | 041414 | 041414 |
| | SPD-NY-D | 041415 | 041415 |
| | SPD-NY-D | 041416 | 041416 |
| | SPD-NY-D | 041417 | 041418 |
| | SPD-NY-D | 041419 | 041428 |
| | SPD-NY-D | 041429 | 041431 |
| | SPD-NY-D | 041432 | 041432 |
| | SPD-NY-D | 041433 | 041433 |
| | SPD-NY-D | 041434 | 041434 |
| | SPD-NY-D | 041435 | 041437 |
| | SPD-NY-D | 041438 | 041438 |
| | SPD-NY-D | 041439 | 041439 |
| | SPD-NY-D | 041440 | 041442 |
| | SPD-NY-D | 041443 | 041443 |
| | SPD-NY-D | 041444 | 041444 |
| | SPD-NY-D | 041445 | 041466 |
| | SPD-NY-D | 041467 | 041467 |
| | SPD-NY-D | 041468 | 041468 |
| | SPD-NY-D | 041469 | 041469 |

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|
| | SPD-NY-D | 041470 | 041471 |
| | SPD-NY-D | 041472 | 041472 |
| | SPD-NY-D | 041473 | 041475 |
| | SPD-NY-D | 041476 | 041478 |
| | SPD-NY-D | 041479 | 041481 |
| | SPD-NY-D | 041482 | 041486 |
| | SPD-NY-D | 041487 | 041491 |
| | SPD-NY-D | 041492 | 041492 |
| | SPD-NY-D | 041493 | 041493 |
| | SPD-NY-D | 041494 | 041494 |
| | SPD-NY-D | 041495 | 041495 |
| | SPD-NY-D | 041496 | 041496 |
| | SPD-NY-D | 041497 | 041497 |
| | SPD-NY-D | 041498 | 041498 |
| | SPD-NY-D | 041499 | 041499 |
| | SPD-NY-D | 041531 | 041532 |
| | SPD-NY-D | 041533 | 041535 |
| | SPD-NY-D | 041536 | 041552 |
| | ALERE | 0016 | 0030 |
| | ALERE | 0048 | 0051 |
| | ALERE | 0052 | 0069 |
| | ALERE | 0070 | 0085 |
| | ALERE | 0086 | 0099 |
| | ALERE | 0100 | 0111 |
| | P&G | 0016 | 0020 |
| | P&G | 0021 | 0036 |

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
|---|---|---|---|

### Documents Independently Obtained

"Accu-Clear." (http://www.swissprecisiondiagnostics.com/brands4.php, viewed on February 2, 2017.)

"Answer Early Result Pregnancy Test." (https://www.amazon.com/Answer-Early-Result-Pregnancy-Test/dp/B0071MDJIU, viewed on March 6, 2017.)

"Answer Lab Pregnancy Test Lab Strips – 5 Ea." (https://www.walmart.com/ip/Answer-Lab-Pregnancy-Test-Lab-Strips-5-Ea/49081368, viewed on March 6, 2017.)

"Answer Test and Reassure Pregnancy 2 ct Box." (https://www.walmart.com/ip/Answer-Test-Reassure-Pregnancy-Test-2-ea/46108780#about, viewed on February 2, 2017.)

"Bloomberg Company Overview of SPD." (http://www.bloomberg.com/research/stocks/private/snapshot.asp? privcapId=39864851, viewed on March 2, 2017.)

"Clearblue RAPID DETECTION Pregnancy Test." (http://www.clearblueeasy.com/clearblue-plus-pregnancy-test.php, viewed on February 2, 2017.)

"Company Profile of Church & Dwight Co., Inc." (http://investor.churchdwight.com/phoenix.zhtml?c=110737 &p=irol-homeprofile, viewed on March 2, 2017.)

"DIGITAL Pregnancy Test with Smart Countdown." (http://www.clearblueeasy.com/clearblue-easy-digital-pregnancy-test.php, viewed on February 2, 2017.)

"Early Result Pregnancy Test." (http://www.firstresponse.com/en/Products/Pregnancy/Early-Result-Pregnancy-Test, viewed on February 2, 2017.)

"Federal Trademark Law: Rules of Practice & Federal Statutes." (http://www.uspto.gov/web/offices/tac/tmlaw2.pdf, downloaded on March 8, 2017.)

"First and Only Bluetooth Enabled Pregnancy Test Now Available Nationwide, From the Makers of First Response," April 18, 2016. (http://www.prnewswire.com/news-releases/first-and-only-bluetooth-enabled-pregnancy-test-now-available-nationwide-from-the-makers-of-first-response-300252571 html, viewed on March 7, 2017.)

"First Response Reaches Another Milestone with Enhanced Pregnancy Test Technology," March 4, 2014. (http://www.prnewswire.com/news-releases/first-response-reaches-another-milestone-with-enhanced-pregnancy-test-technology-248343591.html, viewed on March 7, 2017.)

"First Response Unveils the New Look of AT-Home Pregnancy Tests with a Redesigned Stick," May 26, 2015. (http://www.prnewswire.com/news-releases/first-response-unveils-the-new-look-of-at-home-pregnancy-tests-with-a-redesigned-stick-300088173.html, viewed on March 7, 2017.)

"First Signal One-Step Pregnancy Test, 1ct." (https://www.walmart.com/ip/First-Signal-One-Step-Pregnancy-Test-1ct/17283605, viewed on February 2, 2017.)

"Gold Digital Pregnancy Test." (http://www.firstresponse.com/en/Products/Pregnancy/Gold-Digital-Pregnancy-Test, viewed on February 2, 2017.)

"How to Use." (http://www.factplus.com/how_to_use.php, viewed on March 3, 2017.)

"Pregnancy PRO Pregnancy Test." (http://www.firstresponse.com/en/Products/Pregnancy/Pregnancy-PRO#nested_tab_how_to_read_results, viewed on March 3, 2017.)

Highly Confidential – Attorneys' Eyes Only

# Facts, Data, and Other Information Considered

| Description | Bates Prefix | Start | End |
| --- | --- | --- | --- |

"Pregnancy Test with Weeks Estimator," archived on December 5, 2013. (https://web.archive.org/web/20131205113049/http://www.clearblueeasy.com/advanced-pregnancy-test-with-weeks-estimator.php, viewed on February 2, 2017.)

"Pregnancy Tests." (http://www.eptfamily.com/products/ept-pregnancy-tests, viewed on February 2, 2017.)

"Rapid Result Pregnancy Test." (http://www.firstresponse.com/en/Products/Pregnancy/Rapid-Result-Pregnancy-Test, viewed on February 2, 2017.)

"SPD About Us." (http://www.swissprecisiondiagnostics.com/about.php, viewed on March 2, 2017.)

"SPD Brands." (http://www.swissprecisiondiagnostics.com/brands.php, viewed on March 2, 2017.)

"Test & Confirm Pregnancy Test." (http://www.firstresponse.com/en/Products/Pregnancy/Test-And-Confirm-Pregnancy-Test#, viewed on February 2, 2017.)

"Who We Are, Church & Dwight Co." (http://www.churchdwight.com/company/who-we-are/at-a-glance.aspx, viewed on March 2, 2017.)

Church & Dwight Co. Inc. FQ1 2014 Earnings Call Transcript, May 1, 2014

Church & Dwight Co. Inc. FQ2 2016 Earnings Call Transcript, August 4, 2016

Church & Dwight Co. Inc. FQ3 2016 Earnings Call Transcript, November 3, 2016

Church & Dwight Co. Inc. FQ4 2016 Earnings Call Transcript, February 7, 2017

Church & Dwight Co. Inc. Q1 2016 Earnings Call Transcript, May 5, 2016

Church & Dwight Co. Inc. Q3 2014 Earnings Call Transcript, November 3, 2014

Church & Dwight Co. Inc. Q4 2015 Earnings Call Transcript, February 2, 2016

Church & Dwight Co., Inc. Form 10-K for the Period Ending December 31, 2013

First Response homepage. (http://www.firstresponse.com/, viewed on March 6, 2017.)

Q1 2015 Church & Dwight Co Inc. Earnings Call, April 12, 2015. (http://seekingalpha.com/article/3155696-church-and-dwight-chd-james-r-craigie-on-q1-2015-results-earnings-call-transcript?all=true&find=church%2B%26%2Bdwight%2Bq2%2B2014%2Bearnings%2Bcall%2Btranscript, viewed on February 28, 2017.)

State Industries v. Mor-Flo Indus., 883 F.2d 1573 (Fed. Cir. 1989)

**Demonstrative, Ugone Exhibit 2**

**Deponents Cited In The Direct Testimony Of Keith R. Ugone**

| Deponent (Deposition Date) | Company | Position / Title | Context Of Reference In Direct Testimony |
|---|---|---|---|
| Wendy Bishop (February 22, 2017) | Church & Dwight | Group Brand Manager | |

**Deponents Cited In The Direct Testimony Of Keith R. Ugone**

| Deponent (Deposition Date) | Company | Position / Title | Context Of Reference In Direct Testimony |
|---|---|---|---|
| Wendy Bishop (February 22, 2017) | Church & Dwight | Group Brand Manager | |

**Deponents Cited In The Direct Testimony Of Keith R. Ugone**

| Deponent (Deposition Date) | Company | Position / Title | Context Of Reference In Direct Testimony |
|---|---|---|---|
| Wendy Bishop (February 22, 2017) | Church & Dwight | Group Brand Manager | |
| Deborah Krall (February 21, 2017) | Church & Dwight | Director of Financial Planning and Analysis | |
| Timothy Snowden (August 27, 2014) | Church & Dwight | Research Manager | |



Highly Confidential – Attorneys' Eyes Only (C&D)

**Deponents Cited In The Direct Testimony Of Keith R. Ugone**

| Deponent (Deposition Date) | Company | Position / Title | Context Of Reference In Direct Testimony |
|---|---|---|---|
| Cristobal Montero (February 16, 2017) | SPD | Chief Financial Officer | |

Highly Confidential – Attorneys' Eyes Only (SPD)

**Demonstrative, Ugone Exhibit 3**