**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHURCH & DWIGHT CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS, GMBH,<br><br>Defendant. | Civil Action No. 1:14 CV 585 (AJN)<br><br>**DECLARATION OF MICHAEL T. MERVIS IN SUPPORT OF CHURCH & DWIGHT'S MOTION TO REOPEN THE TRIAL RECORD ON DAMAGES** |

I, Michael T. Mervis, declare as follows:

1. I am a partner with the law firm of Proskauer Rose LLP, counsel for plaintiff Church & Dwight Co., Inc. ("Church & Dwight"). I submit this declaration in support of Church & Dwight's motion to reopen the record on damages. I make this declaration based on my own personal knowledge and experience. If called as a witness, I could and would testify competently as set forth herein.

2. I am currently on vacation near Dillon, Colorado. Having been made aware of the presence of "shelf-talkers" promoting the Clearblue Advanced Pregnancy Test with Weeks Estimator in certain Walgreens stores, when I was at a Walgreens in Dillon on March 26, 2018, I decided to check the pregnancy test aisle. I saw the same shelf-talker that had been spotted in

Chicago-area stores. Copies of two photographs that I took of this shelf-talker in the Dillon store are attached as Exhibit 1.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 29th day of March, 2018, at Keystone, Colorado.

Michael T. Mervis