# **Exhibit 1**


ovulation
Clearblue ADVANCED
Only test that identifies your 4 most fertile days.
2x the days vs. other tests
#1 OB/GYN recommended brand
Low
High
Peak
Answers at Walgreens
digital pregnancy
Clearblue ADVANCED
The first and only pregnancy test that also estimates weeks.
#1 OB/GYN choice
It's like 2 tests in 1
Answers at Walgreens
visual pregnancy
Well at Walgreens
One Step Pregnancy Test
Over 99% Accurate from the day of your expected period
Clear +/- results in just 2 minutes
Test 5 Days Before Missed Period
Pregnant
Not pregnant
Answers at Walgreens
visual pregnancy
FIRST RESPONSE
Line Test – Tells you 6 days before your missed period
One Easy-Read Window
First to Detect Technology
Answers at Walgreens
visual pregnancy
ept
Over 99% Accurate
#1 Doctor Recommended Pregnancy Test
Easy to Read +/- Test
Answers at Walgreens
K-Y NATURAL FEELING
K-Y WARMING LIQUID
K-Y WARMING JELLY
K-Y LIQUID LIQUIDE
K-Y ULTRAGEL
6.79
9.99
14.49
9.99
9.49
22.99
17.99
13.99
17.49
MONISTAT 1
MONISTAT 3
Miconazole 3
Clotrimazole 3
Clearblue
ADVANCED Ovulation Test
10 Tests
Clearblue DIGITAL Pregnancy Test
3 Tests
2 Tests
No Brand is MORE Accurate
10,000 Points with card
Reg. $61.99
Reg. $47.99
Reg. $24.99
Reg. $17.99
Reg. $20.99
Reg. $15.49
Reg. $16.99
Pregnancy Test
AZO


See package for details
Answers
at Walgreens™
© 2013 P&G
digital pregnancy
Clearblue
ADVANCED
The first and only pregnancy test that also estimates weeks.
#1 OB/GYN choice†
It's like 2 tests in 1
Pregnant 1-2 weeks
Pregnant 2-3 weeks
Pregnant 3+weeks
Not Pregnant
†Survey of 206 obstetricians and gynecologists conductedby Symphony Health Solutions in June 2013
NEW
Clearblue
*As accurate as a doctor's urine test.
Answers
at Walgreens™
© 2013 P&G
visual pregnancy
Well at Walgreens
One Step
K-Y
ULTRAGEL
Our price
Less coupon
Final cost*
Unit price $2.75 pe
Reg. $6.49
Unit price $3.25 per
WALG SMOOTH PLEAS
LUBRICATING LIQUID 2
OZ (113 g)