**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHURCH & DWIGHT CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS, GMBH,<br><br>Defendant. | Civil Action No. 1:14 CV 585 (AJN)<br><br>**DECLARATION OF JEFFREY H. WARSHAFSKY IN SUPPORT OF CHURCH & DWIGHT'S MOTION TO REOPEN THE TRIAL RECORD ON DAMAGES** |

I, Jeffrey H. Warshafsky, declare as follows:

1. I am an associate with the law firm of Proskauer Rose LLP, counsel for plaintiff Church & Dwight Co., Inc. ("Church & Dwight"). I submit this declaration in support of Church & Dwight's motion to reopen the record on damages. I make this declaration based on my own personal knowledge and experience. If called as a witness, I could and would testify competently as set forth herein.

2. On March 25, 2018, I performed Google searches for the following queries:

- "clearblue pregnancy test weeks"
- "clearblue weeks pregnant"
- "how many weeks pregnant test"
- "is there a pregnancy test that tells you how many weeks pregnant you are"

Screenshots of those search results are attached as Exhibit 1 to this declaration. As shown in Exhibit 1, at the top of the page for each of these searches I was shown what Google refers to as a "featured snippet" promoting either the Clearblue Advanced Pregnancy Test with Weeks Estimator (the "Weeks Estimator") or the UK version of that product, called the Clearblue Advanced Pregnancy Test with Weeks Indicator (the "Weeks Indicator").

3. I briefly researched the "featured snippets" provided by Google by visiting https://support.google.com/webmasters/answer/6229325?hl=en, a copy of which is attached as Exhibit 2 to this declaration. According to Google's description of the featured snippets, it appears they were generated based on content from the Clearblue and Walmart websites, although this could have been prevented with a single line of website code.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 29th day of March, 2018, at New York, NY.

Jeffrey H. Warshafsky