UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8.22.2018

Church & Dwight Co., Inc.,

Plaintiff,

–v–

SPD Swiss Precision Diagnostics GmbH,

Defendant.

14-CV-585 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In December 2017, the Court presided over a three-day damages trial in the above-captioned action. In connection with that trial, the Court also has before it four motions *in limine* and Plaintiff Church & Dwight Co.'s motion to reopen the record. *See* Dkt. No 555 at 1–2 (reserving judgment on Dkt. Nos. 497, 500, 506, & 509); Dkt. No. 598.

The Court resolves all pending matters in a concurrently filed Opinion and Order under temporary seal. In light of the parties' claims that some of the record before the Court consists of confidential information that should not be filed on the public docket, the Court will permit the parties one week to propose any redactions to the Court's Opinion and Order and to justify those redactions by reference to the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). After determining which, if any, portions of the Opinion and Order should be redacted, the Court will file the Opinion and Order on the public docket.

This Order provides the bottom line of the Court's resolution. The Court makes the following findings of fact and conclusions of law: (1) Plaintiff has proved causation of damages; (2) Plaintiff has proved that its estimate of its own lost profits is fair and reasonable;

(3) disgorgement of Defendant SPD Swiss Precision Diagnostics, GmbH's profits is unwarranted; and (4) awarding treble damages, punitive damages, attorneys' fees and costs, or prejudgment interest is also unwarranted. The Court further resolves the outstanding motions *in limine* and grants Plaintiff's motion to reopen the trial record and admit evidence for the limited purposes described in the Opinion and Order.

Accordingly, the Court enters judgment for Plaintiff Church & Dwight in the amount of $9,955,018.

This Order, by reference to the temporarily sealed Opinion & Order, resolves Dkt. Nos. 497, 500, 506, 509, 588, 591, 594, and 597.

SO ORDERED.

Dated: August 22, 2018
New York, New York

ALISON J. NATHAN
United States District Judge